# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| Kelly Milligan, o/b/o Himself and All Others Similarly Situated, <br><br> *Plaintiff(s)* <br> v. <br> Merrill Lynch, Pierce, Fenner & Smith Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:24-cv-00440-KDB-DCK |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Merrill Lynch, Pierce, Fenner & Smith Inc.
c/o CT Corporation System
160 Mine Lake Ct, Ste. 200
Raleigh, NC 27615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John D. Hurst
Motley Rice LLC
50 Clay Street, Suite 1
Morgantown, WV 26501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date   05/03/2024

Katherine Hord Simon, Clerk
United States District Court

Civil Action No. 3:24-cv-00440-KDB-DCK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merrill Lynch, Pierce, Fenner & Smith, Inc.
was received by me on *(date)* May 7, 2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CT Corporation System , who is designated by law to accept service of process on behalf of *(name of organization)* Merrill Lynch, Pierce, Fenner & Smith, Inc. delivered by Federal Express on *(date)* May 8, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 9, 2024

*Server's signature*

Viola LePine, Paralegal
*Printed name and title*

Motley Rice LLC
20 Church Street, 17th Floor
Hartford, CT 06103

*Server's address*

Additional information regarding attempted service, etc: