**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:24-CV-440-KDB-DCK**

| | | |
|---|---|---|
| **KELLY MILLIGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MERRILL LYNCH, PIERCE, FENNER** | ) | |
| **& SMITH, INC.,  BANK OF AMERICA** | ) | |
| **CORPORATION,  JOHN/JANE DOE 1,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Local Counsel John D. Hurst on May 10, 2024.

Applicant Thomas R. Ajamie seeks to appear as counsel *pro hac vice* for Plaintiff.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**.  Thomas R. Ajamie is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed:  May 10, 2024

David C. Keesler
United States Magistrate Judge