IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-440-KDB-DCK

| KELLY MILLIGAN, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., BANK OF AMERICA CORPORATION, JOHN/JANE DOE 1, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Local Counsel John D. Hurst on May 10, 2024.

Applicant Courtney Scobie seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Courtney Scobie is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: May 14, 2024

David C. Keesler
United States Magistrate Judge