# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-440-KDB-DCK

| | |
|---|---|
| KELLY MILLIGAN, | )
)
Plaintiff, ) **ORDER**
)
v. )
)
MERRILL LYNCH, PIERCE, FENNER )
& SMITH, INC., BANK OF AMERICA )
CORPORATION, JOHN/JANE DOE 1, )
)
Defendants. ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 27) filed by Local Counsel John D. Hurst on July 12, 2024.

Applicant Matthew Zane Johnson seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 27) is **GRANTED**. Matthew Zane Johnson is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: July 12, 2024

David C. Keesler
United States Magistrate Judge