UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KELLY MILLIGAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH, PIERCE, FENNER & SMITH INC., BANK OF AMERICA CORP., and JOHN/JANE DOE 1, THE SENIOR VICE PRESIDENT–HUMAN RESOURCES GLOBAL BANKING AND GLOBAL WEALTH AND INVESTMENT MANAGEMENT ADMINISTRATION AT BANK OF AMERICA CORP., <br><br> Defendants. | Case No. 3:24-cv-00440-KDB-DCK <br><br> Judge Kenneth D. Bell <br> Magistrate Judge David Keesler |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Merrill Lynch, Pierce, Fenner & Smith Inc. ("Merrill Lynch") and Bank of America Corp. ("Bank of America") (together, "Defendants") hereby move the Court for summary judgment on all claims asserted in Plaintiff Kelly Milligan's Class Action Complaint (Dkt. 1).

As more fully set forth in the accompanying Memorandum of Law and supporting exhibits, there is no genuine issue of material fact preventing the Court from holding that Plaintiff's claims—all of which arise under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1461—fail as a matter of law, because ERISA does not apply to the WealthChoice Contingent Award Plan being challenged in this case. Defendants are therefore entitled to summary judgment, and Plaintiff's claims should be dismissed with prejudice.

1

WHEREFORE, Defendants respectfully request that the Court grant summary judgment in their favor as to each of Plaintiff's claims and dismiss this matter with prejudice.

This is the 30th day of September 2024.   Respectfully submitted,

By: /s/ Robert A. Muckenfuss

MORGAN, LEWIS & BOCKIUS LLP   MCGUIRE WOODS LLP

Samuel S. Shaulson (*pro hac vice forthcoming*)
600 Brickell Avenue
Miami, FL 33131
T: (305) 415-3000
F: (305) 415-3001
samuel.shaulson@morganlewis.com

Robert A. Muckenfuss, NC State Bar #28218
Zachary L. McCamey, NC State Bar #53540
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
(704) 343-2000
(704) 343-2300
zmccamey@mcguirewoods.com
rmuckenfuss@mcguirewoods.com

Sari M. Alamuddin (*pro hac vice*)
Matthew A. Russell (*pro hac vice*)
Eric M. Makinen (*pro hac vice*)
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
(312) 324-1000
(312) 324-1001 (fax)
sari.alamuddin@morganlewis.com
matthew.russell@morganlewis.com
eric.makinen@morganlewis.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September 2024, the foregoing was filed with the Court using the CM/ECF system.

                                                /s/ *Robert A. Muckenfuss*
                                                Robert A. Muckenfuss