# EXHIBIT 1

Docusign Envelope ID: D80D9727-69B2-4F3B-920F-1D01F9F7F4D1

## DECLARATION OF SUSANNE TESTANI

I, Susanne Testani, under penalty of perjury and based upon personal knowledge, make the following declaration:

1. I am over 18 years old and have personal knowledge of, and am competent to testify to, all of the facts set forth herein.

2. I have been employed by Bank of America for approximately 26 years, and currently serve as a Senior Vice President, Service Delivery Manager (Global Human Resources). In this role I am familiar with and have access to records relating to Merrill's operations, including those relating to the WealthChoice Contingent Award Plan ("WealthChoice" or "Plan").

3. From 2018 through June 30, 2024, between 91.3% and 94.2% of all FAs who received payment for earned WealthChoice awards in each year received such payments while employed, pursuant to the normal eight-year vesting period. Specifically, the percentages in each year were as follows: 2018 (92.8%); 2019 (93.2%); 2020 (91.3%); 2021 (91.7%); 2022 (92.6%); 2023 (92.7%); and from January 1 through June 30, 2024 (94.2%).

4. During his tenure at Merrill, Mr. Milligan satisfied the conditions for earning, and was therefore paid for, several WealthChoice awards once they became earned and payable.

5. In February 2021, Mr. Milligan received a cash payment of ▮▮▮▮ (before taxes), for a WealthChoice award granted on February 15, 2013.

6. In February 2020, Mr. Milligan was paid ▮▮▮▮ (before taxes), the value of the WealthChoice award he was granted on February 15, 2012.

7. When Mr. Milligan left Merrill in April 2021, he had not yet earned certain other WealthChoice awards, which were canceled pursuant to the terms of his Award Agreements.

1

8. Attached hereto as **Exhibit A** is a true and correct copy of the WealthChoice Plan document, as amended and restated effective December 31, 2010.

9. Attached hereto as **Exhibits H-S** are true and correct copies of Mr. Milligan's WealthChoice Award Agreements from 2010 through 2019.

10. Attached hereto as **Exhibits T-Y** are true and correct copies of WealthChoice Award Fact Sheets from 2015 through 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of September 2024.

Signed by:
*Susanne Testani*
C5D8BC005621444...
Susanne Testani