# EXHIBIT A

**WEALTHCHOICE CONTINGENT AWARD PLAN**

**As amended and restated effective December 31, 2010**

1

# WEALTHCHOICE CONTINGENT AWARD PLAN

As amended and restated effective December 31, 2010

## ARTICLE I

## Name, Purpose, and Effective Date

The name of the Plan is the WealthChoice Contingent Award Plan.

The Plan, as in effect from time to time, is intended to be unfunded and maintained primarily for the purpose of providing long-term contingent incentive compensation, subject to certain conditions, to a select group of Financial Advisors. By awarding a portion of a Financial Advisor's incentive compensation in the form of a cash award which becomes earned and payable over time, the Company intends to encourage the Financial Advisor to remain employed by the Company and its Subsidiaries and to further align the interests of the Financial Advisor with the Company's business objectives.

The Plan is effective for the Performance Period commencing January 1, 2009, and each Performance Period thereafter until terminated in accordance with Article X.

## ARTICLE II

## Definitions

Unless otherwise required by the context, each of the following terms shall have the meaning indicated for that term:

"Account" means a notional account established on the books and records of a Participating Employer in accordance with Article IV to which all credits and debits are made with respect to the Covered Associate's Awards credited hereunder.

"Account Balance" means, as of any date, the Awards credited to a Covered Associate's Account adjusted in accordance with Section 5.1 to reflect the performance of the Covered Associate's Selected Benchmark Return Options and any payments made from the Account prior to that date.

"Administrator" means the Senior Vice President-Human Resources Global Banking and Global Wealth and Investment Management Administration or the individual serving in the functionally equivalent position if applicable from time to time (or any permitted delegate pursuant to Article III).

"Associate" means a person who is identified as an employee in the personnel records of his or her Participating Employer.

"Award" means an award determined under the Plan for credit to a Covered Associate's Account.

"Award Agreement" means an agreement between the Company and each Covered Associate setting forth the terms and provisions applicable to Awards under the Plan.

"Award Date" means a date, established by the Administrator with respect to each Award, as of which such Award will be credited to the Account.

"Award Year" means the calendar year in which an Award Date falls.

"Benchmark Return Options" means such investment vehicles as the Administrator may from time to time designate for the purpose of indexing Accounts hereunder. In the event a Benchmark Return Option ceases to exist or is no longer to be a Benchmark Return Option, the Administrator may designate a substitute Benchmark Return Option for such discontinued option.

"Beneficiary" means any person(s) or entity(ies) designated as such in accordance with Article IX.

"Board" or "Board of Directors" means the Board of Directors of the Company.

"Code" means the U.S. Internal Revenue Code of 1986, as amended from time to time. References to the Code shall include the valid and binding governmental regulations, court decisions and other regulatory or judicial authority issued or rendered thereunder.

"Company" means Bank of America Corporation and its successors and assigns.

"Covered Associate" means, for any particular Performance Period, any Associate as the Administrator may determine from time to time who (i) is employed during the Performance Period as a Financial Advisor (regardless of whether such Associate continues to be a Financial Advisor on the Award Date), (ii) meets the applicable Award criteria or such other criteria determined by the Administrator and (iii) as of the Award Date, has not terminated employment with the Company or a Subsidiary for any reason other than death, Disability, Divestiture or "retirement" as determined by the Administrator consistent with the Company's retirement policies and programs.. The performance criteria for Awards will be established periodically by the Administrator and may vary from Performance Period to Performance Period and according to the type of performance, and may be announced prior to, during or following the applicable Performance Period. The Administrator shall make all determinations as to whether an Associate is a Covered Associate for a Performance Period. In that regard, the Administrator in its sole and exclusive discretion may determine to exclude an Associate (or group of Associates) from being considered a Covered Associate with respect to an Award at any time prior to the applicable Award Date.

"Director" means any individual who is a member of the Board of Directors of the Company.

"Disability" with respect to a Covered Associate, means "disability" as defined from time to time under any long-term disability plan of the Company or Subsidiary with which the Covered Associate is employed.

"Divestiture" means an Associate's Termination of Employment with the Company and its Subsidiaries as the result of a divestiture or sale of a business unit as determined by the Associate's employer based on the personnel records of the Company and its Subsidiaries.

MILLIGAN000003

"Effective Date" shall mean January 1, 2009.

"Financial Advisor" means a financial advisor Associate of the Company or its Subsidiaries.

"Mutual Fund Return Options" means the mutual funds chosen as Benchmark Return Options by the Administrator from time to time.

"Participating Employer" means the Company and each Subsidiary participating in the Plan from time to time, and their successors and assigns.

"Performance Period" means the calendar year in which performance is measured in determining the amount of the Award, generally the calendar year immediately preceding the Award Year.

