# EXHIBIT P

# WealthChoice Contingent Award Plan
# Award Agreement

This document contains your WealthChoice Award Agreement (the "Award Agreement") under the WealthChoice Contingent Award Plan (the "Plan").

**What you need to do**

1. Review the Award Agreement to ensure you understand its provisions. With each award you receive, provisions of your Award Agreement may change so it is important to review your Award Agreement.
2. Print the Award Agreement and the Plan and file them with your important papers.
3. Accept your Award Agreement through the online acceptance process.*
4. Designate your beneficiary on the Benefits OnLine® Beneficiary tab.
5. More detailed information about competitive businesses can be found on HR Connect under Money / Pay / Incentive plans & awards / How Performance Plan awards are paid, to the extent that the competition restriction is applicable to you, as described in this Award Agreement.

* If you do not accept your Award Agreement through the online acceptance process by November 15, 2016, or such other date that may be communicated, Bank of America will automatically accept the Award Agreement on your behalf. If you decline your Award Agreement, your award will be canceled and you will not be entitled to any benefits from the award nor any compensation or benefits in lieu of the canceled award.



## 2015 PERFORMANCE YEAR WEALTHCHOICE AWARD AGREEMENT

This Award Agreement and all Exhibits hereto (the "Agreement") is made between Bank of America Corporation, a Delaware corporation ("Bank of America"), and you, an employee of Bank of America or one of its Subsidiaries.

A copy of the Plan is viewable on the Advisory Division Election System and also is available upon request, and its terms and provisions are incorporated herein by reference. When used herein, the terms which are defined in the Plan shall have the meanings given to them in the Plan, as modified herein (if applicable).

The WealthChoice Award covered by this Agreement (the "Award") is made to you in connection with your participation in the Plan as part of your long-term contingent award, subject to the following terms and provisions.

1.  Subject to the terms and conditions of the Plan and this Agreement, Bank of America or its Subsidiary will establish a notional Account under the Plan in your name with the value set forth in the Award Statement. The Account represents your contingent right to receive the value of the Account Balance on the Vesting Date for your Award. This Account shall be indexed to mutual funds or other benchmark investments that you select from choices established by the Administrator ("benchmark selections"), and the value of your Account Balance will increase or decrease based on the performance of the selected mutual funds or other benchmark investments.

2.  Notwithstanding any provisions in this Agreement to the contrary, the Award shall be subject to any special terms and conditions applicable to employees based outside the U.S., as set forth in Exhibit B to this Agreement. If you relocate to one of the countries included in Exhibit B, the special terms and conditions for such country will apply to you to the extent that Bank of America determines that the application of such terms and conditions is necessary or advisable for legal or administrative reasons. Exhibit B constitutes part of this Agreement.

3.  You acknowledge having read the Plan and this Agreement and agree to be bound by all the terms and conditions of the Plan and this Agreement, including any special terms and provisions applicable to employees based outside the U.S., as set forth in Exhibit B. IN THE EVENT OF ANY CONFLICT BETWEEN THIS WEALTHCHOICE AWARD AGREEMENT, EXHIBIT A AND EXHIBIT B, THE PROVISIONS OF EXHIBIT B SHALL PREVAIL AND CONTROL THE AWARD.

4.  The Account Balance covered by this Award shall become earned by, and payable to, you in the amounts and on the dates shown on the enclosed Exhibit A.

5.  To the extent allowed by and consistent with applicable law and any applicable limitations period, if it is determined at any time that you have engaged in Detrimental Conduct, Bank of America will be entitled to recover from you in its sole discretion some or all of the Account Balance paid to you pursuant to this Agreement. You recognize that if you engage in Detrimental Conduct, the losses to Bank of America and/or its Subsidiaries may amount to

the full value of the Account Balance paid to you pursuant to this Agreement. In addition, this Award is subject to the requirements of (i) Section 954 of the Dodd-Frank Wall Street Reform and Consumer Protection Act (regarding recovery of erroneously awarded compensation) and any implementing rules and regulations thereunder; (ii) similar rules under the laws of any other jurisdiction; and (iii) any policies adopted by Bank of America to implement such requirements, all to the extent determined by Bank of America in its discretion to be applicable to you.

6. Subject to applicable laws in your country, you may designate a beneficiary to receive payment in connection with the Award in the event of your death while in service with Bank of America or its Subsidiaries in accordance with Bank of America's beneficiary designation procedures, as in effect from time to time. Any beneficiary designation in effect at the time of your Termination of Employment with Bank of America and its Subsidiaries (other than a Termination of Employment due to your death) will remain in effect following your Termination of Employment unless you change your beneficiary designation or it otherwise ceases to be enforceable and/or valid in accordance with Bank of America's beneficiary designation procedures, as in effect from time to time. If you do not designate a beneficiary, if your designated beneficiary does not survive you or if the designation is not enforceable and/or valid under the inheritance and other laws in your country (as determined by Bank of America in its sole discretion), then your beneficiary will be your estate.

7. Bank of America may, in its sole discretion, decide to deliver any documents related to the Plan and this Award or future awards that may be granted under the Plan by electronic means or request your consent to participate in the Plan by electronic means. You hereby consent to receive such documents by electronic delivery and, if requested, agree to participate in the Plan through an on-line or electronic system established and maintained by Bank of America or a third party designated by Bank of America.

