UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KELLY MILLIGAN,<br>ON BEHALF OF HIMSELF AND<br>ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>  v.<br><br>MERRILL LYNCH, PIERCE, FENNER &<br>SMITH INC., BANK OF AMERICA CORP.,<br>and JOHN/JANE DOE 1, THE SENIOR VICE<br>PRESIDENT–HUMAN RESOURCES<br>GLOBAL BANKING AND GLOBAL<br>WEALTH AND INVESTMENT<br>MANAGEMENT ADMINISTRATION AT<br>BANK OF AMERICA CORP.,<br><br>    Defendants. | Case No. 3:24-cv-00440-KDB-DCK<br><br>Judge Kenneth D. Bell<br>Magistrate Judge David Keesler |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Kelly Milligan ("Plaintiff") and Defendants Merrill Lynch, Pierce, Fenner & Smith Inc. ("Merrill Lynch") and Bank of America Corp. ("Bank of America") (together, "Defendants") (together with Plaintiff, the "Parties") jointly move this Court to enter the attached Stipulated Protective Order to govern the disclosure of confidential information in the above-captioned case. In support of this Motion, the Parties state as follows:

1. Plaintiff filed his Complaint on April 30, 2024. Dkt. 1.

2. On August 13, 2024, this Court entered its Pretrial Order and Case Management Plan ("Pretrial Order"). Dkt. 36.

3. Pursuant to the Pretrial Order, the Parties' deadline to submit a proposed protective order is September 30, 2024. *Id.* p. 1.

4. The Parties have conferred and agree to the attached Stipulated Protective Order to protect confidential information from inappropriate disclosure.

5. Good and adequate cause exists to support the entry of the Stipulated Protective Order.

WHEREFORE, for the above stated reasons, the Parties request that this Court enter the attached proposed Stipulated Protective Order.

This is the 30th day of September 2024.

Respectfully submitted,

By: */s/ Robert A. Muckenfuss*

MORGAN, LEWIS & BOCKIUS LLP

Samuel S. Shaulson (*pro hac vice forthcoming*)
600 Brickell Avenue
Miami, FL 33131
T: (305) 415-3000
F: (305) 415-3001
samuel.shaulson@morganlewis.com

Sari M. Alamuddin (*pro hac vice*)
Matthew A. Russell (*pro hac vice*)
Eric M. Makinen (*pro hac vice* forthcoming)
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
(312) 324-1000
(312) 324-1001 (fax)
sari.alamuddin@morganlewis.com
matthew.russell@morganlewis.com
eric.makinen@morganlewis.com

MCGUIRE WOODS LLP

Robert A. Muckenfuss, NC State Bar #28218
Zachary L. McCamey, NC State Bar #53540
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
(704) 343-2000
(704) 343-2300
zmccamey@mcguirewoods.com
rmuckenfuss@mcguirewoods.com

**COUNSEL FOR DEFENDANTS**

*/s/ John S. "Jack" Edwards, Jr. (with permission)*

John S. "Jack" Edwards, Jr. *(admitted pro hac vice)*
AJAMIE LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
jedwards@ajamie.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2024, the foregoing was filed with the Court using the CM/ECF system.

    /s/ *Robert A. Muckenfuss*
    Robert A. Muckenfuss