# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KELLY MILLIGAN,<br>ON BEHALF OF HIMSELF AND<br>ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiff,<br><br>      vs.<br><br>MERRILL LYNCH, PIERCE, FENNER &<br>SMITH INC., BANK OF AMERICA CORP.,<br>and JOHN/JANE DOE 1, THE SENIOR VICE<br>PRESIDENT–HUMAN RESOURCES<br>GLOBAL BANKING AND GLOBAL<br>WEALTH AND INVESTMENT<br>MANAGEMENT ADMINISTRATION AT<br>BANK OF AMERICA CORP.,<br><br>                Defendants. | Case No. 3:24-cv-00440-KDB-DCK<br><br>Judge Kenneth D. Bell<br>Magistrate Judge David Keesler<br><br><br><br>CLASS ACTION |

## JOINT MOTION REGARDING BRIEFING SCHEDULE
## FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Kelly Milligan ("Plaintiff") and Defendants Merrill Lynch, Pierce, Fenner &

Smith Inc. ("Merrill Lynch") and Bank of America Corp. ("Bank of America") (together,

"Defendants"), by and through their attorneys, respectfully move this Court to vacate the current

October 15, 2024, deadline for Plaintiff to oppose Defendants' Motion for Summary Judgment

[ECF No. 41] (the "MSJ"). In place of that deadline, the parties propose that they be allowed until

October 11, 2024, to meet and confer regarding any additional focused discovery that Plaintiff

believes he needs to respond to Defendants' MSJ, and to file with the Court a proposed schedule

for any such discovery, for Plaintiff to submit his opposition to the MSJ, and for Defendants to

submit any reply. In support of this Motion, the parties state as follows:

1

1. This case asserts claims under ERISA. However, the parties dispute whether ERISA applies to the WealthChoice Contingent Award Plan at issue in this matter. *See generally* Complaint [ECF No. 1]; Defendants' MSJ.

2. Defendants filed their MSJ on September 30, 2024. Under the Local Rules and the parties' current pretrial order, Plaintiffs' opposition would ordinarily be due on October 15, 2024. *See* L.R. 7.1(e); Pretrial Order and Case Management Plan at II.C. [ECF 36].

3. Defendants' MSJ includes assertions of fact and relies on three declarations and 28 documentary exhibits. *See generally* [ECF No. 41] and associated exhibits.

4. Plaintiff maintains that he needs additional time to conduct targeted discovery on certain factual assertions in Defendants' MSJ before he can file a response. Defendants do not believe any such discovery is necessary to respond to the MSJ, but rather that the legal arguments set forth in the MSJ are properly based on undisputed facts established in the materials upon which the MSJ relies, all of which have been produced to Plaintiff.

5. However, Plaintiff and Defendants will meet and confer to discuss the discovery that Plaintiff believes he needs to respond to the MSJ. The parties will then submit a new proposed scheduling order no later than Friday, October 11, 2024, with proposed deadlines for any such discovery, Plaintiff's response to the MSJ, and Defendants' reply brief.

6. This Motion is timely, as it is filed before the current deadline for Plaintiff to respond to the MSJ.

7. This Motion is filed for good cause and not for delay or any other improper purpose.

8. Pursuant to Local Civil Rule 7.1(b), the parties' counsel conferred regarding the relief sought in this Motion and submit this Motion as a joint filing.

Dated: October 7, 2024

Respectfully submitted,

By: */s/ Matthew A. Russell*

Robert A. Muckenfuss, NC State Bar #28218
Zachary L. McCamey, NC State Bar #53540
MCGUIRE WOODS LLP
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
(704) 343-2000
(704) 343-2300
zmccamey@mcguirewoods.com
rmuckenfuss@mcguirewoods.com

Sari M. Alamuddin (*pro hac vice*)
Matthew A. Russell (*pro hac vice*)
Eric M. Makinen (*pro hac vice* forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL  60606
(312) 324-1000
(312) 324-1001 (fax)
sari.alamuddin@morganlewis.com
matthew.russell@morganlewis.com
eric.makinen@morganlewis.com

*Attorneys for Defendants*

Respectfully submitted,

*/s/ John D. Hurst*
John D. Hurst
N.C. Bar No. 37680
MOTLEY RICE LLC
50 Clay Street, Suite 1
Morgantown, WV  26501
Telephone: (304) 413-0456
Facsimile: (304) 413-0458
jhurst@motleyrice.com

Mathew P. Jasinski*
Douglas P. Needham*
M. Zane Johnson
MOTLEY RICE LLC
27 Church Street, 17th Floor
Hartford, CT  06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
mjasinski@motleyrice.com
dneedham@motleyrice.com
zjohnson@motleyrice.com

Thomas R. Ajamie*
John S. "Jack" Edwards, Jr.*
Courtney D. Scobie*
AJAMIE LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX  77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com
cscobie@ajamie.com

Robert A. Izard*
Craig A. Raabe*
Seth R. Klein*
Christopher M. Barrett*
IZARD, KINDALL & RAABE LLP
29 South Main Street, Suite 305
West Hartford, CT  06107
Tel: (860) 493-6292
Fax: (860) 493-6290

3

rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

*Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I, John D. Hurst, an attorney, hereby certify that on October 7, 2024, I caused a copy of the

foregoing to be filed through the Court's CM/ECF Electronic Filing System, which will transmit

notice of such filing to all counsel of record.


*/s/ John D. Hurst*

4