# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-440-KDB-DCK

| | |
|---|---|
| KELLY MILLIGAN, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| MERRILL LYNCH, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion Regarding Briefing Schedule For Defendants' Motion For Summary Judgment" (Document No. 46) filed October 8, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the parties request that the current deadline for Plaintiff to file a response to "Defendants' Motion For Summary Judgment" (Document No. 41) be vacated. The parties propose "that they be allowed until October 11, 2024, to meet and confer regarding any additional focused discovery that Plaintiff believes he needs to respond…and to file with the Court a proposed schedule for any such discovery, for Plaintiff to submit his opposition…and for Defendants to submit any reply." (Document No. 46).

Based on the foregoing, the undersigned will allow the parties additional time to meet and confer and propose revised briefing deadlines; however, the parties are respectfully advised that a lengthy extension of the briefing deadlines is unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion Regarding Briefing Schedule For Defendants' Motion For Summary Judgment" (Document No. 46) is **GRANTED**. The current deadline for Plaintiff to file a response to "Defendants' Motion For Summary Judgment" (Document No. 41) is **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall file a motion, jointly if possible, proposing revised deadlines for Plaintiff's Response and Defendants' Reply regarding "Defendants' Motion For Summary Judgment" (Document No. 41) on or before **October 11, 2024**.

**SO ORDERED**.

Signed: October 8, 2024

David C. Keesler
United States Magistrate Judge