# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO.  3:24-CV-440-KDB-DCK

| | | |
|---|---|---|
| **KELLY MILLIGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MERRILL LYNCH,  et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' second "Joint Motion Regarding Briefing Schedule For Defendants' Motion For Summary Judgment" (Document No. 48) filed October 11, 2024.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.  Further extensions are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the parties' second "Joint Motion Regarding Briefing Schedule For Defendants' Motion For Summary Judgment" (Document No. 48) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall meet and confer and then file a motion, jointly if possible, proposing revised deadlines for Plaintiff's Response and Defendants' Reply regarding "Defendants' Motion For Summary Judgment" (Document No. 41) on or before **October 18, 2024**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice identifying their Mediator on or before **October 28, 2024**.

**SO ORDERED**.

Signed: October 14, 2024

_____

David C. Keesler
United States Magistrate Judge