IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-440-KDB-DCK

| | |
|---|---|
| KELLY MILLIGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERRILL LYNCH, et al., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Submission Regarding Discovery And Briefing Schedule Re: Defendants' Motion For Summary Judgment" (Document No. 50) filed October 18, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Submission Regarding Discovery And Briefing Schedule Re: Defendants' Motion For Summary Judgment" (Document No. 50) is **GRANTED**.

The case deadlines are revised as follows: Defendants shall produce additional discovery materials on or before **November 11, 2024**; Plaintiff shall file a response to "Defendant's Motion For Summary Judgment" (Document No. 41) on or before **December 6, 2024**; and Defendants shall file a reply in support of the "…Motion For Summary Judgment" (Document No. 41) on or before **December 20, 2024**.

**SO ORDERED**.

Signed: October 21, 2024

David C. Keesler
United States Magistrate Judge