UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KELLY MILLIGAN,<br>ON BEHALF OF HIMSELF AND<br>ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MERRILL LYNCH, PIERCE, FENNER &<br>SMITH INC., BANK OF AMERICA CORP.,<br>and JOHN/JANE DOE 1, THE SENIOR VICE<br>PRESIDENT–HUMAN RESOURCES<br>GLOBAL BANKING AND GLOBAL<br>WEALTH AND INVESTMENT<br>MANAGEMENT ADMINISTRATION AT<br>BANK OF AMERICA CORP.,<br><br>　　　　　　Defendants. | Civil Action No. 3:24-cv-00440-KDB-DCK<br><br>Judge Kenneth D. Bell<br>Magistrate Judge David Keesler<br><br><br><br>CLASS ACTION |

**PLAINTIFF'S UNOPPOSED MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THEIR RESPONSE BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Local Rule 6.1 Plaintiff Kelly Milligan, on behalf of himself and all others similarly situated ("Plaintiff"), hereby moves the Court to enter an order allowing Plaintiff to file a copy of certain exhibits to Plaintiff's Memorandum of Law, as well as an unredacted version of such Memorandum of Law, under seal. Plaintiff has conferred with Defendants concerning this Motion, and Defendants do not oppose the relief requested herein.

Specifically, Plaintiff seeks to file the following materials under seal:

- An unredacted version of *Plaintiff's Response Brief in Opposition to Defendants' Motion for Summary Judgment* ("Response Brief");

- An unredacted version of the Declaration of M. Zane Johnson ("Johnson Declaration");

- Exhibit A to the Johnson Declaration – an excerpt from a spreadsheet produced by Defendants containing information about each WealthChoice award payment made to Merrill financial advisors (spreadsheet produced as MERRILL_WDNC_00000001); and

- Exhibit F to the Johnson Declaration – document titled "US GAAP Month Ledger," which shows Merrill's calculated values for various components of FA compensation for 2022 and 2023.

The grounds for this relief are more fully set forth in Plaintiff's accompanying Memorandum in Support of this Motion to Seal.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter an Order that Plaintiff may file the documents listed above under seal.

Dated: December 6, 2024                                         Respectfully submitted,

                                                                                  */s/ John D. Hurst*

Thomas R. Ajamie*                                           John D. Hurst
John S. "Jack" Edwards, Jr.*                          N.C. Bar No. 37680
Courtney D. Scobie*                                      MOTLEY RICE LLC
AJAMIE LLP                                                    50 Clay Street, Suite 1
Pennzoil Place - South Tower                         Morgantown, WV  26501
711 Louisiana, Suite 2150                                 Telephone: (304) 413-0456
Houston, TX  77002                                      Facsimile: (304) 413-0458
Telephone: (713) 860-1600                            jhurst@motleyrice.com
Facsimile: (713) 860-1699
tajamie@ajamie.com                                      Mathew P. Jasinski*
jedwards@ajamie.com                                    Douglas P. Needham*
cscobie@ajamie.com                                      M. Zane Johnson*
                                                              MOTLEY RICE LLC
Robert A. Izard*                                                     27 Church Street, 17th Floor
Craig A. Raabe*                                                     Hartford, CT  06103
Seth R. Klein*                                                        Telephone: (860) 882-1681
Christopher M. Barrett*                                   Facsimile: (860) 882-1682
IZARD, KINDALL & RAABE LLP                 mjasinski@motleyrice.com
29 South Main Street, Suite 305                   dneedham@motleyrice.com
West Hartford, CT  06107                             zjohnson@motleyrice.com
Tel: (860) 493-6292
Fax: (860) 493-6290                                     *Admitted *pro hac vice*.
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

## CERTIFICATE ON USE OF ARTIFICIAL INTELLIGENCE

I, John D. Hurst, an attorney, certify, as required by the Court's June 18, 2024 Order in *In re Use of Artificial Intelligence*, No. 3:24-mc-104 (W.D.N.C.), that:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg; and

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working under his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

*/s/ John D. Hurst*
John D. Hurst

## CERTIFICATE OF SERVICE

I, John D. Hurst, an attorney, certify that on December 6, 2024, I caused a copy of the foregoing document to be filed through the Court's CM/ECF Electronic Filing System, which will transmit notice of such filing to all counsel of record.

*/s/ John D. Hurst*
John D. Hurst