# Exhibit A

| COMMENT | Term Date | Grant Date | Normal 8-Year Vesting Date * | Vesting Date | Payment Date | Payment Amount | | Payment ID |
|---|---|---|---|---|---|---|---|---|
| RETIREMENT | 1/25/2018 | 2/12/2010 | 2/12/2018 | 1/1/2019 | 1/24/2019 | $ | 3,596.23 | 0000028108941 |
| RETIREMENT | 1/25/2018 | 2/12/2010 | 2/12/2018 | 1/1/2019 | 1/24/2019 | $ | 17,281.61 | 0000028108942 |
| RETIREMENT | 1/25/2018 | 2/15/2011 | 2/15/2019 | 1/1/2019 | 1/24/2019 | $ | 30,824.26 | 0000028108944 |
| RETIREMENT | 1/25/2018 | 3/25/2011 | 3/25/2019 | 1/1/2019 | 1/24/2019 | $ | 26,355.77 | 0000028108943 |
| RETIREMENT | 1/25/2018 | 2/15/2012 | 2/15/2020 | 1/1/2019 | 1/24/2019 | $ | 30,369.10 | 0000028108945 |
| RETIREMENT | 1/25/2018 | 2/15/2013 | 2/15/2021 | 1/1/2019 | 1/24/2019 | $ | 26,208.61 | 0000028108946 |
| RETIREMENT | 1/25/2018 | 2/14/2014 | 2/14/2022 | 1/1/2019 | 1/24/2019 | $ | 32,235.65 | 0000028108947 |
| RETIREMENT | 1/25/2018 | 2/13/2015 | 2/13/2023 | 1/1/2019 | 1/24/2019 | $ | 24,809.56 | 0000028108949 |
| RETIREMENT | 1/25/2018 | 3/13/2015 | 3/13/2023 | 1/1/2019 | 1/24/2019 | $ | 5,139.73 | 0000028108948 |
| RETIREMENT | 1/25/2018 | 2/12/2016 | 2/12/2024 | 1/1/2019 | 1/24/2019 | $ | 26,876.97 | 0000028108950 |
| RETIREMENT | 1/25/2018 | 2/15/2017 | 2/15/2025 | 1/1/2019 | 1/14/2019 | $ | 35,388.01 | 0000027957133 |
| RETIREMENT | 1/25/2018 | 2/12/2010 | 2/12/2018 | 1/1/2020 | 1/7/2020 | $ | 4,093.03 | 0000029483360 |
| RETIREMENT | 1/25/2018 | 2/12/2010 | 2/12/2018 | 1/1/2020 | 1/7/2020 | $ | 19,173.09 | 0000029483361 |
| RETIREMENT | 1/25/2018 | 2/15/2011 | 2/15/2019 | 1/1/2020 | 1/7/2020 | $ | 36,766.34 | 0000029483363 |
| RETIREMENT | 1/25/2018 | 3/25/2011 | 3/25/2019 | 1/1/2020 | 1/7/2020 | $ | 31,905.99 | 0000029483362 |
| RETIREMENT | 1/25/2018 | 2/15/2012 | 2/15/2020 | 1/1/2020 | 1/7/2020 | $ | 38,367.25 | 0000029483364 |
| RETIREMENT | 1/25/2018 | 2/15/2013 | 2/15/2021 | 1/1/2020 | 1/7/2020 | $ | 31,605.57 | 0000029483365 |
| RETIREMENT | 1/25/2018 | 2/14/2014 | 2/14/2022 | 1/1/2020 | 1/7/2020 | $ | 40,419.33 | 0000029483366 |
| RETIREMENT | 1/25/2018 | 2/13/2015 | 2/13/2023 | 1/1/2020 | 1/7/2020 | $ | 28,571.95 | 0000029483368 |
| RETIREMENT | 1/25/2018 | 3/13/2015 | 3/13/2023 | 1/1/2020 | 1/7/2020 | $ | 5,916.39 | 0000029483367 |
| RETIREMENT | 1/25/2018 | 2/12/2016 | 2/12/2024 | 1/1/2020 | 1/7/2020 | $ | 32,098.22 | 0000029483369 |
| RETIREMENT | 1/25/2018 | 2/15/2017 | 2/15/2025 | 1/1/2020 | 1/7/2020 | $ | 40,199.43 | 0000029483370 |

* Calculated by Plaintiff