# Exhibit F

US GAAP Month Ledger
Actual
Ending Balance
Calculated Values
Group currency
NON LINKED ACCOUNTS
S_NONE - S_NONE;LC_2003 - BANK OF AMERICA CONS
Global Wealth & Investment Management

DEC 2023    DEC 2022



Salaries and Wages
Overtime
  Total Misc Incentive
  Total Long-Term Incentive
  Total Cash Incentive
Incentive Compensation Expense
Contract Temp and Other Comp
Employee Benefits
Capitali Persnel EXP
Comp and benefits

Occup and Equip
Info Proces and comm
Prod del trans exp
Marketing
Professional Fees
Other General Operating Expense
Intercompany Expense
Total Allocations

Non-Interest Expense

CONFIDENTIAL

MERRILL_WDNC_003276

US GAAP Month Ledger
Actual
Ending Balance
Calculated Values
Group currency
NON LINKED ACCOUNTS
S_NONE - S_NONE;LC_2003 - BANK OF AMERICA CONS
Global Wealth & Investment Management

| | DEC 2023 | DEC 2022 |
|---|---|---|
| BAC1MEQUITYSET - Equity Settled | | |
|   BAC1M61055 - Cash Settled Restricted Stock Units | | |
|     BAC1/6105600002 - Wealthchoice Awards | | |
|     BAC1/6105600011 - FCCAAP Wealth builder | | |
|   BAC1M61056 - FA Cash Reward | | |
| BAC1MCASH_SETT - Cash Settled | REDACTED | |
| BAC1MTOTLTINOT - Total Long-Term Incentive - Other | | |
| BAC1MTOTLTINCN - Total Long-Term Incentive | | |
| BAC1M_CONITEXP - Contra Incentive Expense | | |
| BAC1M_PRFNDSIN - Per Fund and Discre Incentives | | |
|   BAC1/6106000006 - Incentive Compensation-Sales/Commissions | | |
|   BAC1/6106000007 - Incentive Comp-Forgivable Loan Amort | | |
|   BAC1/6106000016 - BAC FA Service Bonus | | |
|   BAC1/6106000017 - Base Salary Retail Exempt | | |
|   BAC1/6106000028 - Finl Consult Retail Comp FAReferralAward | | |
|   BAC1/6106000029 - 2013 Client Transition Program Incent Pd | | |
|   BAC1/6106000031 - Client Experience Achievement Award | | |
|   BAC1/6106000032 - CTP program for non terminated FAs | | |
|   BAC1/6106000037 - IA/CA Supplemental Comp One Time | | |
|   BAC1/6106000038 - IA/CA Supplemental Perc Gross Production | | |
|   BAC1/6106000039 - IA/CA Supplemental Fixed | | |
|   BAC1/6106000041 - Team Financial Advisor Program Bonus | | |
|   BAC1/6106000102 - Adjusted Retail Compensation Current | | |
|   BAC1/6106000110 - Deferred Cash in year Contra | | |
|   BAC1/6106000111 - Deferred Cash in year Gross Up | | |
|   BAC1/6106000119 - Financial Consultant Retail Compensation | | |
|   BAC1/6106000124 - Guaranteed Comp - Sales and Commissions | | |
|   BAC1/6106000125 - Ml FA recruit Short term Deferred Plan | | |
|   BAC1/6106000127 - Financial Consultant Retail Comp 2 | | |
|   BAC1/6106000128 - Fin Con Rtl Comp Cur Year Rm Sal Pmnts | | |
|   BAC1/6106000129 - Fin Consult Retail Comp  FC Comp | | |
|   BAC1/6106000130 - Fin Consultant Retail Comp Upfront Loans | | |
|   BAC1/6106000131 - Financial Consultant Retail Compensation | | |
|   BAC1/6106000147 - DONOTUSE BAC FA Service Bonus | | |
|   BAC1/6106000149 - Financial Consultant Compensation Transf | | |
|   BAC1/6106000150 - FC Incentive Paid | | |
|   BAC1/6106000152 - POA Incentive Compensation Accrual | | |
|   BAC1/6106000300 - Commission Accrual | | |
|   BAC1/6106000302 - Commission Accrual Annual | | |
|   BAC1/6106000304 - Commission - Annual Paid | | |
|   BAC1/6106000551 - FA Comp Non-formulaic Accrual Adjustment | | |
|   BAC1/6106000552 - FA Comp Reimbursement | | |
|   BAC1M61060 - Sales/Commissions | | |
|   BAC1M50010 - DONOTUSEFinancial Consultant Retail Compensation | | |
| BAC1M_SALCMINC - Sales and Commissions Incentives | | |
| BAC1MTOTALCASH - Total Cash Incentive | | |

US GAAP Month Ledger
Actual
Ending Balance
Calculated Values
Group currency
NON LINKED ACCOUNTS
S_NONE - S_NONE
LE_2003_BOA_CORPORTN - BANK OF AMERICA CORPORATION PARENT GROUP

                                                                                   DEC 2023       DEC 2022



- BAC1ACCRINTPAY - Accrued Interest Payable
  - BAC1/2135500001 - Deferred Compensation Employees 475(B)(1
  - BAC1/2135500004 - Def Comp Emp Select Hedge Fund 475(B)(1)
  - BAC1/2135500031 - Deferred Comp FRB
  - BAC1/2135500032 - Deferred Compensation Growth Award
  - BAC1/2135500261 - Dividend On Deferred Options
  - BAC1/2135500469 - Deferred Comp Plans Liabilities Benchmrk
  - BAC1/2135500473 - Deferred Comp Wb Liability Ml Benchmark
  - BAC1/2135500475 - Deferred Comp Cont Def Comp Ml Benchmrk
  - BAC1/2135500481 - Deferred Compensation Wealthchoice Plan
  - BAC1/2135501557 - Deferred Compensation Income Builder
  - BAC1/2135501562 - Deferred Compensation FACAAP
  - BAC1/2135510240 - Deferred Comp Non Employee Directors
  - BAC1/2135520233 - Deferred Comp All Plans
  - BAC1/2135520241 - Sterling Stamos Hedge Fund
  - BAC121355 - Deferred Comp
  - BAC1EMPLBENNUS - Other Employee Benefit Plan - Non-US
  - BAC1OTHEMPINC - Other Employee Incentive Plan
- BAC1EMPLBENFIT - Other Employee Benefit Plan
- BAC1INCTXPAYBL - Income Taxes Payable
- BAC1OTHTXPYBLE - Other Taxes Payable - Liability
- BAC1OTHACCREXP - Other Accrued Expenses
- BAC1DIVID-PAY - Dividend Payables
- BAC1BENPLNPYBL - Benefit Plans Payable
- BAC1ACCTPAYBLE - Accounts Payable
- BAC1BRKDLR-PYB - Broker Dealer Payable
- BAC1NONINTPAYB - Non-Interest Payables
- BAC1DEFRDINCOM - Deferred Income
- BAC1MISCOTHLIA - Miscellaneous Other Liabilities
- BAC1ACCREXPOTL - Accrued Expenses and Other Liabilities