IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-440-KDB-DCK

| | |
|---|---|
| KELLY MILLIGAN, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| MERRILL LYNCH, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Unopposed Motion For Extension Of Time" (Document No. 56) filed December 13, 2024, by Defendants Bank of America Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Unopposed Motion For Extension Of Time" (Document No. 56) is **GRANTED**. Defendants Bank of America Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc. shall file a reply brief in support of their "…Motion For Summary Judgment" (Document No. 41) on or before **December 30, 2024**.

**SO ORDERED**.

Signed: December 13, 2024

David C. Keesler
United States Magistrate Judge