UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KELLY MILLIGAN,<br>ON BEHALF OF HIMSELF AND<br>ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>  vs.<br><br>MERRILL LYNCH, PIERCE, FENNER &<br>SMITH INC., BANK OF AMERICA CORP.,<br>and JOHN/JANE DOE 1, THE SENIOR VICE<br>PRESIDENT–HUMAN RESOURCES<br>GLOBAL BANKING AND GLOBAL<br>WEALTH AND INVESTMENT<br>MANAGEMENT ADMINISTRATION AT<br>BANK OF AMERICA CORP.,<br><br>    Defendants. | Civil Action No. 3:24-cv-00440<br><br><br><br><br>CLASS ACTION |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

Plaintiff Kelly Milligan, by and through his undersigned counsel, moves this Court for leave to amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiff's proposed Amended Complaint, attached as Exhibit A,[1] adds allegations pertaining to an additional type of deferred compensation (Restricted Stock Units), revises the class definition to conform with the applicable statute of limitations, and adds plan funding to the relief sought.

In accordance with Local Rule 7.1 and the Pretrial Order and Case Management Plan, ECF 36, Plaintiff's counsel consulted with Defendants' counsel in a good faith attempt to resolve disagreement on the motion prior to filing. Defendants' counsel indicated that they are unable to

---

[1] For the Court's convenience, a redline comparing the proposed Amended Complaint to the original Complaint is attached as Exhibit B.

1

consent to the proposed amendment at this time but will respond further after conferring with their clients.

Dated: January 6, 2024

Respectfully submitted,

*/s/ John D. Hurst*
John D. Hurst
N.C. Bar No. 37680
MOTLEY RICE LLC
50 Clay Street, Suite 1
Morgantown, WV 26501
Telephone: (304) 413-0456
Facsimile: (304) 413-0458
jhurst@motleyrice.com

Thomas R. Ajamie*
John S. "Jack" Edwards, Jr.*
Courtney D. Scobie*
AJAMIE LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com
cscobie@ajamie.com

Mathew P. Jasinski*
Douglas P. Needham*
M. Zane Johnson*
MOTLEY RICE LLC
27 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
mjasinski@motleyrice.com
dneedham@motleyrice.com
zjohnson@motleyrice.com

Robert A. Izard*
Christopher M. Barrett*
IZARD, KINDALL & RAABE LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
rizard@ikrlaw.com
cbarrett@ikrlaw.com

*Pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January, 2025, the foregoing was filed with the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the CM/ECF system.

>  */s/ John D. Hurst*
>  John D. Hurst