# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KELLY MILLIGAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | Civil Action No. 3:24-cv-00440 |
| Plaintiff, | |
| vs. | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC., BANK OF AMERICA CORP., and JOHN/JANE DOE 1, THE SENIOR VICE PRESIDENT–HUMAN RESOURCES GLOBAL BANKING AND GLOBAL WEALTH AND INVESTMENT MANAGEMENT ADMINISTRATION AT BANK OF AMERICA CORP., | CLASS ACTION |
| Defendants. | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiff's Motion

for Leave to Amend the Complaint, filed January 6, 2025, it is hereby ORDERED that the motion

is GRANTED.

_____
United States District Judge

1