IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-440-KDB-DCK

| KELLY MILLIGAN, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay" (Document No. 63) filed January 14, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Bell's chambers, the undersigned will grant the motion.

By the instant motion, the parties request "to stay all proceedings except for Defendants' pending motion for summary judgment," asserting that "[i]f granted, this motion would end the lawsuit (pending any appeal)." (Document No. 63). The parties seek to "conserve party and judicial resources" and avoid "wast[ing] resources and incurr[ing] unnecessary costs" on discovery and briefing efforts that will be rendered unnecessary should the Court grant "Defendants' Motion For Summary Judgment" (Document No. 41). Id. The parties thus request a stay of all proceedings until "such time as this Court issues its ruling" on Defendants' pending motion. Id.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay" (Document No. 63) is **GRANTED**. This matter is **STAYED** pending resolution of "Defendants' Motion For Summary Judgment" (Document No. 41).

**SO ORDERED**.

Signed: January 16, 2025

David C. Keesler
United States Magistrate Judge