IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KELLY MILLIGAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> -against- <br><br> MERRILL LYNCH, PIERCE, FENNER & SMITH INC., BANK OF AMERICA CORP., and JOHN/JANE DOE 1, THE SENIOR VICE PRESIDENT–HUMAN RESOURCES GLOBAL BANKING AND GLOBAL WEALTH AND INVESTMENT MANAGEMENT ADMINISTRATION AT BANK OF AMERICA CORP., <br><br> Defendants, <br><br> and <br><br> JEFFREY DeWEES, REINHOLD WIGAND, JAY TAMKOC, WILLIAM SCHELLEN-BERG, MATTHEW MENDOZA, LUKE McKELVY and ALON HAIM, <br><br> Proposed Intervenor-Plaintiffs. | Civil Action No. 3:24-cv-00440 KDB-DCK <br><br> Judge Kenneth D. Bell <br><br> Magistrate Judge David Keesler |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Proposed Intervenor-Plaintiffs' Motion to Intervene, filed on February 14, 2025, it is hereby ORDERED that the Motion to Intervene is GRANTED.

_____
United States District Judge