

**TO:**         Anahi Cruz, Esq.
                Barry R. Lax, Esq.

**From:**       Cheryl S Abuan
                Senior Case Specialist

**Subject:**    FINRA Dispute Resolution Services Arbitration Number 24-02157
                Jeffrey A. Dewees, Luke Roy Mckelvy, William A. Schellenberg, et al. vs. Merrill Lynch
                Pierce Fenner & Smith Inc.

**Date:**       December 18, 2024


This office is in receipt of the parties' submissions relative to Respondent's Motion to Stay dated December 2, 2024.

Absent the parties' written agreement to stay, or a court order, this matter will proceed in accordance with FINRA's Code of Arbitration Procedure. However, FINRA will refer this issue to the duly appointed panel for further consideration.

If you have any questions, please do not hesitate to contact me at 213-613-2664 or by email at Cheryl.Abuan@finra.org.



CSA:csa:LC53A
idr: 02/18/2020

RECIPIENTS:
Anahi Cruz, Esq., Morgan, Lewis & Bockius LLP, 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071
On Behalf Of: Merrill Lynch Pierce Fenner & Smith Inc.

Barry R. Lax, Esq., Lax & Neville LLP, 350 Fifth Avenue, Suite 4640, New York, NY 10118
On Behalf Of: Jeffrey A. Dewees; Alon Haim; Luke Roy McKelvy; Matthew D. Mendoza; William A. Schellenberg; Jay Tamkoc; Reinhold Wigand



**EXHIBIT**

**D**

**Investor protection. Market integrity.**   FINRA Dispute Resolution Services
                                              West Regional Office

300 South Grand Avenue
Suite 1700
Los Angeles, CA
90071-3135

t  213 613 2680
www.finra.org