

**BrokerCheck Report**

# MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

CRD# 7691

| Section Title | Page(s) |
|---|---|
| Report Summary | 1 |
| Firm Profile | 2 - 7 |
| Firm History | 8 |
| Firm Operations | 9 - 35 |
| Disclosure Events | 36 |

 When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.

Please contact FINRA with any concerns.

**EXHIBIT**

**E**

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - ○ information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - ○ information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.



## MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

CRD# 7691

SEC# 8-7221

### Main Office Location

ONE BRYANT PARK
NEW YORK, NY 10036
Regulated by FINRA New York Office

### Mailing Address

150 N COLLEGE ST
NC1-028-07-01
CHARLOTTE, NC 28255

### Business Telephone Number

800-637-7455

This firm is a brokerage firm and an investment adviser firm. For more information about investment adviser firms, visit the SEC's Investment Adviser Public Disclosure website at:

https://www.adviserinfo.sec.gov

# Report Summary for this Firm

This report summary provides an overview of the brokerage firm. Additional information for this firm can be found in the detailed report.

## Firm Profile

This firm is classified as a corporation.

This firm was formed in Delaware on 11/10/1958.

Its fiscal year ends in December.

## Firm History

Information relating to the brokerage firm's history such as other business names and successions (e.g., mergers, acquisitions) can be found in the detailed report.

## Firm Operations

**This firm is registered with:**

- the SEC
- 6 Self-Regulatory Organizations
- 53 U.S. states and territories

**Is this brokerage firm currently suspended with any regulator?  No**

This firm conducts 21 types of businesses.

This firm is affiliated with financial or investment institutions.

This firm has referral or financial arrangements with other brokers or dealers.

## Disclosure Events

Brokerage firms are required to disclose certain criminal matters, regulatory actions, civil judicial proceedings and financial matters in which the firm or one of its control affiliates has been involved.

**Are there events disclosed about this firm?   Yes**

**The following types of disclosures have been reported:**

| Type | Count |
|------|-------|
| Regulatory Event | 609 |
| Civil Event | 4 |
| Arbitration | 876 |

The number of disclosures from non-registered control affiliates is 181

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED                    1



# Firm Profile

This firm is classified as a corporation.

This firm was formed in Delaware on 11/10/1958.

Its fiscal year ends in December.

## Firm Names and Locations

This section provides the brokerage firm's full legal name, "Doing Business As" name, business and mailing addresses, telephone number, and any alternate name by which the firm conducts business and where such name is used.

**MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**

**Doing business as MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**

**CRD#**   7691

**SEC#**   8-7221

### Main Office Location

ONE BRYANT PARK
NEW YORK, NY  10036

**Regulated by FINRA New York Office**

### Mailing Address

150 N COLLEGE ST
NC1-028-07-01
CHARLOTTE, NC  28255

### Business Telephone Number

800-637-7455

©2025 FINRA. All rights reserved.   Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED                    2



# Firm Profile

This section provides information relating to all direct owners and executive officers of the brokerage firm.

## Direct Owners and Executive Officers

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BAC NORTH AMERICA HOLDING COMPANY |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Position** | SHAREHOLDER |
| **Position Start Date** | 01/2015 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | ALAM, SYED FARUQE |
| | 2394838 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CHIEF FINANCIAL OFFICER |
| **Position Start Date** | 09/2019 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | No |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | FAHMY, NANCY MONIR |
| | 2689751 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | DIRECTOR |
| **Position Start Date** | 01/2024 |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED    3

# Firm Profile



## Direct Owners and Executive Officers (continued)

| | |
|---|---|
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | GELLENE, MATTHEW THOMAS |
| | 1977160 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | DIRECTOR |
| **Position Start Date** | 09/2024 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | GUARDINO, JOSEPH ANTHONY JR |
| | 2907957 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CHIEF OPERATIONS OFFICER & FINOP |
| **Position Start Date** | 04/2015 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | No |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | HANS, LINDSAY DENARDO |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

4

# Firm Profile

## Direct Owners and Executive Officers (continued)

|  | 4429443 |
|---|---|
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | STATE DESIGNATED PRINCIPAL & DIRECTOR |
| **Position Start Date** | 01/2019 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| **Legal Name & CRD# (if any):** | HEATON, DAVID CARLETON JR |
|---|---|
|  | 5972432 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CHIEF LEGAL OFFICER |
| **Position Start Date** | 05/2019 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | No |
| **Is this a public reporting company?** | No |

| **Legal Name & CRD# (if any):** | KARAM, MICHAEL RICHARD |
|---|---|
|  | 5845148 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CHIEF COMPLIANCE OFFICER |
| **Position Start Date** | 01/2024 |
| **Percentage of Ownership** | Less than 5% |

# Firm Profile



## Direct Owners and Executive Officers (continued)

| | |
|---|---|
| **Does this owner direct the management or policies of the firm?** | No |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | SABBIA, LORNA ROSE |
| | 1873495 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | DIRECTOR |
| **Position Start Date** | 05/2019 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | SCHIMPF, ERIC A |
| | 2494318 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | DIRECTOR & CHIEF EXECUTIVE OFFICER, STATE DESIGNATED PRINCIPAL |
| **Position Start Date** | 04/2023 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED



# Firm Profile

This section provides information relating to any indirect owners of the brokerage firm.