"Plan" means the WealthChoice Contingent Award Plan, as may be amended from time to time.

"Selected Benchmark Return Option" means a Benchmark Return Option selected by the Covered Associate in accordance with Section 5.1.

"Subsidiary" means any corporation, partnership, joint venture, affiliate or other entity in which the Company owns more than eighty percent (80%) of the voting stock or voting ownership interest, as applicable, or any business entity designated by the Administrator as a Subsidiary for purposes of the Plan.

"Termination of Employment" means a Covered Associate's termination of employment with the Company and its Subsidiaries as determined by the Administrator in accordance with the personnel records of the Covered Associate's Participating Employer; provided, however, that for a Covered Associate that is subject to the requirements of Section 409A of the Code as determined by the Administrator, "Termination of Employment" means a "separation from service" or "termination of employment" within the meaning of Code Section 409A and the Bank of America 409A Policy.

"Vesting Date" means, for any individual Award, the date on which the Account Balance with respect to an Award becomes earned and payable (as specified in the applicable Award Agreement).

"Years of Service" means the number of "years of service" reflected on the books and records of the Participating Employer as the Covered Associate's official Years of Service.

## ARTICLE III

### Administration

The Plan shall be administered by the Administrator. The Administrator shall have all of the powers necessary to enable it to properly carry out its duties under the Plan. The Administrator may delegate to the Head of Human Resources for the Global Wealth and Investment Management division (or the individual serving in the functionally equivalent position if applicable from time to time) the power to approve Awards under the Plan from time to time.

MILLIGAN000004

Not in limitation of the foregoing, the Administrator shall have the power to construe and interpret the Plan and to determine all questions that shall arise thereunder. The Administrator shall have such other and further specified duties, powers, authority and discretion as are elsewhere in the Plan either expressly or by necessary implication conferred upon it. The Administrator may appoint such agents as it may deem necessary for the effective performance of its duties, and may delegate to such agents such powers and duties as the Administrator may deem expedient or appropriate that are not inconsistent with the intent of the Plan. The decision of the Administrator upon all matters within its scope of authority shall be final and conclusive on all persons, except to the extent otherwise provided by law.

## ARTICLE IV

### Awards

**4.1    Awards**

The amount of each Covered Associate's Award in any given year shall be determined by the Administrator and be subject to the review and approval by the Company. Each Award shall be evidenced by an Award Agreement that shall specify the terms and provisions applicable to such Award as determined by the Administrator.

**4.2    Crediting of Accounts**

A Covered Associate's Award shall be credited to the Covered Associate's Account as soon as practicable (but in no event later than 120 days) after the last day of the prior calendar year.

## ARTICLE V

### Operation of Plan

**5.1    Benchmark Return Elections**

(a)    **Selection of Benchmark Return Options.** A Covered Associate must choose one or more Benchmark Return Options and the percentage of the Covered Associate's Account to be adjusted to reflect the performance of each Selected Benchmark Return Option; provided, that if for any reason the Covered Associate does not effectively designate Benchmark Return Options with respect to such Covered Associate's entire Account, until such time as an effective election is provided, the Covered Associate's Selected Benchmark Return Option shall be the default Benchmark Return Option specified by the Administrator. All elections of Selected Benchmark Return Options shall be in multiples of 1% and shall be in accordance with procedures specified by the Administrator, consistent with Company practice.

(b)    **Changes to Selected Benchmark Return Options.** A Covered Associate may change the Selected Benchmark Return Options to be applicable with respect to such Covered Associate's Account by making a new election (expressed in whole percentages) in accordance with such procedures, and with such frequency, as shall be prescribed from time to time by the Administrator. Notwithstanding anything herein to the contrary, the Administrator may establish any limitations on (i) the total number of Benchmark Return Options a Covered Associate may select in a particular election, and (ii) the frequency with which Covered Associates may make

elections under this Section as the Administrator may determine necessary or appropriate from time to time, including limitations relating to frequent trading or market timing activities.

(c) **Adjustment of Mutual Fund Return Balances.** While each Covered Associate's Account does not represent the Covered Associate's ownership of, or any ownership interest in, any particular assets, the Account shall be adjusted to reflect the investment experience of the Covered Associate's Selected Benchmark Return Options from time to time at such intervals as determined by the Administrator in accordance with procedures established by the Administrator. The amount of the adjustment shall equal the amount that each Covered Associate's Account would have earned (or lost) for the period since the last adjustment had the Account actually been invested in the Selected Benchmark Return Option(s) designated by the Covered Associate for such period.

### 5.2 Statement of Account

For each calendar year quarter, each Covered Associate for whom an Account is maintained under the Plan will receive a statement that reports the value of the Account as of the end of the calendar year quarter.