Any notice which either party hereto may be required or permitted to give to the other shall be in writing and may be delivered personally, by intraoffice mail, by fax, by electronic mail or other electronic means, or via a postal service, postage prepaid, to such electronic mail or postal address and directed to such person as Bank of America may notify you from time to time; and to you at your electronic mail or postal address as shown on the records of Bank of America from time to time or as otherwise determined appropriate by Bank of America, in its sole discretion, or at such other electronic mail or postal address as you, by notice to Bank of America, may designate in writing from time to time.

8. Your Account Balance represents an unsecured, unfunded, contingent promise by your employer to pay the value of the Account Balance to you after the Vesting Date. Until paid, such amounts will be subject to the prior claims of creditors of your employer in the event of a bankruptcy or insolvency of your employer. You will not own the mutual funds or other options chosen as benchmarks for your Account Balance. In the event of a bankruptcy or insolvency of your employer, your right to payment of your Account Balance under the Plan will be no greater than the right of any unsecured general creditor of your employer or its affiliates.

9. You acknowledge that, regardless of any action taken by Bank of America or your employer, the ultimate liability for all income tax, social insurance, payroll tax, fringe benefits tax, payment on account or other tax-related items related to the Award and legally applicable to you ("Tax-Related Items") is and remains your responsibility and may exceed the amount (if any) withheld by Bank of America or your employer. You further acknowledge that Bank of America and/or your employer (i) make no representations or undertakings regarding the treatment of any Tax-Related Items in connection with any aspect of the Award including the grant and vesting of the Award and the payment of the Account Balance; and (ii) do not commit to structure the terms of the Award or any aspect of the Award to reduce or eliminate your liability for Tax-Related Items. Further, if you have become subject to Tax-Related Items in more than one jurisdiction, you acknowledge that Bank of America or your employer (or former employer, as applicable) may be required to withhold or account for Tax-Related Items in more than one jurisdiction.

   In the event Bank of America determines that it and/or your employer must withhold any Tax-Related Items as a result of your participation in the Plan, you agree as a condition of the Award to make arrangements satisfactory to Bank of America and/or your employer to enable it to satisfy all withholding requirements by all legal means, including, but not limited to, withholding any applicable Tax-Related Items from any payment to be made pursuant to the Award. In addition, you authorize Bank of America and/or your employer to fulfill its withholding obligations by all legal means, including, but not limited to, withholding Tax-Related Items from your wages, salary or other cash compensation paid to you by Bank of America and/or your employer. Bank of America may refuse to deliver the value of your Account Balance if you fail to comply with any obligations in connection with the Tax-Related Items.

10. The validity, construction and effect of this Agreement are governed by, and subject to, the laws of the State of Delaware and the laws of the United States, as provided in the Plan. For purposes of litigating any dispute that arises directly or indirectly from the relationship of the parties evidenced by this Award or this Agreement, the parties hereby submit to and consent to the exclusive jurisdiction of North Carolina and agree that such litigation shall be conducted solely in the courts of Mecklenburg County, North Carolina or the federal courts for the United States for the Western District of North Carolina, where this grant is made and/or to be performed, and no other courts.

11. In the event any provision of this Agreement shall be held illegal or invalid for any reason, the illegality or invalidity shall not affect the remaining parts of the Agreement, and the Agreement shall be construed and enforced as if the illegal or invalid provision had not been included. This Agreement constitutes the final understanding between you and Bank of America regarding the Award. Any prior agreements, commitments or negotiations concerning the Award are superseded. Subject to the terms of the Plan, this Agreement may only be amended by a written instrument signed by both parties.

12. This Agreement is intended to comply with Section 409A of the Internal Revenue Code to the extent applicable. Notwithstanding any provision of the Agreement to the contrary, the Agreement shall be interpreted, operated and administered consistent with this intent.

4                2015PY WealthChoice Award Agreement (LTCA 8YR Cliff)
Case 3:24-cv-00440-KDB-DCK   Document 41-12   Filed 09/30/24   Page 5 of 21

MILLIGAN000015

13. Bank of America reserves the right to impose other requirements on the Award to the extent Bank of America determines it is necessary or advisable for legal or administrative reasons and to require you to sign any additional agreements or undertakings that may be necessary to accomplish the foregoing.

14. Nothing in this Agreement shall interfere with or limit in any way the right of Bank of America or your employer to terminate your employment at any time, nor confer upon you any right to continue in the employment of Bank of America or its Subsidiaries. For purposes of this Agreement, a transfer of your employment between Bank of America and a Subsidiary, or between Subsidiaries, shall not be deemed to be a Termination of Employment.

IN WITNESS WHEREOF, Bank of America has caused this Agreement to be executed by its duly authorized officer effective as of the date of grant listed in your Award Statement.

BANK OF AMERICA CORPORATION
By:

Cheri Lytle
Human Resources Executive
Merrill Lynch Wealth Management
Bank of America Corporation

2015PY WealthChoice Award Agreement (LTCA 8YR Cliff)

MILLIGAN000016

**5**

WEALTHCHOICE CONTINGENT AWARD PLAN

PAYMENT OF AWARD

  (a) <u>PAYMENT SCHEDULE</u>.  Subject to the provisions of paragraphs (b), (c) and (d) below, the Account Balance representing your Award will become earned and payable on February 15, 2024 if you remain employed with Bank of America and its Subsidiaries through that date.  Once the Account Balance representing your Award becomes earned and payable, payment of your Account Balance will be made through payroll as soon as administratively practicable.  Bank of America, in its sole discretion, will select an appropriate exchange rate for converting the payment into local currency.