## Indirect Owners

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BANK OF AMERICA CORPORATION |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Company through which indirect ownership is established** | NB HOLDINGS CORPORATION |
| **Relationship to Direct Owner** | SHAREHOLDER |
| **Relationship Established** | 10/1998 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | Yes |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | NB HOLDINGS CORPORATION |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Company through which indirect ownership is established** | BAC NORTH AMERICA HOLDING COMPANY |
| **Relationship to Direct Owner** | SHAREHOLDER |
| **Relationship Established** | 10/2008 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

©2025 FINRA. All rights reserved.   Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

7



# Firm History

This section provides information relating to any successions (e.g., mergers, acquisitions) involving the firm.

No information reported.

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
8



# Firm Operations

## Registrations

This section provides information about the regulators (Securities and Exchange Commission (SEC), self-regulatory organizations (SROs), and U.S. states and territories) with which the brokerage firm is currently registered and licensed, the date the license became effective, and certain information about the firm's SEC registration.

**This firm is currently registered with the SEC, 6 SROs and 53 U.S. states and territories.**

| Federal Regulator | Status | Date Effective |
|---|---|---|
| SEC | Approved | 03/12/1959 |

## SEC Registration Questions

This firm is registered with the SEC as:

A broker-dealer:     Yes

A broker-dealer and government securities broker or dealer:   Yes

A government securities broker or dealer only:     No

This firm has ceased activity as a government securities broker or dealer:   No

| Self-Regulatory Organization | Status | Date Effective |
|---|---|---|
| FINRA | Approved | 01/26/1937 |
| Cboe BYX Exchange, Inc. | Approved | 10/04/2010 |
| Cboe BZX Exchange, Inc. | Approved | 08/18/2008 |
| Cboe Exchange, Inc. | Approved | 06/17/1981 |
| Nasdaq Stock Market | Approved | 07/12/2006 |
| New York Stock Exchange | Approved | 11/17/1982 |

©2025 FINRA. All rights reserved.   Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

9


# Firm Operations



## Registrations (continued)

| U.S. States & Territories | Status | Date Effective | U.S. States & Territories | Status | Date Effective |
|---|---|---|---|---|---|
| Alabama | Approved | 10/24/1981 | North Carolina | Approved | 07/15/1982 |
| Alaska | Approved | 03/24/1960 | North Dakota | Approved | 10/21/1981 |
| Arizona | Approved | 06/16/1962 | Ohio | Approved | 07/16/1982 |
| Arkansas | Approved | 08/12/1941 | Oklahoma | Approved | 07/17/1982 |
| California | Approved | 01/01/1970 | Oregon | Approved | 10/24/1981 |
| Colorado | Approved | 02/01/1983 | Pennsylvania | Approved | 01/12/1959 |
| Connecticut | Approved | 03/11/1940 | Puerto Rico | Approved | 09/01/1984 |
| Delaware | Approved | 10/06/1981 | Rhode Island | Approved | 02/01/1983 |
| District of Columbia | Approved | 02/26/1965 | South Carolina | Approved | 10/28/1981 |
| Florida | Approved | 04/27/1983 | South Dakota | Approved | 07/15/1982 |
| Georgia | Approved | 09/21/1981 | Tennessee | Approved | 08/17/1981 |
| Hawaii | Approved | 01/12/1959 | Texas | Approved | 06/28/1983 |
| Idaho | Approved | 01/01/1967 | Utah | Approved | 04/21/1983 |
| Illinois | Approved | 01/12/1959 | Vermont | Approved | 02/13/1984 |
| Indiana | Approved | 10/20/1981 | Virgin Islands | Approved | 04/11/2005 |
| Iowa | Approved | 07/14/1983 | Virginia | Approved | 09/22/1981 |
| Kansas | Approved | 01/17/1974 | Washington | Approved | 04/20/1983 |
| Kentucky | Approved | 07/16/1982 | West Virginia | Approved | 09/30/1981 |
| Louisiana | Approved | 04/20/1983 | Wisconsin | Approved | 05/27/1920 |
| Maine | Approved | 02/13/1984 | Wyoming | Approved | 05/22/1965 |
| Maryland | Approved | 10/03/1981 | | | |
| Massachusetts | Approved | 07/31/1981 | | | |
| Michigan | Approved | 02/02/1983 | | | |
| Minnesota | Approved | 07/15/1982 | | | |
| Mississippi | Approved | 10/14/1981 | | | |
| Missouri | Approved | 07/18/1983 | | | |
| Montana | Approved | 04/20/1983 | | | |
| Nebraska | Approved | 10/08/1981 | | | |
| Nevada | Approved | 07/18/1983 | | | |
| New Hampshire | Approved | 02/02/1983 | | | |
| New Jersey | Approved | 07/13/1983 | | | |
| New Mexico | Approved | 10/07/1981 | | | |
| New York | Approved | 01/02/1985 | | | |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED    10



# Firm Operations

## Types of Business

This section provides the types of business, including non-securities business, the brokerage firm is engaged in or expects to be engaged in.