### 5.3 Impact on Other Benefit Plans

The Administrator shall determine from time to time if, and to what extent, the Awards under the Plan shall be taken into account under the other benefit plans of the Company and its Subsidiaries.

**ARTICLE VI**

**STATUS OF AWARDS AND ACCOUNTS**

### 6.1 No Trust or Fund Created; General Creditor Status

Nothing contained herein and no action taken pursuant hereto will be construed to obligate the Administrator to invest any assets of the Participating Employer in any Selected Benchmark Return Option, nor to establish a trust or separate fund of any kind or a fiduciary relationship between the Participating Employer and a Covered Associate, Covered Associate's Beneficiary or estate, or any other person or entity. The Administrator may, if it so chooses, earmark any assets of the Participating Employer to meet its obligations hereunder. Title to and beneficial ownership of any funds represented by the Account will at all times remain in the Participating Employer; such funds will continue for all purposes to be a part of the general funds of the Participating Employer and may be used for any corporate purpose. No person will, by virtue of the provisions of the Plan, have any interest whatsoever in any specific assets of the Participating Employer, including any such funds. TO THE EXTENT THAT ANY PERSON ACQUIRES A RIGHT TO RECEIVE PAYMENTS FROM THE PARTICIPATING EMPLOYER UNDER THE PLAN, SUCH RIGHT WILL BE NO GREATER THAN THE RIGHT OF ANY UNSECURED GENERAL CREDITOR OF SUCH PARTICIPATING EMPLOYER.

### 6.2 Non-Assignability

The right of a Covered Associate, or of any other person with reference to the Covered Associate, to the Account Balance, or any other benefits hereunder, shall be: (a) subject to forfeiture as further described in the applicable Award Agreement, and (b) cannot be assigned, alienated, sold, garnished, transferred, pledged, or encumbered except by a designation of Beneficiary in accordance with Article IX below, by written will, or by the laws of descent and

distribution.  In that regard, no part of any Award shall, prior to actual payment, (a) be subject to seizure, attachment, garnishment or sequestration for the payment of debts, judgments, alimony, or separate maintenance owed by the Covered Associate or any other person, (b) be transferable by operation of law in the event of the Covered Associate's or any person's bankruptcy or insolvency or (c) be transferable to a spouse as a result of a property settlement or otherwise.  Notwithstanding the foregoing, a Participating Employer shall have the right to offset from a Covered Associate's unpaid benefits under the Plan any amounts due and owing from the Covered Associate to the extent permitted by law.

## ARTICLE VII

## Payment of Account Balances

### 7. 1    Payment Schedule

Subject to the provisions of Article VIII below, a Covered Associate's Account Balance with respect to an Award for a Performance Period shall be paid as soon a practicable after the relevant Vesting Date in accordance with the terms of the applicable Award Agreement (but in no event later than 2½ months following such Vesting Date).

### 7.2    Withholding of Taxes

The Participating Employer will deduct or withhold from any amounts to be credited to an Account, or from any payments to be made pursuant to an Award granted hereunder, any federal, state, local income or employment taxes as required under applicable laws to be withheld.  Alternatively or additionally, the Participating Employer may require the Covered Associate or the Beneficiary to pay any such amount, or the balance of any such amount to the Participating Employer and/or may withhold any such amount by any method set forth in the Award Agreement.

### 7.3    Payment on Behalf of Incompetents

If the Administrator in its sole discretion finds that any person who is entitled to receive any payment hereunder is a minor or is unable to care for such person's affairs because of disability or incompetence, payment of the Account Balance may be made to anyone found by the Administrator to be the authorized representative of such person, or to be otherwise entitled to such payment, in the manner and under the conditions that the Administrator determines. Such payment will be a complete discharge of the liabilities of the Participating Employer hereunder with respect to the amount so paid.

### 7.4    Payment Delay for Specified Employees

Notwithstanding any provision in the Plan to the contrary, to the extent applicable, in no event shall any payment hereunder be made to a "specified employee" within the meaning of Code Section 409A earlier than six  months after the date of the Covered Associate's Termination of Employment, except in connection with the Covered Associate's death.

**7**

MILLIGAN000007

# ARTICLE VIII

## The Effect of Termination of Employment

Each Award Agreement shall set forth the extent to which a Covered Associate shall have the right to receive payment of the Account Balance with respect to an unvested Award following the Covered Associate's Termination of Employment prior to the Vesting Date. Such provisions shall be determined in the sole discretion of the Administrator, shall be included in the Award Agreement, need not be uniform among all Awards granted under the Plan, and may reflect distinctions based on the reasons for Termination of Employment.