  (b) <u>IMPACT OF TERMINATION OF EMPLOYMENT ON AWARD</u>.  In the case of your Termination of Employment prior to the above payment date, then the Account Balance representing your Award shall become earned and payable or be canceled depending on the reason for your Termination of Employment as follows.

    (i) <u>Death</u>. The Account Balance shall become immediately earned and payable as of the date of your Termination of Employment if your Termination of Employment is due to your death. Payment will be made as soon as administratively practicable.

    (ii) <u>Workforce Reduction, Divestiture or Disability</u>.  In the case of your Termination of Employment due to your Disability, Workforce Reduction or Divestiture, the Account Balance shall continue to become earned and payable in accordance with the Payment Schedule set forth in paragraph (a) above, subject to your complying with the covenants set forth in paragraph (d) below; provided, however, that if you are eligible for Retirement at the time of your Termination of Employment due to your Disability, Workforce Reduction or Divestiture, the Account Balance will become earned and payable in accordance with paragraph (c).

    (iii) <u>Termination by your Employer with Cause</u>.  In the case of your Termination of Employment with Cause, the Account Balance shall be canceled as of your Termination of Employment.

    (iv) <u>Change in Control</u>.  Notwithstanding anything in this Agreement to the contrary, if (A) a Change in Control occurs; and (B) on or after the Change in Control and on or before the second anniversary of the Change in Control either (1) you have a Termination of Employment without Cause; or (2) you have a Termination of Employment for Good Reason, then the Account Balance shall become immediately earned as of the date of such Termination of Employment and shall be payable at such time as provided in the Payment Schedule described in paragraph (a) above, without regard to the covenants set forth in paragraph (d) below.

(v)    <u>All Other Terminations</u>.  Unless you are eligible for Retirement as described below, in the case of All Other Terminations, the Account Balance shall be canceled as of your Termination of Employment.

(vi)    <u>Possible Variations to Payment Date</u>.  Notwithstanding anything in the provisions set forth above to the contrary, in the event of Termination of Employment, Bank of America may, in its sole discretion, accelerate payment of all or a portion of the unearned Account Balance to the date of Termination of Employment (if the unearned Account Balance is not canceled as of such date) to facilitate compliance with local law and/or administrative considerations; provided, however, that if you are subject to U.S. Internal Revenue Code Section 409A, payment of the Account Balance may be accelerated, and payment may be made, only to the extent necessary to pay federal, state, local or foreign tax obligations arising from the Award that apply to an amount before the amount is paid or made available to you.  Also, the payment of an Account Balance that has become earned and payable upon your Termination of Employment shall be delayed until six (6) months following the date of your Termination of Employment if and to the extent required by Section 409A of the Code.

(c)    <u>RETIREMENT</u>.  In the case of your Termination of Employment for any reason other than your death, Cause or in connection with a Change in Control as described in paragraph (b)(iv) above after you are eligible for Retirement, then the Account Balance will become earned and payable in two installments, with the first 50% becoming earned and payable within 2½ months following the end of the calendar year in which your Retirement occurs and the remaining 50% becoming earned and payable within 2½ months following the end of the immediately subsequent calendar year; provided, however, that (i) to the extent permissible under applicable law, you do not engage in Competition during such period; (ii) you comply with the covenants described in paragraph (d) below; and (iii) prior to each anniversary of the grant date specified in your Award Statement, you provide Bank of America with a written certification that you have not engaged in Competition to the extent the Competition restriction in (i) above is applicable.  To be effective, such certification must be provided on such form, at such time and pursuant to such procedures as Bank of America shall establish from time to time. If Bank of America determines in its reasonable business judgment that you have failed to satisfy any of the foregoing requirements, then the Account Balance representing your Award shall be immediately canceled as of the date of such determination.  In addition, from time to time following your Termination of Employment after you are eligible for Retirement, Bank of America may require you to further certify that you are not engaging in Competition, and if you fail to fully cooperate with any such requirement Bank of America may determine that you are engaging in Competition.  Notwithstanding anything in this Agreement to the contrary, if (1) you are a permanent resident of California; (2) you are a tax resident of California who is assigned to perform services for Bank of America or any Subsidiary from an office located in California; or (3) you have a Termination of Employment due to your Disability, Workforce Reduction or Divestiture when you are eligible for Retirement, the Competition restriction described in (i) above and the certification requirement described in (iii) above will not apply to this Award.

7                2015PY WealthChoice Award Agreement (LTCA 8YR Cliff)
Case 3:24-cv-00440-KDB-DCK   Document 41-12   Filed 09/30/24   Page 8 of 21
MILLIGAN000018

(d)     COVENANTS.