**This firm currently conducts 21 types of businesses.**

**Types of Business**

| |
|---|
| Exchange member engaged in exchange commission business other than floor activities |
| Broker or dealer making inter-dealer markets in corporation securities over-the-counter |
| Broker or dealer retailing corporate equity securities over-the-counter |
| Broker or dealer selling corporate debt securities |
| Underwriter or selling group participant (corporate securities other than mutual funds) |
| Mutual fund retailer |
| U S. government securities dealer |
| U S. government securities broker |
| Municipal securities dealer |
| Municipal securities broker |
| Broker or dealer selling variable life insurance or annuities |
| Solicitor of time deposits in a financial institution |
| Put and call broker or dealer or option writer |
| Broker or dealer selling securities of non-profit organizations (e.g., churches, hospitals) |
| Investment advisory services |
| Trading securities for own account |
| Private placements of securities |
| Broker or dealer selling interests in mortgages or other receivables |
| Broker or dealer involved in a networking, kiosk or similar arrangment with a: bank, savings bank or association, or credit union |
| Broker or dealer involved in a networking, kiosk or similar arrangment with a: insurance company or agency |
| Other - THE APPLICANT ENGAGES IN OTHER SECURITIES & NONSECURITIES BUSINESS THAT ARE NOT LISTED IN ITEM 12, INCLUDING: TRANSACTING IN COMMERCIAL PAPER, OTHER SHORT TERM INSTRUMENTS, EXEMPTED SECURITES & PRECIOUS METALS; OFFERING FINANCIAL PLANNING TOOLS; ENGAGING IN TRANSACTIONS, SUCH AS REPURCHASE AGREEMENTS, REVERSE REPURCHASE AGREEMENTS; AND ENGAGING IN FINANCIAL ADVISORY SERVICES & CLEARING SERVICES. |

**Other Types of Business**

Case 3:24-cv-00440-KDB-DCK    Document 67-5    Filed 02/14/25    Page 13 of 39

This firm does effect transactions in commodities, commodity futures, or commodity options.
This firm does engage in other non-securities business.

Non-Securities Business Description: THE APPLICANT ENGAGES IN OTHER NONSECURITIES BUSINESS THAT ARE NOT LISTED IN ITEM 13, INCLUDING: TRANSACTING IN SHORT TERM INSTRUMENTS & PRECIOUS METALS; OFFERING FINANCIAL PLANNING TOOLS; MARGIN LENDING ON SECURITIES; AND FINANCIAL ADVISORY SERVICES.

©2025 FINRA. All rights reserved.   Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

12

# Firm Operations



## Clearing Arrangements

**This firm does hold or maintain funds or securities or provide clearing services for other broker-dealer(s).**

## Introducing Arrangements

**This firm does refer or introduce customers to other brokers and dealers.**

| | |
|---|---|
| **Name:** | BOFA SECURITIES, INC. |
| **CRD #:** | 283942 |
| **Business Address:** | ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| **Effective Date:** | 05/13/2019 |
| **Description:** | AS A RESULT OF THE BROKER-DEALER SEPARATION PROJECT DETAILED TO FINRA IN BOFA SECURITIES, INC.'S FORM NMA APPROVED 12/22/2017 (FILING ID 1205963) AND THE APPLICANT'S FORM CMA APPROVED ON 9/28/2018 (FILING ID 1339941), THE APPLICANT IS ENTERING INTO VARIOUS AGREEMENT WITH BOFA SECURITIES, INC. ADDRESSING THE MATTERS OUTLINED IN ITEMS 7. |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED



# Firm Operations

## Industry Arrangements

**This firm does have books or records maintained by a third party.**

| | |
|---|---|
| **Name:** | GOLD BULLION INTERNATIONAL |
| **Business Address:** | 485 LEXINGTON AVE, SUITE 304<br>NEW YORK, NY  10017 |
| **Effective Date:** | 01/06/2025 |
| **Description:** | THE FIRM HAS ENTERED INTO AN ARRANGEMENT WITH GOLD BULLION INTERNATIONAL TO MAINTAIN MANUAL TRADE FORMS FOR BREAKPOINT PRICING ON METALS TRADES. |

| | |
|---|---|
| **Name:** | BUSINESS INFORMATION GROUP, INC. A VERTICAL SCREEN COMPANY |
| **Business Address:** | 251 VETERANS WAY<br>WARMINSTER, PA  18974 |
| **Effective Date:** | 08/14/2024 |
| **Description:** | THE FIRM HAS ENTERED INTO AN ARRANGEMENT WITH BUSINESS INFORMATION GROUP TO KEEP OR MAINTAIN CERTAIN FINGERPRINT RECORDS. |

| | |
|---|---|
| **Name:** | 4U PLATFORM, LLC |
| **Business Address:** | 613 TALCOTT AVE.<br>LEMONT, IL  60439 |
| **Effective Date:** | 05/01/2020 |
| **Description:** | THE FIRM HAS ENTERED INTO AN ARRANGEMENT WITH 4U TO KEEP OR MAINTAIN CERTAIN MARKETING RECORDS. |

| | |
|---|---|
| **Name:** | SAP AMERICA INC. |
| **Business Address:** | 601 108TH AVE NE, SUITE 1000<br>BELLEVUE, WA  98004 |
| **Effective Date:** | 11/21/2016 |
| **Description:** | THE FIRM HAS ENTERED INTO AN ARRANGEMENT WITH SAP TO KEEP OR MAINTAIN CERTAIN EXPENSE RECORDS. |

| | |
|---|---|
| **Name:** | RR DONNELLEY |
| **Business Address:** | 35 WEST WACKER DRIVE<br>STE. 3600<br>CHICAGO, IL  60601 |