# ARTICLE IX

## Beneficiary

### 9.1    Designation of Beneficiary

To the extent permitted under the terms of the applicable Award Agreement, a Covered Associate may designate, in a form prescribed by the Company, a Beneficiary to receive payments in accordance with the Plan in the event of the Covered Associate's death and may also designate a contingent Beneficiary to receive such payments if the primary Beneficiary does not survive the Covered Associate. The Covered Associate may designate more than one person as the Beneficiary or contingent Beneficiary, in which case (a) no contingent Beneficiary would receive any payment unless all of the primary Beneficiaries predeceased the Covered Associate, and (b) the surviving Beneficiaries in any class shall share in any payments in proportion to the percentages of interest assigned to them by the Covered Associate.

If the Covered Associate dies without a surviving Beneficiary or a beneficiary designation is not permitted under the terms of the applicable Award Agreement or is not enforceable and/or valid under applicable law, the Covered Associate's estate will be considered the Beneficiary.

### 9.2    Change of Beneficiary

A Covered Associate may change the Beneficiary or contingent Beneficiary (without the consent of any prior Beneficiary), in a form prescribed by the Company, before the Covered Associate's death. Unless otherwise clearly provided in the form prescribed by the Company, any change in Beneficiary or contingent Beneficiary designation will automatically revoke prior such designations, as applicable, under the Plan.

### 9.3    Beneficiary Death after Commencement of Payments

If, after a Covered Associate's death, a Beneficiary entitled to receive, or actually receiving, payments hereunder dies before receiving full payment, the Account Balance to which the Beneficiary was entitled will be paid as soon as practicable in one lump sum to such primary Beneficiary's estate.

8

MILLIGAN000008

# ARTICLE X

## Amendment and Termination

To the extent permitted under Code Section 409A, the Administrator shall have the right and power at any time and from time to time to amend the Plan in whole or in part and at any time to terminate the Plan; provided, however, that no such amendment or termination shall adversely affect any Award granted before the effective date of such amendment or termination without the consent of the affected Covered Associate. Notwithstanding any provision of the Plan or any Award Agreement provision to the contrary, to the extent permitted under Code Section 409A, the Administrator, in its sole and exclusive discretion, shall have the power at any time to accelerate the vesting of any Award granted under the Plan, including, without limitation, acceleration to such a date that would result in such Awards becoming immediately vested.

# ARTICLE XI

## Miscellaneous Provisions

### 11.1    Books and Records Controlling

The books and records of the Participating Employers will be controlling in the event a question arises hereunder concerning the amount of Awards, Accounts, designations of Beneficiary(ies), or any similar matters.

### 11.2    Successors and Assigns

All obligations of the Participating Employers under the Plan with respect to Awards granted hereunder shall be binding on any successor to the Participating Employers, whether the existence of such successor is the result of a direct or indirect purchase, merger, consolidation or otherwise, of all or substantially all of the business and/or assets of the Participating Employer.

### 11.3    Severability

In the event any provision of the Plan shall be held illegal or invalid for any reason, the illegality or invalidity shall not affect the remaining parts of the Plan, and the Plan shall be construed and enforced as if the illegal or invalid provision had not been included.

### 11.4    Litigation

A Participating Employer shall have the right to contest, at its expense, any ruling or decision, administrative or judicial, on an issue that is related to the Plan and that the Administrator believes to be important to the Covered Associates, and to conduct any such contest or any litigation arising therefrom to a final decision.

### 11.5    Headings Are Not Controlling

The headings contained in this Plan are for convenience only and will not control or affect the meaning or construction of any of the terms or provisions of this Plan.

MILLIGAN000009

### 11.6    Governing Law

This Plan will be construed, administered, regulated and governed in all respects under and by the laws of the United States to the extent applicable, and to the extent such laws are not applicable, by the laws of the state of Delaware.

### 11.7    Award Agreements

Unless otherwise provided for by an Award Agreement, in the event of any conflict between the terms of the Plan and the terms of an Award Agreement, the terms of the Plan shall control.

### 11.8    Code Section 409A

The Plan is intended to comply with Code Section 409A to the extent applicable. Notwithstanding any provision of the Plan to the contrary, the Plan shall be interpreted, operated and administered consistent with this intent.  In that regard, and notwithstanding any provision of the Plan to the contrary, the Company reserves the right to amend the Plan or any Award granted pursuant to the Plan, without the consent of any affected Covered Associate, to the extent deemed necessary or appropriate for purposes of maintaining compliance with Code Section 409A and the regulations promulgated thereunder.

10

MILLIGAN000010

IN WITNESS WHEREOF, this instrument has been executed by an authorized officer of the Company.


_____
Catherine J. Morgan
SVP-Human Resources, Global Banking and Global Wealth and Investment Management Adminstration


Date: _____

.

MILLIGAN000011