    (i)     Non-Solicitation. You agree that during any period in which your Account Balance remains payable, (A) you will not directly or indirectly solicit or recruit for employment or encourage to leave employment with Bank of America or its Subsidiaries, on your own behalf or on behalf of any other person or entity other than Bank of America or its Subsidiaries, any person who is an employee of Bank of America or its Subsidiaries; and (B) to the extent permissible under applicable law, you will not, directly or indirectly, on your own behalf or on behalf of any other person or entity other than Bank of America or its Subsidiaries, solicit any client or customer of Bank of America or its Subsidiaries which you actively solicited or with whom you worked or otherwise had material contact in the course of your employment with Bank of America and its Subsidiaries. Notwithstanding anything in this Agreement to the contrary, if (1) you are a permanent resident of California; or (2) you are a tax resident of California who is assigned to perform services for Bank of America or any Subsidiary from an office located in California, the solicitation restriction described in (B) above will not apply to this Award.

    (ii)     Detrimental Conduct.  You agree that during any period in which your Account Balance remains payable, you will not engage in Detrimental Conduct.

    (iii)     Remedies.  Payment of your Account Balance in accordance with the Payment Schedule set forth in paragraph (a) above is specifically conditioned on the requirement that at all times prior to payment, you do not engage in solicitation or Detrimental Conduct, as described in paragraphs (d)(i) and (ii), during such period.  If Bank of America determines in its reasonable business judgment that you have failed to satisfy such requirements, then the Account Balance representing your Award shall be canceled as of such date of determination.

(e)     DEFINITIONS.  For purposes hereof, the following terms shall have the following meanings:

All Other Terminations means any Termination of Employment with Bank of America and its Subsidiaries prior to your Retirement, whether initiated by you or your employer, other than (i) a Termination of Employment due to your death or your Disability; (ii) a Termination of Employment in connection with a Workforce Reduction or Divestiture; (iii) a Termination of Employment with Cause; and (iv) a Termination of Employment in connection with a Change in Control as described in paragraph (b)(iv) above.

Cause shall be defined as that term is defined in your offer letter or other applicable employment agreement; or, if there is no such definition, "Cause" means a Termination of Employment with Bank of America and its Subsidiaries if

it occurs in conjunction with a determination by your employer that you have (i) committed an act of fraud or dishonesty in the course of your employment; (ii) been convicted of (or plead no contest with respect to) a crime constituting a felony or a crime of comparable magnitude under applicable law (as determined by Bank of America in its sole discretion); (iii) committed an act or omission which causes you or Bank of America or its Subsidiaries to be in violation of federal or state securities laws, rules or regulations, and/or the rules of any exchange or association of which Bank of America or its Subsidiaries is a member, including statutory disqualification; (iv) failed to perform your job duties where such failure is injurious to Bank of America or any Subsidiary, or to Bank of America's or such Subsidiary's business interests or reputation; (v) materially breached any written policy applicable to your employment with Bank of America or any of its Subsidiaries including, but not limited to, the Bank of America Corporation Code of Conduct and General Policy on Insider Trading; or (vi) made an unauthorized disclosure of any confidential or proprietary information of Bank of America or its Subsidiaries or have committed any other material violation of Bank of America's written policy regarding Confidential and Proprietary Information.

<u>Change in Control</u> shall be defined as that term is defined in the Bank of America Corporation Key Employee Equity Plan.

<u>Competition</u> means your being engaged, directly or indirectly, whether as a director, officer, employee, consultant, agent or otherwise, with a business entity that is designated as a "Competitive Business" as of the date of your Termination of Employment.

<u>Detrimental Conduct</u> means your serious misconduct or unethical behavior, including any one of the following: (i) any conduct that would constitute Cause; (ii) the commission of a criminal act by you, whether or not performed in the workplace, that subjects, or if generally known, would subject Bank of America or its Subsidiaries to public ridicule or embarrassment, or other improper or intentional conduct causing reputational harm to Bank of America, its Subsidiaries, or a client of Bank of America or its Subsidiaries; (iii) the breach of a fiduciary duty owed to Bank of America or its Subsidiaries or a client or former client of Bank of America or its Subsidiaries; (iv) intentional violation, or grossly negligent disregard, of Bank of America's or its Subsidiaries' policies, rules and procedures, specifically including, but not limited to any of your obligations under the Bank of America Corporation Code of Conduct and workplace policies; or (v) you taking or maintaining trading positions that result in a need to restate financial results in a subsequent reporting period or that result in a significant financial loss to Bank of America or its Subsidiaries during or after the performance year.

<u>Disability</u> means "Disability" as defined from time to time under any long-term disability plan of Bank of America or your employer.

MILLIGAN000020

Divestiture means a Termination of Employment with Bank of America and its Subsidiaries as the result of a divestiture or sale of a business unit as determined by your employer based on the personnel records of Bank of America and its Subsidiaries.

Good Reason means, provided that you have complied with the Good Reason Process, the occurrence of any of the following events without your consent: (i) a material diminution in your responsibility, authority or duty; (ii) a material diminution in your base salary except for across-the-board salary reductions based on Bank of America and its Subsidiaries' financial performance similarly affecting all or substantially all management employees of Bank of America and its Subsidiaries; or (iii) the relocation of the office at which you were principally employed immediately prior to a Change in Control to a location more than fifty (50) miles from the location of such office, or your being required to be based anywhere other than such office, except to the extent you were not previously assigned to a principal location and except for required travel on your employer's business to an extent substantially consistent with your business travel obligations at the time of the Change in Control.