©2025 FINRA. All rights reserved.   Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

14

## Industry Arrangements (continued)

| | |
|---|---|
| **Effective Date:** | 03/01/2022 |
| **Description:** | THE FIRM HAS ENTERED INTO AN ARRANGEMENT WITH RR DONNELLY TO MAINTAIN CERTAIN INSTITUTIONAL RETIREMENT CLIENT EMPLOYEE COMMUNICATION RECORDS. |

| | |
|---|---|
| **Name:** | PROOFPOINT, INC. |
| **Business Address:** | 592 ROSS DRIVE<br>SUNNYVALE, CA  94089 |
| **Effective Date:** | 08/01/2020 |
| **Description:** | THE FIRM HAS ENTERED INTO AN ARRANGEMENT WITH PROOFPOINT, INC. TO KEEP OR MAINTAIN DOCUMENTATION RELATING TO ELECTRONIC COMMUNICATIONS RECORDS. |

| | |
|---|---|
| **Name:** | REGED, INC. |
| **Business Address:** | 2100 GATEWAY CENTER BLVD.<br>SUITE 200<br>MORRISVILLE, NC  27560 |
| **Effective Date:** | 07/28/2019 |
| **Description:** | DOCUMENTATION RELATING TO THE REVIEW AND APPROVAL OF MARKETING AND ADVERTISING COMMUNICATIONS. |

| | |
|---|---|
| **Name:** | ORANGE LOGIC, INC. |
| **Business Address:** | 19100 VON KARMAN AVE.<br>SUITE 900<br>IRVINE, CA  92612 |
| **Effective Date:** | 12/31/2018 |
| **Description:** | THE FIRM HAS ENTERED INTO AN ARRANGEMENT WITH ORANGE LOGIC TO PROVIDE A DIGITAL ASSET MANAGEMENT SYSTEM THAT SERVES AS A REPOSITORY FOR VARIOUS MARKETING MATERIALS INCLUDING TEMPLATES AND ARTWORK. |

| | |
|---|---|
| **Name:** | GENPACT, INC. (F/K/A RAGE FRAMEWORKS, INC.) |
| **Business Address:** | 3 ALLIED DRIVE<br>SUITE 230<br>DEDHAM, MA  02026 |
| **Effective Date:** | 04/01/2015 |
| **Description:** | THE FIRM HAS ENTERED INTO AN ARRANGEMENT WITH GENPACT, INC. (F/K/A RAGE FRAMEWORKS, INC.) TO KEEP OR MAINTAIN CLIENT PERFORMANCE REPORTS. |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED                    15

# Firm Operations

## Industry Arrangements (continued)

| | |
|---|---|
| **Name:** | BANK OF AMERICA, NATIONAL ASSOCIATION |
| **Business Address:** | 100 N. TRYON ST, SUITE 170<br>CHARLOTTE, NC  28255 |
| **Effective Date:** | 01/01/2009 |
| **Description:** | BANK OF AMERICA, NATIONAL ASSOCIATION PROVIDES OPERATIONAL FACILITIES AND SUPPORT, DATA PROCESSING AND RECORD-KEEPING FUNCTIONS FOR APPLICANT. |
| **Name:** | IRON MOUNTAIN (RECALL) |
| **Business Address:** | 1501 HOOD BLVD.<br>JACKSONVILLE, FL  32254 |
| **Effective Date:** | 06/01/2012 |
| **Description:** | POSITION RECORDS:  MISSING, LOST, STOLEN, OR COUNTERFEIT SECURITIES REPORTS. |
| **Name:** | IRON MOUNTAIN (RECALL) |
| **Business Address:** | 2500 HENDERSON DR<br>SHARON HILL, PA  19079 |
| **Effective Date:** | 06/01/2012 |
| **Description:** | POSITION RECORDS:  MISSING, LOST, STOLEN, OR COUNTERFEIT SECURITIES REPORTS. |
| **Name:** | SMARSH INC. |
| **Business Address:** | 851 SW 6TH AVE., SUITE 800<br>PORTLAND, OR  97204 |
| **Effective Date:** | 01/02/2012 |
| **Description:** | COMMUNICATIONS:  ELECTRONIC CORRESPONDENCE BOTH SENT AND RECEIVED; AND  ALTERNATIVE TRADING SYSTEM RECORDS:  NOTICES PROVIDED TO ATS CUSTOMERS |
| **Name:** | BROADRIDGE FINANCIAL SOLUTIONS, INC. |
| **Business Address:** | 5 DAKOTA DRIVE, SUITE 300<br>LAKE SUCCESS, NY  11042 |
| **Effective Date:** | 05/08/2015 |
| **Description:** | ACCOUNT RECORDS -- CONFIRMS OF PURCHASE AND SALE OF SECURITIES |

**This firm does not have accounts, funds, or securities maintained by a third party.**

# Firm Operations



## Industry Arrangements (continued)

This firm does not have customer accounts, funds, or securities maintained by a third party.

**Control Persons/Financing**

This firm does not have individuals who control its management or policies through agreement.

This firm does not have individuals who wholly or partly finance the firm's business.