Good Reason Process means that (i) you reasonably determine in good faith that a Good Reason condition has occurred; (ii) you notify Bank of America and its Subsidiaries in writing of the occurrence of the Good Reason condition within sixty (60) days of such occurrence; (iii) you cooperate in good faith with Bank of America and its Subsidiaries' efforts, for a period of not less than thirty (30) days following such notice (the "Cure Period"), to remedy the condition; (iv) notwithstanding such efforts, the Good Reason condition continues to exist following the Cure Period; and (v) you have a Termination of Employment for Good Reason within sixty (60) days after the end of the Cure Period. If Bank of America or its Subsidiaries cures the Good Reason condition during the Cure Period, and you have a Termination of Employment due to such condition (notwithstanding its cure), then you will not be deemed to have a Termination of Employment for Good Reason.

Retirement means, as of the date of your Termination of Employment (i) you have attained at least age sixty-five (65); or (ii) you have a length of service of at least ten (10) years and you have attained at least age fifty-five (55). Your length of service will be determined by Bank of America, in its sole discretion, and, in that regard, if you are a U.S. based employee and you participate in a tax-qualified 401(k) plan sponsored by Bank of America or its Subsidiaries, your length of service shall be your "Vesting Service" under the tax-qualified 401(k) plan in which you participate.

Workforce Reduction means your Termination of Employment with Bank of America and its Subsidiaries as a result of a labor force reduction, realignment or similar measure as determined by your employer and (i) you are officially notified in writing of your Termination of Employment due to a workforce reduction and eligibility for the Corporate Severance Program (or any successor program); or (ii) if

not eligible for the Corporate Severance Program, you are notified in writing by an authorized officer of Bank of America or any Subsidiary that the Termination of Employment is as a result of such action. Your Termination of Employment shall not be considered due to Workforce Reduction unless you execute all documents required under the Corporate Severance Program or otherwise, including without limitation any required release of claims, within the applicable time frames set forth in such documents or as prescribed by Bank of America. In the event you fail to execute all required documents in a timely fashion, your Termination of Employment will not be treated as a Workforce Reduction, and if any portion of the Account Balance representing your Award has been earned or paid to you after your Termination of Employment but before your failure to execute all required documents, you covenant and agree that you will have no right, title or interest in such amount earned or paid and that you will cause such amount to be returned immediately to Bank of America upon notice.

# BANK OF AMERICA CORPORATION
## WEALTHCHOICE AWARDS

### Special Provisions for WealthChoice Awards in Countries Outside the U.S.

This Exhibit B contains additional (or, if so indicated, different) terms and conditions that govern your WealthChoice Award, including any WealthChoice Award granted as part of the long-term contingent award, WealthChoice Strategic Growth Award and/or WealthChoice Strategic Premium Award, if you are an employee of Bank of America or one of its Subsidiaries outside of the U.S. Capitalized terms used but not defined herein shall have the same meanings assigned to them in the Agreement.

This Exhibit B also includes certain country-specific disclosures that may be applicable to you if you work or reside in one of the countries listed herein. These disclosures are based on the securities exchange control and other laws in effect in the respective countries as of February 2016. Such laws are often complex and change frequently. As a result, Bank of America strongly recommends that you not rely on the information in this Exhibit B as the only source of information relating to the consequences of receiving an Award because the information may be out of date at the time the Award becomes earned and payable or at any later date indicated herein.

If you are a citizen or resident of a country other than the one in which you are currently working, are considered a citizen or resident of another country for local law purposes, transfer employment or residency to another country after the Award is granted to you, or are subject to regulation by a regulatory authority in any country other than the country in which you work or are a citizen or resident, Bank of America shall, in its discretion, determine to what extent the terms and conditions contained herein shall be applicable to you.

### General terms applicable to WealthChoice Awards granted to employees in any country outside of the U.S.

### Data Privacy

*By accepting the Award, you hereby explicitly and unambiguously consent to the collection, use and transfer, in electronic or other form, of your personal data as described in this document by and among, as applicable, your employer and Bank of America and its Subsidiaries for the exclusive purpose of implementing, administering and managing the Award.*

*You understand that Bank of America and your employer hold certain personal information about you, including, but not limited to, your name, home address and telephone number, date of birth, social insurance number or other identification number, salary, nationality, job title, any shares of stock or directorships held in Bank of America, details of any entitlement to shares of stock or equivalent benefits awarded, canceled, vested, unvested or outstanding in your favor ("Data"), for the purpose of implementing, administering and managing the Award. You*

*understand that Data may be transferred to any third parties assisting in the implementation, administration and management of the Award, that these recipients may be located in your country or elsewhere, and that the recipient's country may have different data privacy laws and protections from your country. You understand that you may request a list with the names and addresses of any potential recipients of the Data by contacting your local human resources representative. You authorize the recipients to receive, possess, use, retain and transfer the Data, in electronic or other form, for the purposes of implementing, administering and managing the Award. You understand that Data will be held only as long as is necessary to implement, administer and manage the Award. You understand that you may, at any time, view Data, request additional information about the storage and processing of Data, require any necessary amendments to Data or refuse or withdraw the consents herein, in any case without cost, by contacting in writing your local human resources representative. Further, you understand that you are providing the consents herein on a purely voluntary basis. If you do not consent, or if you later seek to revoke your consent, your employment status or service and career with your employer will not be adversely affected; the only consequence of refusing or withdrawing your consent is that Bank of America would not be able to grant you future awards or administer or maintain such awards. Therefore, you understand that refusing or withdrawing your consent may affect your ability to benefit from the Award. For more information on the consequences of your refusal to consent or withdrawal of consent, you understand that you may contact your local human resources representative.*