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

17

# Firm Operations

## Organization Affiliates

This section provides information on control relationships the firm has with other firms in the securities, investment advisory, or banking business.

**This firm is, directly or indirectly:**
- **in control of**
- **controlled by**
- **or under common control with**

**the following partnerships, corporations, or other organizations engaged in the securities or investment advisory business.**

**BOFA SECURITIES PRIME, INC. is under common control with the firm.**

| | |
|---|---|
| **CRD #:** | 316331 |
| **Business Address:** | ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| **Effective Date:** | 12/08/2021 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | AFFILIATE UNDER COMMON CONTROL, ESTABLISHED IN CONNECTION WITH PRIME BROKER-RELATED SERVICES |

**BOFA SECURITIES EUROPE SA is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 112 AVENUE KLEBER<br>PARIS, FRANCE 75116 |
| **Effective Date:** | 11/12/2018 |
| **Foreign Entity:** | Yes |
| **Country:** | FRANCE |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**BOFA SECURITIES, INC. is under common control with the firm.**

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED                18

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **CRD #:** | 283942 |
| **Business Address:** | ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| **Effective Date:** | 01/23/2018 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH MARKETS SINGAPORE PTE. LTD. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 50 COLLYER QUAY<br>#14-01 OUE BAYFRONT<br>SINGAPORE, SINGAPORE 049321 |
| **Effective Date:** | 02/02/2015 |
| **Foreign Entity:** | Yes |
| **Country:** | SINGAPORE |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | MERRILL LYNCH MARKETS SINGAPORE PTE. LTD. IS A SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH EQUITY S.A.R.L. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | ATRIUM BUSINESS PARK<br>33 RUE DU PUITS ROMAIN<br>BERTRANGE, LUXEMBOURG L-8070 |
| **Effective Date:** | 07/29/2010 |
| **Foreign Entity:** | Yes |
| **Country:** | LUXEMBOURG |
| **Securities Activities:** | Yes |

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Investment Advisory Activities:** | Yes |
| **Description:** | MERRILL LYNCH EQUITY S.A.R.L. IS A SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH, KINGDOM OF SAUDI ARABIA COMPANY is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | KINGDOM TOWER<br>20TH FLOOR<br>RIYADH, KINGDOM OF SAUDI ARABIA  11623 |
| **Effective Date:** | 01/15/2011 |
| **Foreign Entity:** | Yes |
| **Country:** | SAUDI ARABIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | MERRILL LYNCH, KINGDOM OF SAUDI ARABIA COMPANY IS A SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH BANK AND TRUST (CAYMAN) LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | HARBOUR CENTRE, 4TH FLOOR<br>NORTH CHURCH STREET, PO BOX 1164 GT<br>GEORGE TOWN, CAYMAN ISLANDS  KY1-1102 |
| **Effective Date:** | 12/01/2014 |
| **Foreign Entity:** | Yes |
| **Country:** | CAYMAN ISLANDS |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | MERRILL LYNCH BANK AND TRUST (CAYMAN) LIMITED IS A SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH SECURITIES (THAILAND) LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 20TH FL, UNIT 4, C.R.C. TOWER, ALL SEASONS PLACE<br>87/2 WIRELESS ROAD, LUMPINI, PATUMWAN<br>BANGKOK, THAILAND  10330 |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Effective Date:** | 08/01/2013 |
| **Foreign Entity:** | Yes |
| **Country:** | THAILAND |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | MERRILL LYNCH SECURITIES (THAILAND) IS A SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH MARKETS (AUSTRALIA) PTY. LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | LEVEL 34, GOVERNOR PHILLIP TOWER<br>1 FARRER PLACE<br>SYDNEY, NSW, AUSTRALIA  2000 |
| **Effective Date:** | 01/22/2013 |
| **Foreign Entity:** | Yes |
| **Country:** | AUSTRALIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY-OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, APPLICANT'S PARENT COMPANY. |

**MERRILL LYNCH (AUSTRALIA) PTY LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | LEVEL 34, GOVERNOR PHILLIP TOWER<br>1 FARRER PLACE<br>SYDNEY, NSW, AUSTRALIA  2000 |
| **Effective Date:** | 04/23/1971 |
| **Foreign Entity:** | Yes |
| **Country:** | AUSTRALIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

Case 3:24-cv-04041-MMC Document 67-5    Filed 02/14/25    Page 23 of 39

# Firm Operations

## Organization Affiliates (continued)

---

**BANK OF AMERICA CUSTODIAL SERVICES (IRELAND) LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | 2 PARK PLACE<br>HATCH STREET<br>DUBLIN, IRELAND  2 |
| Effective Date: | 01/01/2009 |
| Foreign Entity: | Yes |
| Country: | IRELAND |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | BANK OF AMERICA CUSTODIAL SERVICES (IRELAND) LIMITED IS A SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT COMPANY. |

---

**BANK OF AMERICA, NATIONAL ASSOCIATION is under common control with the firm.**

| | |
|---|---|
| Business Address: | 100 NORTH TRYON ST<br>SUITE 170<br>CHARLOTTE, NC  28202 |
| Effective Date: | 01/01/2009 |
| Foreign Entity: | No |
| Country: | |
| Securities Activities: | Yes |
| Investment Advisory Activities: | Yes |
| Description: | BANK OF AMERICA, NATIONAL ASSOCIATION IS A SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