**Nature of Grant**

By entering into this Agreement and accepting the grant of the Award evidenced hereby, you acknowledge, understand and agree that:

(a)     the Award is granted voluntarily by Bank of America, is discretionary in nature and may be modified, suspended or terminated by Bank of America at any time;

(b)     the grant of the Award is voluntary and occasional and does not create any contractual or other right to receive future awards or benefits in lieu of awards even if such awards have been awarded repeatedly in the past;

(c)     all decisions with respect to future awards, if any, will be at the sole discretion of Bank of America;

(d)     the grant of the Award shall not create a right to further employment with your employer and shall not interfere with the ability of your employer to terminate your employment relationship at any time, with or without Cause;

(e)     you are voluntarily accepting the grant of the Award;

(f)     the future value of the benchmark return options and your Account Balance is unknown and cannot be predicted with certainty.

(g)     the Award and any cash payment made pursuant to the Award are not part of normal or expected compensation or salary for any purposes, including, but not limited to, calculating any severance, resignation, termination, redundancy, dismissal, end-of-service payments, bonuses,

long-service awards, pension or retirement benefits or welfare benefits or similar payments, and in no event should be considered as compensation for, or in any way relating to, past services for Bank of America or any of its Subsidiaries;

(h)     in the event that you are not an employee of Bank of America, the Award will not be interpreted to form an employment contract or relationship with Bank of America; furthermore, the Award will not be interpreted to form an employment contract with any Subsidiary;

(i)     no claim or entitlement to compensation or damages shall arise from (A) forfeiture of the Award resulting from violation of a covenant set forth in Exhibit A or the application of the malus provisions contained in this Exhibit B, or termination of your employment by Bank of America or your employer (regardless of the reason for such termination and whether or not such termination is later found to be invalid or in breach of the employment laws in the jurisdiction where you are employed or the terms of your employment agreement, if any) or (B) recoupment of all or any portion of any payment made pursuant to the Award under any provision of the Agreement (including any provision in Exhibits A or B) and, in consideration of the grant of the Award to which you are not otherwise entitled, you irrevocably agree never to institute any claim against Bank of America or your employer, waive your ability, if any, to bring any such claim and release Bank of America and your employer from any such claim; if, notwithstanding the foregoing, any such claim is allowed by a court of competent jurisdiction, then, by accepting the Award, you shall be deemed irrevocably to have agreed not to pursue such claim, and you agree to execute any and all documents necessary to request dismissal or withdrawal of such claim;

(j)     for purposes of the Award, your employment will be considered terminated as of the date you are no longer actively employed and providing services to Bank of America or one of its Subsidiaries, and your right, if any, to earn and be paid any portion of the Award pursuant to this Agreement after such termination of employment (for any reason whatsoever and regardless of whether or not such termination is later found to be invalid or in breach of the employment laws in the jurisdiction where you are employed or the terms of your employment agreement, if any) will be measured by the date you cease to be actively employed and will not be extended by any notice period mandated under local law (*e.g.*, active employment would not include a period of "garden leave" or similar period pursuant to local law); Bank of America, in its sole discretion, shall determine when you are no longer actively employed for purposes of the Award (including whether you may still be considered actively employed while on an approved leave of absence);

(k)     unless otherwise provided in this Exhibit B, you are solely responsible for investigating and complying with any exchange control laws and foreign account or asset reporting requirements applicable to you in connection with the Award and any payment made pursuant to the Award;

(l)     unless otherwise provided by Bank of America in its discretion, the Award and the benefits evidenced by this Agreement do not create any entitlement to have the Award or any such benefits transferred to, or assumed by, another company nor to be exchanged, cashed out or substituted for, in connection with any corporate transaction affecting Bank of America;

MILLIGAN000025

(m)   neither your employer, Bank of America or any of its Subsidiaries shall be liable for any foreign exchange rate fluctuation between your local currency and the United States Dollar that may affect the value of the Award or any payment made pursuant to the Award; and

(n)   Bank of America and your employer are not providing any tax, legal, financial or investment advice, nor making any recommendations regarding participation in the Plan.  You acknowledge that you have the necessary knowledge and experience to understand how the Award and the Plan work, as well as any risks that may be related to the Plan and the Award and any notional or benchmark investment decisions that you may make in connection with the Plan or the Award.  You should consult with your personal tax, legal and financial advisors regarding participation in the Plan.

## Language

If you have received this Agreement or any other document related to the Award translated into a language other than English and if the meaning of the translated version differs from the English version, the English version shall control.

## <u>Terms applicable to the WealthChoice Awards granted to employees in (or who are regulated by) any European Economic Area ("EEA") country</u>

### *General*

In addition to and without limitation to any recoupment provisions or covenants included in the Agreement and any country-specific terms set forth below, the Award is subject to the requirements of the European Union Directive 2013/36/EU (the Capital Requirements Directive or "CRD"), as implemented into local law, local regulations or remuneration codes in your country (together "Local Regulations") or, if not yet implemented into Local Regulations, as adopted by the European Commission.