---

**BANK OF AMERICA SINGAPORE LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | 50 COLLYER QUAY<br>#14-01 OUE BAYFRONT<br>SINGAPORE, SINGAPORE  049321 |
| Effective Date: | 01/01/2009 |
| Foreign Entity: | Yes |

©2025 FINRA. All rights reserved.     Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Country:** | SINGAPORE |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | BANK OF AMERICA SINGAPORE LIMITED IS A SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**BANK OF AMERICA MEXICO, S.A., INSTITUCION DE BANCA MULTIPLE is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | PASEO DE LA REFORMA 115-19<br>COL. LOMAS DE CHAPULTEPEC, C.P.<br>MEXICO CITY, MEXICO  11000 |
| **Effective Date:** | 11/01/2010 |
| **Foreign Entity:** | Yes |
| **Country:** | MEXICO |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | BANK OF AMERICA MEXICO S.A., INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANK OF AMERICA IS A SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**BANC OF AMERICA SECURITIES ASIA LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 52/F CHEUNG KONG CENTER<br>2 QUEEN'S ROAD CENTRAL<br>HONG KONG, HONG KONG |
| **Effective Date:** | 01/01/2009 |
| **Foreign Entity:** | Yes |
| **Country:** | HONG KONG |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | BANC OF AMERICA ASIA LIMITED IS A SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

©2025 FINRA. All rights reserved.     Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

# Firm Operations



## Organization Affiliates (continued)

**MERRILL LYNCH, PIERCE, FENNER & SMITH DE ARGENTINA SOCIEDAD ANONIMA, FINANCIERA, MOBILIARIA Y DE MANDATOS is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | TUCUMAN 1<br>PISO 4<br>BUENOS AIRES, ARGENTINA  1049 |
| **Effective Date:** | 08/10/1971 |
| **Foreign Entity:** | Yes |
| **Country:** | ARGENTINA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH INTERNATIONAL LLC is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 250 VESEY STREET<br>NEW YORK, NY  10281 |
| **Effective Date:** | 06/18/1976 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH VALUATIONS LLC is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | ONE BRYANT PARK<br>NEW YORK, NY  10036 |
| **Effective Date:** | 10/07/1974 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |

©2025 FINRA. All rights reserved.   Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH S.A. CORRETORA DE TITULOS E VALORES MOBILIAROS is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | AV. BIGADEIRO FARIA LIMA 3400 - 16TH FLOOR<br>ITAIM BIBI<br>SAO PAULO, BRAZIL  04538-132 |
| **Effective Date:** | 12/31/2004 |
| **Foreign Entity:** | Yes |
| **Country:** | BRAZIL |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**BANK OF AMERICA YATIRIM BANK AS is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | KANYON OFIS, KAT: 11 BUYUKDERE CAD.<br>NO: 185 34394 LEVENT<br>ISTANBUL, TURKEY |
| **Effective Date:** | 01/27/2006 |
| **Foreign Entity:** | Yes |
| **Country:** | TURKEY |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**OOO MERRILL LYNCH SECURITIES is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 7 PETROVKA STREET<br>MOSCOW, RUSSIA  107031 |

©2025 FINRA. All rights reserved.   Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

## Organization Affiliates (continued)

| | |
|---|---|
| **Effective Date:** | 01/09/2007 |
| **Foreign Entity:** | Yes |
| **Country:** | RUSSIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH (AUSTRALIA) FUTURES LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | LEVEL 34, GOVERNOR PHILLIP TOWER<br>1 FARRER PLACE<br>SYDNEY, NSW, AUSTRALIA  2000 |
| **Effective Date:** | 10/27/1988 |
| **Foreign Entity:** | Yes |
| **Country:** | AUSTRALIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH EQUITIES (AUSTRALIA) LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | LEVEL 34, GOVERNOR PHILLIP TOWER<br>1 FARRER PLACE<br>SYDNEY, NSW, AUSTRALIA  2000 |
| **Effective Date:** | 01/20/1997 |
| **Foreign Entity:** | Yes |
| **Country:** | AUSTRALIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED



# Firm Operations

## Organization Affiliates (continued)

**MERRILL LYNCH (SINGAPORE) PTE LTD. is under common control with the firm.**

| | |
|---|---|
| Business Address: | 50 COLLYER QUAY<br>#14-01 OUE BAYFRONT<br>SINGAPORE, SINGAPORE 049321 |
| Effective Date: | 01/11/1995 |
| Foreign Entity: | Yes |
| Country: | SINGAPORE |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH SECURITIES (TAIWAN) LTD. is controlled by the firm.**

| | |
|---|---|
| Business Address: | 9F & 17F (PART)<br>207 TUN HWA SOUTH ROAD, SECTION 2<br>TAIPEI, TAIWAN |
| Effective Date: | 09/01/2008 |
| Foreign Entity: | Yes |
| Country: | TAIWAN |
| Securities Activities: | Yes |
| Investment Advisory Activities: | Yes |
| Description: | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH CORREDORES DE BOLSA SPA is under common control with the firm.**

| | |
|---|---|
| Business Address: | APOQUINDO 3500<br>PISO 9, LAS CONDES<br>SANTIAGO, CHILE |
| Effective Date: | 07/18/2008 |
| Foreign Entity: | Yes |
| Country: | CHILE |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