Further, payment of the Award is subject to the conditions that (a) you do not breach the standards expected of you pursuant to your employment contract, Bank of America Corporation Code of Conduct and Local Regulations, including, in particular, that you do not participate in and are not responsible for conduct which results in significant losses for Bank of America or its Subsidiaries and that you meet appropriate standards of fitness and propriety, (b) circumstances do not arise which require that your Award must be forfeited or repaid, in whole or in part, pursuant to the requirements of CRD and/or Local Regulations, as from time to time applicable, (c) payment of the Award is sustainable according to the financial situation of Bank of America and justified on the basis of the performance of Bank of America and your business unit and (d) payment of the Award is justified on the basis of your performance.

### *Malus*

Bank of America will, unless Bank of America otherwise determines that it is inappropriate, reduce in whole or in part the amount of cash subject to the Award at or before the payment of the Award if (a) Bank of America determines, in its sole discretion, that you are or were within the categories of staff described in Article 92(2) of CRD (or the equivalent provisions under any Local Regulations) and/or you are or were deemed to have a material impact on the risk profile

of Bank of America or any of its Subsidiaries in accordance with the criteria set out in articles 3 to 5 of Commission Delegated Regulation (EU) No 604/2014 and (b) there is a breach of the requirements or conditions set out above or, without limitation to the above, (i) you have participated in or were responsible for conduct which resulted in significant losses for Bank of America or its Subsidiaries, or (ii) you have failed to meet appropriate standards of fitness and propriety, as determined by Bank of America in its sole discretion.

### Clawback

Bank of America will, unless Bank of America otherwise determines that it is inappropriate, require you to repay some or all of the cash paid to you pursuant to this Agreement if (a) Bank of America determines, in its sole discretion, that you are or were within the categories of staff described in Article 92(2) of CRD (or the equivalent provisions under any Local Regulations) and/or you are or were deemed to have a material impact on the risk profile of Bank of America or any of its Subsidiaries in accordance with the criteria set out in articles 3 to 5 of Commission Delegated Regulation (EU) No 604/2014 and (b) there is a breach of the requirements or conditions set out above or, without limitation to the above, (i) you have participated in or were responsible for conduct which resulted in significant losses for Bank of America or its Subsidiaries, or (ii) you have failed to meet appropriate standards of fitness and propriety, as determined by Bank of America in its sole discretion.

Bank of America will determine, in its sole discretion, the appropriate amount required to be reduced or repaid, as applicable, as well as the terms on which and the process by which you must repay any amount pursuant to this provision. Without limitation to the foregoing, Bank of America may determine, in its sole discretion, that any cash amount to be repaid will be deducted from your salary or from any other payment to be made to you by Bank of America or one of its Subsidiaries.

### **Country-specific terms and disclosures applicable to WealthChoice Awards granted to employees in countries (or regulated by countries) outside of the U.S.**

### **Australia**

There are no special provisions.

### **Brazil**

By accepting the Award, you agree to comply with all applicable Brazilian laws and report and pay any and all applicable taxes associated with the receipt of the Award and any cash payment made pursuant to the Award.

If you are resident or domiciled in Brazil, you will be required to submit an annual declaration of assets and rights held outside of Brazil to the Central Bank of Brazil if the aggregate value of such assets and rights is equal to or greater than US$100,000. If such amount exceeds US$100,000,000, the declaration must be submitted quarterly. Assets and rights that must be reported include cash deposited into a foreign bank or brokerage account.

## Canada

The following paragraph replaces the termination of employment paragraph of the Nature of Grant provision contained in this Exhibit B:

For purposes of the Award, your employment will be considered terminated as of, and your right (if any) to earn and be paid any portion of the Award pursuant to this Agreement after such termination of employment (regardless of the reason for such termination and whether or not later found to be invalid or in breach of the employment laws in the jurisdiction where you are employed or the terms of your employment agreement, if any) will be measured by, the date that is the earliest of: (a) the date your employment with Bank of America and its Subsidiaries is terminated, (b) the date you receive written notice of termination from Bank of America or your employer, regardless of any notice period or period of pay in lieu of such notice mandated under the employment laws in the jurisdiction where you are employed or the terms of your employment agreement, if any; and (c) the date you are no longer actively employed by or actively providing services to Bank of America or any of its Subsidiaries; Bank of America, in its sole discretion, shall determine when you are no longer actively employed or providing services for purposes of the Award (including whether you may still be considered actively employed or actively providing services while on an approved leave of absence).

In the event payment of the Award is made into a U.S. brokerage account, you should be aware that if the cost of your foreign property exceeds C$100,000 at any time during the year, you must report all of your foreign property on Form T1135 by April 30th of the following year. You should consult with a personal tax advisor to ensure that you are properly complying with applicable reporting requirements.

*The following provisions are applicable to employees in Quebec:*

The following paragraph supplements the data privacy provision contained in this Exhibit B:

You hereby authorize Bank of America and Bank of America's representatives to discuss with and obtain all relevant information from all personnel, professional or not, involved in the administration and operation of the Award. You further authorize Bank of America, its Subsidiaries and the administrator of the Award to disclose and discuss the Award with their advisors. You further authorize Bank of America and its Subsidiaries to record such information and to keep such information in your employee file.