## Organization Affiliates (continued)

| | |
|---|---|
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MANAGED ACCOUNT ADVISORS LLC is controlled by the firm.**

| | |
|---|---|
| CRD #: | 142558 |
| Business Address: | 101 HUDSON STREET<br>9TH FLOOR<br>JERSEY CITY, NJ 07302 |
| Effective Date: | 02/27/2007 |
| Foreign Entity: | No |
| Country: | |
| Securities Activities: | No |
| Investment Advisory Activities: | Yes |
| Description: | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**BOFA SECURITIES INDIA LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | GROUND FLOOR, A WING, ONE BKC<br>G BLOCK, BANDRA KURLA COMPLEX, BANDRA (EAST)<br>MUMBAI, INDIA 400 051 |
| Effective Date: | 10/23/1975 |
| Foreign Entity: | Yes |
| Country: | INDIA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | Yes |
| Description: | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH FAR EAST LIMITED is under common control with the firm.**

©2025 FINRA. All rights reserved.   Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
28

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Business Address:** | 55/F CHEUNG KONG CENTER<br>2 QUEEN'S ROAD CENTRAL<br>HONG KONG, HONG KONG |
| **Effective Date:** | 12/19/1972 |
| **Foreign Entity:** | Yes |
| **Country:** | HONG KONG |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH CAPITAL MARKETS ESPANA, S.A., S.V. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | CALLE MARQUES DE VILLAMAGNA, 3<br>TORRE SERRANO, PLANTA 8<br>MADRID, SPAIN  28001 |
| **Effective Date:** | 06/13/1996 |
| **Foreign Entity:** | Yes |
| **Country:** | SPAIN |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**PT MERRILL LYNCH SEKURITAS INDONESIA is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | INDONESIA STOCK EXCHANGE BUILDING, 18/F<br>Jl. JEND. SUDIRMAN KAV. 52-53<br>JAKARTA, INDONESIA  12190 |
| **Effective Date:** | 12/05/1994 |
| **Foreign Entity:** | Yes |
| **Country:** | INDONESIA |
| **Securities Activities:** | Yes |
| **Investment Advisory** | |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

# Firm Operations

## Organization Affiliates (continued)

**Activities:**

**Description:** WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT.

---

**MERRILL LYNCH SOUTH AFRICA PROPRIETARY LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 138 WEST STREET<br>SANDOWN<br>SANDTON, SOUTH AFRICA  2196 |
| **Effective Date:** | 02/28/1995 |
| **Foreign Entity:** | Yes |
| **Country:** | SOUTH AFRICA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

---

**MERRILL LYNCH MEXICO, S.A. DE C.V., CASA DE BOLSA is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | PASEO DE LA REFORMA NO.115-19<br>COL. LOMAS DE CHAPULTEPEC<br>MÉXICO CITY, MEXICO  11000 |
| **Effective Date:** | 01/09/1995 |
| **Foreign Entity:** | Yes |
| **Country:** | MEXICO |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

---

**BANK OF AMERICA EUROPE DAC is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | TWO PARK PLACE<br>HATCH STREET<br>DUBLIN, IRELAND  2 |
| **Effective Date:** | 02/21/1995 |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Foreign Entity:** | Yes |
| **Country:** | IRELAND |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH (ASIA PACIFIC) LTD. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 55/F CHEUNG KONG CENTER<br>2 QUEEN'S ROAD CENTRAL<br>HONG KONG, HONG KONG |
| **Effective Date:** | 01/16/1987 |
| **Foreign Entity:** | Yes |
| **Country:** | HONG KONG |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH ARGENTINA S.A. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | DELLA PAOLERA 265<br>PISO 11<br>BUENOS AIRES, ARGENTINA |
| **Effective Date:** | 02/17/1995 |
| **Foreign Entity:** | Yes |
| **Country:** | ARGENTINA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

# Firm Operations

## Organization Affiliates (continued)

**MERRILL LYNCH, PIERCE, FENNER & SMITH LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 2 KING EDWARD STREET<br>LONDON, UNITED KINGDOM  EC1A 1HQ |
| **Effective Date:** | 09/16/1960 |
| **Foreign Entity:** | Yes |
| **Country:** | UNITED KINGDOM |
| **Securities Activities:** | No |
| **Investment Advisory Activities:** | Yes |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**BOFA SECURITIES JAPAN CO., LTD. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | NIHONBASHI 1 - CHOME MITSUI BLDG<br>NIHONBASHI CHUO-KU<br>TOKYO, JAPAN  203-8230 |
| **Effective Date:** | 02/26/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | JAPAN |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**MERRILL LYNCH INTERNATIONAL (AUSTRALIA) LTD is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | LEVEL 34, GOVERNOR PHILLIP TOWER<br>1 FARRER PLACE<br>SYDNEY, NSW, AUSTRALIA  2000 |
| **Effective Date:** | 01/12/1985 |
| **Foreign Entity:** | Yes |
| **Country:** | AUSTRALIA |
| **Securities Activities:** | No |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Investment Advisory Activities:** | Yes |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

---

**MERRILL LYNCH INTERNATIONAL is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 2 KING EDWARD STREET<br>LONDON, UNITED KINGDOM  EC1A 1HQ |
| **Effective Date:** | 11/02/1988 |
| **Foreign Entity:** | Yes |
| **Country:** | UNITED KINGDOM |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