Consent to Receive Information in English for Employees in Quebec

The parties acknowledge that it is their express wish that the Agreement, as well as all documents, notices and legal proceedings entered into, given or instituted pursuant hereto or relating directly or indirectly hereto, be drawn up in English.

*Les parties reconnaissent avoir exigé la rédaction en anglais de la convention, ainsi que de tous documents exécutés, avis donnés et procédures judiciaires intentées, directement ou indirectement, relativement à ou suite à la présente convention.*

17

**Hong Kong**

*WARNING: The Award does not constitute a public offering of securities under Hong Kong law and is available only to employees of Bank of America or its Subsidiaries. The Agreement, including this Exhibit B, and any other incidental communication materials distributed in connection with the Award (i) have not been prepared in accordance with and are not intended to constitute a "prospectus" for a public offering of securities under the applicable securities legislation in Hong Kong, (ii) have not been reviewed by any regulatory authority in Hong Kong, and (iii) are intended only for the personal use of each eligible employee of your employer, Bank of America or its Subsidiaries and may not be distributed to any other person. If you have any questions regarding the contents of the Agreement, including this Exhibit B, or any other incidental communication materials distributed in connection with the Award, you should obtain independent professional advice.*

Bank of America specifically intends that the program under which the Award was granted will not be an occupational retirement scheme for purposes of the Occupational Retirement Schemes Ordinance.

**India**

There are no special provisions.

**Japan**

There are no special provisions.

**Singapore**

There are no special provisions.

**United Kingdom**

The following paragraphs supplement the provision regarding Tax-Related Items contained in the Agreement:

Any sum withheld on an estimated basis shall be repaid to you to the extent that such sum was not applied in satisfaction of the actual tax liabilities arising.

If payment or withholding of the income tax due is not made within 90 days after the end of the tax year in which the income tax liability arises, or such other period specified in Section 222(1)(c) of the United Kingdom Income Tax (Earnings and Pensions) Act 2003 (the "Due Date"), the amount of any uncollected income tax will constitute a loan owed by you to your employer, effective on the Due Date. You agree that the loan will bear interest at the then-current Official Rate of Her Majesty's Revenue and Customs ("HMRC"), it will be immediately due and repayable, and Bank of America or your employer may recover it at any time thereafter by any of the means referred to in the Agreement. Notwithstanding the foregoing, if you are a director or executive officer of Bank of America (within the meaning of Section 13(k) of the U.S. Securities Exchange Act of 1934, as amended), you will not be eligible for such a loan to cover the income

tax due.  In the event that you are a director or executive officer and the income tax is not collected from or paid by you by the Due Date, the amount of any uncollected income tax may constitute a benefit to you on which additional income tax and National Insurance Contributions may be payable.  You will be responsible for reporting and paying any income tax due on this additional benefit directly to HMRC under the self-assessment regime and for paying Bank of America or your employer, as applicable, for the value of any employee National Insurance Contributions due on this additional benefit.

The following paragraphs are in addition to and without limitation to any recoupment provisions or covenants included in the Agreement and the provision regarding CRD in the European Economic Area section of this Exhibit B.

The Award is also subject to the requirements of the Remuneration Codes of the Prudential Regulation Authority and the Financial Conduct Authority (the "Remuneration Codes").

### *Malus*

Bank of America will, unless Bank of America otherwise determines that it is inappropriate, reduce in whole or in part the amount of cash subject to the Award at or before the payment of the Award if (a) Bank of America determines, in its sole discretion, that the requirements of the Remuneration Codes are or were applicable to you, and (b)

> (i)   There is reasonable evidence of misbehavior or material error;

> (ii)  Bank of America and/or its Subsidiaries and/or a business unit suffer a material failure of risk management; or

> (iii) Bank of America and/or its Subsidiaries and/or a business unit suffer a material downturn in its or their financial performance.

In respect of paragraphs (i) and (ii) above, Bank of America may take into account the extent to which (x) you could have been reasonably expected to be aware of a failure or misconduct at the time it occurred but failed to take adequate steps to promptly identify, assess, report, escalate or address it; and (y) by virtue of your role or seniority, you could be deemed indirectly responsible or accountable for the failure or misconduct.

### *Clawback*

Bank of America will, unless Bank of America determines that it is inappropriate, require you to repay some or all of the cash paid to you pursuant to this Agreement if during the Clawback Period (a) Bank of America determines, in its sole discretion, that the requirements of the Remuneration Codes are or were applicable to you, and (b)

> (i)   There is reasonable evidence of misbehavior or material error; or

> (ii)  Bank of America and/or its Subsidiaries and/or a business unit suffer a material failure of risk management.

In respect of paragraphs (i) and (ii) above, Bank of America will take into account the extent to which (x) you could have been reasonably expected to be aware of a failure or misconduct at the time it occurred but failed to take adequate steps to promptly identify, assess, report, escalate or address it; and (y) by virtue of your role or seniority, you could be deemed indirectly responsible or accountable for the failure or misconduct.

For purposes of this "Clawback" provision, Clawback Period means such period commencing on the date of payment of the Award and ending on the seventh anniversary of the date of grant of the Award or such longer period as is required under the Remuneration Codes.