---

**MERRILL LYNCH CANADA INC. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | BROOKFIELD PLACE<br>181 BAY STREET, SUITE 400<br>TORONTO, ON, CANADA  M5J 2V8 |
| **Effective Date:** | 08/26/1998 |
| **Foreign Entity:** | Yes |
| **Country:** | CANADA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

---

**BANK OF AMERICA MERRILL LYNCH BANCO MULTIPLO S.A. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | AV. BIGADEIRO FARIA LIMA 3400 - 18TH FLOOR<br>ITAIM BIBI<br>SAO PAULO, BRAZIL  04538-132 |
| **Effective Date:** | 07/04/1991 |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Foreign Entity:** | Yes |
| **Country:** | BRAZIL |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | WHOLLY/MAJORITY OWNED INDIRECT SUBSIDIARY OF BANK OF AMERICA CORPORATION, ULTIMATE PARENT OF APPLICANT. |

**This firm is directly or indirectly, controlled by the following:**
· **bank holding company**
· **national bank**
· **state member bank of the Federal Reserve System**
· **state non-member bank**
· **savings bank or association**
· **credit union**
· **or foreign bank**

**BAC NORTH AMERICA HOLDING COMPANY is a Bank Holding Company and controls the firm.**

| | |
|---|---|
| **Business Address:** | 100 NORTH TRYON STREET<br>CHARLOTTE, NC  28202 |
| **Effective Date:** | 01/01/2015 |
| **Description:** | BAC NORTH AMERICA HOLDING COMPANY IS THE PARENT COMPANY AND SOLE SHAREHOLDER OF MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED. |

**NB HOLDINGS CORPORATION is a Bank Holding Company and controls the firm.**

| | |
|---|---|
| **Business Address:** | 100 NORTH TRYON STREET<br>CHARLOTTE, NC  28202 |
| **Effective Date:** | 10/13/2013 |
| **Description:** | NB HOLDINGS CORPORATION IS A BANK HOLDING COMPANY AND THE SOLE SHAREHOLDER OF BAC NORTH AMERICA HOLDING COMPANY. |

**BANK OF AMERICA CORPORATION is a Bank Holding Company and controls the firm.**

| | |
|---|---|
| **Business Address:** | 100 NORTH TRYON STREET<br>CHARLOTTE, NC  28022 |

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED                                        34

**Firm Operations**



## Organization Affiliates (continued)

**Effective Date:**     01/01/2009

**Description:**     BANK OF AMERICA CORPORATION (56-0906609) IS A MULTI-BANK HOLDING
COMPANY REGISTERED UNDER THE BANK HOLDING COMPANY ACT OF
1956 WITH ITS PRINCIPAL ASSETS BEING THE STOCK OF THE
SUBSIDIARIES. ONE OF ITS WHOLLY-OWNED SUBSIDIARIES IS NB
HOLDINGS CORPORATION.

©2025 FINRA. All rights reserved.    Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED     35

# Disclosure Events



All firms registered to sell securities or provide investment advice are required to disclose regulatory actions, criminal or civil judicial proceedings, and certain financial matters in which the firm or one of its control affiliates has been involved. For your convenience, below is a matrix of the number and status of disclosure events involving this brokerage firm or one of its control affiliates. Further information regarding these events can be found in the subsequent pages of this report.

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Regulatory Event | 0 | 609 | 0 |
| Civil Event | 1 | 3 | 0 |
| Arbitration | N/A | 876 | N/A |

©2025 FINRA. All rights reserved.   Report about MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED                36



## Disclosure Event Details

**What you should know about reported disclosure events:**

1. **BrokerCheck provides details for any disclosure event that was reported in CRD. It also includes summary information regarding FINRA arbitration awards in cases where the brokerage firm was named as a respondent.**
2. **Certain thresholds must be met before an event is reported to CRD, for example:**
   - A law enforcement agency must file formal charges before a brokerage firm is required to disclose a particular criminal event.
3. **Disclosure events in BrokerCheck reports come from different sources:**
   - Disclosure events for this brokerage firm were reported by the firm and/or regulators. When the firm and a regulator report information for the same event, both versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.
4. **There are different statuses and dispositions for disclosure events:**
   - A disclosure event may have a status of *pending, on appeal,* or *final.*
     - A "pending" event involves allegations that have not been proven or formally adjudicated.
     - An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
     - A "final" event has been concluded and its resolution is not subject to change.
   - A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
     - An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
     - A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that firms may choose to settle customer disputes or regulatory matters for business or other reasons.
     - A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.
5. **You may wish to contact the brokerage firm to obtain further information regarding any of the disclosure events contained in this BrokerCheck report.**

### Regulatory - Final

This type of disclosure event involves (1) a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, self-regulatory organization, federal regulator such as the U.S. Securities and Exchange Commission, foreign financial regulatory body) for a violation of investment-related rules or regulations; or (2) a revocation or suspension of the authority of a brokerage firm or its control affiliate to act as an attorney, accountant or federal contractor.

#### Disclosure 1 of 609

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Current Status:** | Final |

Case 3:24-cv-00440-KDB-DCK    Document 67-5    Filed 02/14/25    Page 39 of 39