

**BrokerCheck Report**

# Jeffrey A Dewees

CRD# 2857223

| <u>Section Title</u> | <u>Page(s)</u> |
|---|---|
| Report Summary | 1 |
| Broker Qualifications | 2 - 5 |
| Registration and Employment History | 7 |

 When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.

Please contact FINRA with any concerns.

EXHIBIT

F

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
    - information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
    - information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.



## Jeffrey A. Dewees
CRD# 2857223

**Currently employed by and registered with the following Firm(s):**

**IA** SANCTUARY ADVISORS, LLC
30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA 92656
CRD# 226606
Registered with this firm since: 09/09/2022

**B** SANCTUARY SECURITIES, INC.
30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA 92656
CRD# 205
Registered with this firm since: 09/09/2022

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is registered with:**

- 1 Self-Regulatory Organization
- 24 U.S. states and territories

**This broker has passed:**

- 0 Principal/Supervisory Exams
- 3 General Industry/Product Exams
- 2 State Securities Law Exams

## Registration History

**This broker was previously registered with the following securities firm(s):**

**IA** MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
CRD# 7691
NEW YORK, NY
07/1998 - 09/2022

**B** MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
CRD# 7691
IRVINE, CA
02/1997 - 09/2022

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker? **No**

©2025 FINRA. All rights reserved. Report about Jeffrey A. Dewees.                                    1

# Broker Qualifications



## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 1 SRO and is licensed in 24 U.S. states and territories through his or her employer.**

## Employment 1 of 2

| | |
|---|---|
| Firm Name: | **SANCTUARY ADVISORS, LLC** |
| Main Office Address: | **3815 RIVER CROSSING PKWY**<br>**SUITE 200**<br>**INDIANAPOLIS, IN 46240** |
| Firm CRD#: | **226606** |

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| IA | California | Investment Adviser Representative | Approved | 09/09/2022 |
| IA | Texas | Investment Adviser Representative | Approved | 01/06/2023 |

## Branch Office Locations

30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA 92656

## Employment 2 of 2

| | |
|---|---|
| Firm Name: | **SANCTUARY SECURITIES, INC.** |
| Main Office Address: | **3815 RIVER CROSSING PKWY, SUITE 200**<br>**INDIANAPOLIS, IN 46240** |
| Firm CRD#: | **205** |

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | FINRA | General Securities Representative | Approved | 09/09/2022 |

◆2025 FINRA. All rights reserved. Report about Jeffrey A. Dewees.

2

# Broker Qualifications



## Employment 2 of 2, continued

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| B | Arizona | Agent | Approved | 01/06/2023 |
| B | California | Agent | Approved | 09/09/2022 |
| B | Colorado | Agent | Approved | 01/06/2023 |
| B | District of Columbia | Agent | Approved | 11/03/2023 |
| B | Florida | Agent | Approved | 01/06/2023 |
| B | Georgia | Agent | Approved | 01/06/2023 |
| B | Indiana | Agent | Approved | 11/11/2022 |
| B | Maryland | Agent | Approved | 01/06/2023 |
| B | Michigan | Agent | Approved | 01/06/2023 |
| B | Montana | Agent | Approved | 06/20/2024 |
| B | Nevada | Agent | Approved | 01/06/2023 |
| B | New Jersey | Agent | Approved | 01/06/2023 |
| B | New York | Agent | Approved | 01/06/2023 |
| B | North Carolina | Agent | Approved | 01/06/2023 |
| B | Ohio | Agent | Approved | 11/05/2023 |
| B | Oklahoma | Agent | Approved | 01/06/2023 |
| B | Oregon | Agent | Approved | 01/02/2024 |
| B | Pennsylvania | Agent | Approved | 11/03/2023 |
| B | Tennessee | Agent | Approved | 01/06/2023 |
| B | Texas | Agent | Approved | 01/06/2023 |
| B | Utah | Agent | Approved | 01/06/2023 |

◆2025 FINRA. All rights reserved. Report about Jeffrey A. Dewees.

3

# Broker Qualifications



## Employment 2 of 2, continued

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| B | Virginia | Agent | Approved | 01/06/2023 |
| B | Washington | Agent | Approved | 01/06/2023 |
| B | Wisconsin | Agent | Approved | 02/06/2025 |

## Branch Office Locations

**SANCTUARY SECURITIES, INC.**
30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA  92656

♦2025 FINRA. All rights reserved. Report about Jeffrey A. Dewees.

4

# Broker Qualifications



## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below. A passed exam or exam waiver does not permit a broker to do business without an active SRO or state registration.

**This individual has passed 0 principal/supervisory exams, 3 general industry/product exams, and 2 state securities law exams.**

## Principal/Supervisory Exams

| Exam | Category | Date |
|---|---|---|
| No information reported. | | |

## General Industry/Product Exams

| Exam | | Category | Date |
|---|---|---|---|
| B | Securities Industry Essentials Examination | SIE | 10/01/2018 |
| B | Futures Managed Funds Examination | Series 31 | 08/16/2004 |
| B | General Securities Representative Examination | Series 7 | 02/24/1997 |

## State Securities Law Exams

| Exam | | Category | Date |
|---|---|---|---|
| B IA | Uniform Combined State Law Examination | Series 66 | 03/10/2003 |
| B | Uniform Securities Agent State Law Examination | Series 63 | 03/24/1997 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

©2025 FINRA. All rights reserved. Report about Jeffrey A. Dewees.

5

# Broker Qualifications



## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

�2025 FINRA. All rights reserved. Report about Jeffrey A. Dewees.

6

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| | Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|---|
| **IA** | 07/1998 - 09/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | IRVINE, CA |
| **B** | 02/1997 - 09/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | IRVINE, CA |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 09/2022 - Present | SANCTUARY ADVISORS, LLC | INVESTMENT ADVISER REPRESENTATIVE | Y | ALISO VIEJO, CA, United States |
| 09/2022 - Present | SANCTUARY SECURITIES, INC. | REGISTERED REPRESENTATIVE | Y | ALISO VIEJO, CA, United States |
| 06/2011 - 09/2022 | Bank of America, N.A. | Wealth Management Advisor | Y | IRVINE, CA, United States |
| 10/1994 - 09/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | FINANCIAL ADVISOR | Y | LAGUNA HILLS, CA, United States |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

1) AURIC CAPITAL PARTNERS
POSITION: Officer/Director NATURE: Team outside business. OBA INVESTMENT RELATED: No NUMBER OF HOURS: 20 SECURITIES TRADING HOURS: 5 START DATE: 9/9/2022
ADDRESS: 30 Enterprise, ALISO VIEJO CA 92656, United States
DESCRIPTION: Owners of Auric

◆2025 FINRA. All rights reserved. Report about Jeffrey A. Dewees.                                    7

**End of Report**



**This page is intentionally left blank.**

�2025 FINRA. All rights reserved. Report about Jeffrey A. Dewees.

8



**BrokerCheck Report**

# REINHOLD  WIGAND

CRD# 2974190

| **Section Title** | **Page(s)** |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 4 |
| Registration and Employment History | 6 - 7 |

 When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.

Please contact FINRA with any concerns.

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.



## REINHOLD WIGAND
CRD# 2974190

**Currently employed by and registered with the following Firm(s):**

**IA** **SANCTUARY ADVISORS, LLC**
2320 W Colorado Ave STE 103
Colorado Springs, CO  80904
CRD# 226606
Registered with this firm since: 06/05/2020

**B** **SANCTUARY SECURITIES, INC.**
2 N. Cascade Avenue, Ste. 1490
Colorado Springs, CO  80903
CRD# 205
Registered with this firm since: 06/05/2020

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is registered with:**

- 1 Self-Regulatory Organization
- 10 U.S. states and territories

**This broker has passed:**

- 2 Principal/Supervisory Exams
- 3 General Industry/Product Exams
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**IA** **MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
NEW YORK, NY
03/1998 - 06/2020

**B** **MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
COLORADO SPRINGS, CO
01/1998 - 06/2020

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?   **No**

2025 FINRA. All rights reserved. Report about REINHOLD WIGAND.

1

# Broker Qualifications



## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 1 SRO and is licensed in 10 U.S. states and territories through his or her employer.**

## Employment 1 of 2

| | |
|---|---|
| Firm Name: | **SANCTUARY ADVISORS, LLC** |
| Main Office Address: | **3815 RIVER CROSSING PKWY** |
| | **SUITE 200** |
| | **INDIANAPOLIS, IN  46240** |
| Firm CRD#: | **226606** |

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| IA | Colorado | Investment Adviser Representative | Approved | 06/05/2020 |
| IA | Texas | Investment Adviser Representative | Approved | 08/24/2020 |

## Branch Office Locations

3815 RIVER CROSSING PKWY
SUITE 200
INDIANAPOLIS, IN  46240

2320 W Colorado Ave STE 103
Colorado Springs, CO  80904

## Employment 2 of 2

| | |
|---|---|
| Firm Name: | **SANCTUARY SECURITIES, INC.** |
| Main Office Address: | **3815 RIVER CROSSING PKWY, SUITE 200** |
| | **INDIANAPOLIS, IN  46240** |
| Firm CRD#: | **205** |

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | FINRA | General Securities Representative | Approved | 06/05/2020 |

❖2025 FINRA. All rights reserved. Report about REINHOLD WIGAND.

2

# Broker Qualifications



## Employment 2 of 2, continued

| SRO | Category | Status | Date |
|---|---|---|---|
| FINRA | General Securities Sales Supervisor | Approved | 06/05/2020 |

| U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|
| Alabama | Agent | Approved | 06/05/2020 |
| Arizona | Agent | Approved | 06/05/2020 |
| Colorado | Agent | Approved | 06/05/2020 |
| Florida | Agent | Approved | 06/05/2020 |
| Kansas | Agent | Approved | 04/03/2023 |
| Missouri | Agent | Approved | 09/14/2023 |
| Oregon | Agent | Approved | 06/05/2020 |
| Pennsylvania | Agent | Approved | 06/05/2020 |
| Texas | Agent | Approved | 06/05/2020 |
| Wisconsin | Agent | Approved | 01/23/2023 |

## Branch Office Locations

**SANCTUARY SECURITIES, INC.**
2 N. Cascade Avenue, Ste. 1490
Colorado Springs, CO  80903

◆2025 FINRA. All rights reserved. Report about REINHOLD WIGAND.

3

# Broker Qualifications



## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below. A passed exam or exam waiver does not permit a broker to do business without an active SRO or state registration.

**This individual has passed 2 principal/supervisory exams, 3 general industry/product exams, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| B  General Securities Sales Supervisor - General Module Examination | Series 10 | 02/18/2016 |
| B  General Securities Sales Supervisor - Options Module Examination | Series 9 | 02/05/2016 |

### General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| B  Securities Industry Essentials Examination | SIE | 10/01/2018 |
| B  Futures Managed Funds Examination | Series 31 | 03/13/2002 |
| B  General Securities Representative Examination | Series 7 | 01/05/1998 |

### State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| B IA  Uniform Combined State Law Examination | Series 66 | 01/13/1998 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

©2025 FINRA. All rights reserved. Report about REINHOLD WIGAND.

4

# Broker Qualifications



## Professional Designations

This section details that the representative has reported **1** professional designation(s).

Chartered Financial Analyst

This representative holds or did hold **1** professional designation(s) that may have been used to qualify as an Investment Advisor representative. Please check with the appropriate designation authority for verification that the designation is still in effect. The contact information for these professional designation authorities can be found on the website for the North American Securities Administrators Association at http://www.nasaa.org

♦2025 FINRA. All rights reserved. Report about REINHOLD WIGAND.                                    5

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| | Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|---|
| **IA** | 03/1998 – 06/2020 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | COLORADO SPRINGS, CO |
| **B** | 01/1998 – 06/2020 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | COLORADO SPRINGS, CO |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 06/2020 – Present | SANCTUARY ADVISORS, LLC | INVESTMENT ADVISER REPRESENTATIVE | Y | COLORADO SPRINGS, CO, United States |
| 06/2020 – Present | SANCTUARY SECURITIES, INC. | REGISTERED REPRESENTATIVE | Y | COLORADO SPRINGS, CO, United States |
| 05/2011 – 06/2020 | Bank of America, N.A. | Producing Managers|Resident Director | Y | COLORADO SPRINGS, CO, United States |
| 11/1997 – 06/2020 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | NOT PROVIDED | Y | COLORADO SPRINGS, CO, United States |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

MEMBER OF WWWT CONSULTING, LLC, A SMALL ENTITY CONSISTING OF FAMILY MEMBERS  (1) For profit or not for profit: Non-Profit Organization Name of outside business organization: Pikes Peak United Way Investment related: N Address of business: Colorado Springs, Colorado 80903 Nature of business: Charitable Organization, Position, title, association: Committee Member,  Start date of relationship: 1/1/2013 No of hours devoted: 5hrs/mo No of hours devoted during trading hours: 2 Duties: Pikes Peak United Way improves peoples' lives by creating positive impact on community conditions. (2) Trustee for five family trusts. Monument, CO Investment related  Time spent  2 hrs/mo  Start date -

# Registration and Employment History



## Other Business Activities, continued

7/13  (3) Board Position- Accounting & Finance Advisory Board; University of Colorado. Advise on Academic Curriculum. No investments. Date of affiliation - 2019  (4) Name: Family Cattle Farm.  Position: Owner/Operator Nature: Small cattle operation.  Don't anticipate that income will exceed 10-15K per year. Investment Related: No Hours: 5 Securities Trading Hours: 0 Start Date: 4/28/2021  Address: 2 N Cascade Ave, Ste. 1490, Colorado Springs, CO 80903, United States Description: Responsible for the management, acquisition and care for the livestock  5) Name: OK Cattle Position: Owner/Operator Nature: My son Sam & his wife moved to a small farm & are looking to start a small cattle operation. Income for the operation will not exceed 10-15K per year & costs will be minimal. Looking to partner friend and client of ours, Kyle Sardi in this operation. Update: During 2022, Kyle lected to no longer participate, so ownership is 50% Sam and Sarah, 50% Jane and Reinhold. Additional Update:  May be other agricultural activities that occur as part of the operation, ex: raising crops, beekeeping, & others. Jane and I will partner on this endeavor. Investment Related: No Hours: 10 Securities Trading Hours: 0 Start Date: 04/28/2021 Address: 2 N. Cascade Ave, Ste. 1490, Colorado Springs, CO CO 80903, USA Description: Sam will be responsible for the management, acquisition & care for the livestock & other responsibilities related to  general agricultural uses of the property. Jane & I will assist them with their responsibilities.  6) ARCHITECTURAL WOODWORK INSTITUTE POSITION: Member of Finance Committee NATURE: Trade association for architectural woodwork firms. INVESTMENT RELATED: No NUMBER OF HOURS: 4 SECURITIES TRADING HOURS: 4 START DATE: 2/15/2024 ADDRESS: 46179 Westlake Dr, Ste 120, Potomac Falls VA 20165, USA DESCRIPTION: Serve as a member of committee that oversees the finance function of the organization. I will not be holding or managing any of the organization's investments while serving. Part of the committee's responsibilities is to oversee the organization's investments. I will not have authority over any accounts (account access, authorization to initiate trades or other activity, disbursement authority, etc. 7) WIGAND INTEGRATED TAX AND ADVISORY POSITION: Chairman NATURE: Operating entity to provide tax, accounting, & other non-investment related advice and services ("non-investment related advice and services being defined as those that will not createthe requirement for registration as an RIA). INVESTMENT RELATED: No NUMBER OF HOURS: 10 SECURITIES TRADING HOURS: 10 START DATE: 6/5/2024 ADDRESS: 2 N Cascade Ave, Colorado Springs, CO 80903, USA DESCRIPTION: High level oversight of the management & performance of the entity's operating activities.

8) INTEGRATED WEALTH HOLDINGS
POSITION: Manager NATURE: Non-operating holding company to own Wigand Integrated Wealth, Wigand Integrated Tax and Advisory & possible other subsidiaries. INVESTMENT RELATED: No NUMBER OF HOURS: 5 SECURITIES TRADING HOURS: 5 START DATE: 6/5/2024 ADDRESS: 2 N Cascade Ave, Colorado Springs, CO 80903, USA
DESCRIPTION: Administer & oversee typical holding company activities, primarily administrative. Company will not serve clients directly but rather own the subsidiaries that do.

◆2025 FINRA. All rights reserved. Report about REINHOLD WIGAND.

**End of Report**



**This page is intentionally left blank.**

⬥2025 FINRA. All rights reserved. Report about REINHOLD WIGAND.

8



**BrokerCheck Report**

# Jay  Tamkoc

CRD# 5821927

| **Section Title** | **Page(s)** |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 5 |
| Registration and Employment History | 7 - 8 |

 When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.

Please contact FINRA with any concerns.

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
-  BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
-  Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
-  The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
-  Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
-  To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
-  FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- 

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources.
For more information about FINRA, visit www.finra.org.



## Jay Tamkoc
CRD# 5821927

**Currently employed by and registered with the following Firm(s):**

**(IA)** SANCTUARY ADVISORS, LLC
30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA 92656
CRD# 226606
Registered with this firm since: 09/09/2022

**(B)** SANCTUARY SECURITIES, INC.
30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA 92656
CRD# 205
Registered with this firm since: 09/09/2022

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is registered with:**

- 1 Self-Regulatory Organization
- 25 U.S. states and territories

**This broker has passed:**

- 0 Principal/Supervisory Exams
- 2 General Industry/Product Exams
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**(IA)** MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
CRD# 7691
NEW YORK, NY
09/2010 - 09/2022

**(B)** MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
CRD# 7691
IRVINE, CA
08/2010 - 09/2022

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker? **No**

◆2025 FINRA. All rights reserved. Report about Jay Tamkoc.

1



# Broker Qualifications

## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 1 SRO and is licensed in 25 U.S. states and territories through his or her employer.**

## Employment 1 of 2

| | |
|---|---|
| Firm Name: | **SANCTUARY ADVISORS, LLC** |
| Main Office Address: | **3815 RIVER CROSSING PKWY** |
| | **SUITE 200** |
| | **INDIANAPOLIS, IN  46240** |
| Firm CRD#: | **226606** |

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| IA | California | Investment Adviser Representative | Approved | 09/09/2022 |
| IA | Texas | Investment Adviser Representative | Approved | 01/06/2023 |

## Branch Office Locations

30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA  92656

## Employment 2 of 2

| | |
|---|---|
| Firm Name: | **SANCTUARY SECURITIES, INC.** |
| Main Office Address: | **3815 RIVER CROSSING PKWY, SUITE 200** |
| | **INDIANAPOLIS, IN  46240** |
| Firm CRD#: | **205** |

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | FINRA | General Securities Representative | Approved | 09/09/2022 |

©2025 FINRA. All rights reserved. Report about Jay Tamkoc.

2



### Employment 2 of 2, continued

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| B | Arizona | Agent | Approved | 01/06/2023 |
| B | California | Agent | Approved | 09/09/2022 |
| B | Colorado | Agent | Approved | 01/06/2023 |
| B | District of Columbia | Agent | Approved | 11/03/2023 |
| B | Florida | Agent | Approved | 01/06/2023 |
| B | Georgia | Agent | Approved | 01/06/2023 |
| B | Illinois | Agent | Approved | 12/10/2024 |
| B | Indiana | Agent | Approved | 11/11/2022 |
| B | Maryland | Agent | Approved | 01/06/2023 |
| B | Michigan | Agent | Approved | 01/06/2023 |
| B | Montana | Agent | Approved | 06/20/2024 |
| B | Nevada | Agent | Approved | 01/06/2023 |
| B | New Jersey | Agent | Approved | 01/06/2023 |
| B | New York | Agent | Approved | 01/06/2023 |
| B | North Carolina | Agent | Approved | 01/06/2023 |
| B | Ohio | Agent | Approved | 11/05/2023 |
| B | Oklahoma | Agent | Approved | 01/06/2023 |
| B | Oregon | Agent | Approved | 01/02/2024 |
| B | Pennsylvania | Agent | Approved | 11/03/2023 |
| B | Tennessee | Agent | Approved | 01/06/2023 |
| B | Texas | Agent | Approved | 01/06/2023 |

◆2025 FINRA. All rights reserved. Report about Jay Tamkoc.

3

# Broker Qualifications



## Employment 2 of 2, continued

| U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|
| Utah | Agent | Approved | 01/06/2023 |
| Virginia | Agent | Approved | 01/06/2023 |
| Washington | Agent | Approved | 01/06/2023 |
| Wisconsin | Agent | Approved | 02/06/2025 |

## Branch Office Locations

**SANCTUARY SECURITIES, INC.**
30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA  92656

◆2025 FINRA. All rights reserved. Report about Jay Tamkoc.

4

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below. A passed exam or exam waiver does not permit a broker to do business without an active SRO or state registration.

**This individual has passed 0 principal/supervisory exams, 2 general industry/product exams, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|---|---|---|
| No information reported. | | |

### General Industry/Product Exams

| Exam | Category | Date |
|---|---|---|
| B  Securities Industry Essentials Examination | SIE | 10/01/2018 |
| B  General Securities Representative Examination | Series 7 | 08/12/2010 |

### State Securities Law Exams

| Exam | Category | Date |
|---|---|---|
| B  IA  Uniform Combined State Law Examination | Series 66 | 09/03/2010 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

◆2025 FINRA. All rights reserved. Report about Jay Tamkoc.

# Broker Qualifications



## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

◆2025 FINRA. All rights reserved. Report about Jay Tamkoc.                                    6

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| | Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|---|
| **IA** | 09/2010 - 09/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | IRVINE, CA |
| **B** | 08/2010 - 09/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | IRVINE, CA |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 09/2022 - Present | SANCTUARY ADVISORS, LLC | INVESTMENT ADVISER REPRESENTATIVE | Y | ALISO VIEJO, CA, United States |
| 09/2022 - Present | SANCTUARY SECURITIES, INC. | REGISTERED REPRESENTATIVE | Y | ALISO VIEJO, CA, United States |
| 10/2010 - 09/2022 | BANK OF AMERICA, N.A. | WEALTH MANAGEMENT ADVISOR | Y | IRVINE, CA, United States |
| 12/2007 - 09/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | FINANCIAL ADVISOR | Y | IRVINE, CA, United States |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

1) AURIC CAPITAL PARTNER
POSITION: Officer/Director NATURE: Team Outside Business Activity INVESTMENT RELATED: No NUMBER OF HOURS: 20 SECURITIES TRADING HOURS: 5 START DATE: 9/9/2022
ADDRESS: 30 Enterprise, Aliso Viejo CA 92656, United States
DESCRIPTION: Owners

Case 3:24-cv-00440-KDB-DCK    Document 67-6    Filed 02/14/25    Page 29 of 79

# Registration and Employment History



## Other Business Activities, continued

�2025 FINRA. All rights reserved. Report about Jay Tamkoc.

8

**End of Report**



**This page is intentionally left blank.**

�2025 FINRA. All rights reserved. Report about Jay Tamkoc.

9



**BrokerCheck Report**

# William A Schellenberg

CRD# 2376086

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 5 |
| Registration and Employment History | 7 - 8 |
| Disclosure Events | 9 |

 When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.

Please contact FINRA with any concerns.



**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- 

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.



## William A. Schellenberg
CRD# 2376086

**Currently employed by and registered with the following Firm(s):**

**(IA) SANCTUARY ADVISORS, LLC**
30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA 92656
CRD# 226606
Registered with this firm since: 09/09/2022

**(B) SANCTUARY SECURITIES, INC.**
30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA 92656
CRD# 205
Registered with this firm since: 09/09/2022

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is registered with:**
- 1 Self-Regulatory Organization
- 24 U.S. states and territories

**This broker has passed:**
- 3 Principal/Supervisory Exams
- 5 General Industry/Product Exams
- 2 State Securities Law Exams

## Registration History

**This broker was previously registered with the following securities firm(s):**

**(B) MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
IRVINE, CA
07/1997 - 09/2022

**(IA) MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
NEW YORK, NY
07/1997 - 09/2022

**(B) COASTLINE FINANCIAL, INC.**
CRD# 16711
07/1993 - 05/1997

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

| Are there events disclosed about this broker? | **Yes** |

**The following types of disclosures have been reported:**

| Type | Count |
|------|-------|
| Customer Dispute | 3 |

◆2025 FINRA. All rights reserved. Report about William A. Schellenberg.

1

# Broker Qualifications



## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 1 SRO and is licensed in 24 U.S. states and territories through his or her employer.**

## Employment 1 of 2

| | |
|---|---|
| Firm Name: | **SANCTUARY ADVISORS, LLC** |
| Main Office Address: | **3815 RIVER CROSSING PKWY** |
| | **SUITE 200** |
| | **INDIANAPOLIS, IN  46240** |
| Firm CRD#: | **226606** |

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| IA | California | Investment Adviser Representative | Approved | 09/09/2022 |
| IA | Texas | Investment Adviser Representative | Approved | 09/09/2022 |

## Branch Office Locations

30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA  92656

## Employment 2 of 2

| | |
|---|---|
| Firm Name: | **SANCTUARY SECURITIES, INC.** |
| Main Office Address: | **3815 RIVER CROSSING PKWY, SUITE 200** |
| | **INDIANAPOLIS, IN  46240** |
| Firm CRD#: | **205** |

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | FINRA | Direct Participation Programs | Approved | 09/09/2022 |
| B | FINRA | Direct Participation Programs Principal | Approved | 09/09/2022 |
| B | FINRA | General Securities Principal | Approved | 09/09/2022 |

Case 3:24-cv-00440-KDB-DCR    Document 67-6    Filed 02/14/25    Page 35 of 79

**Broker Qualifications**



## Employment 2 of 2, continued

| SRO | Category | Status | Date |
|-----|----------|--------|------|
| FINRA | General Securities Representative | Approved | 09/09/2022 |
| FINRA | Invest. Co and Variable Contracts | Approved | 09/09/2022 |
| FINRA | Investment Co./Variable Contracts Prin | Approved | 09/09/2022 |

| U.S. State/ Territory | Category | Status | Date |
|-----------------------|----------|--------|------|
| Arizona | Agent | Approved | 09/09/2022 |
| California | Agent | Approved | 09/09/2022 |
| Colorado | Agent | Approved | 01/06/2023 |
| District of Columbia | Agent | Approved | 11/06/2023 |
| Florida | Agent | Approved | 01/06/2023 |
| Georgia | Agent | Approved | 01/06/2023 |
| Indiana | Agent | Approved | 11/11/2022 |
| Maryland | Agent | Approved | 01/06/2023 |
| Michigan | Agent | Approved | 01/06/2023 |
| Montana | Agent | Approved | 06/25/2024 |
| Nevada | Agent | Approved | 01/06/2023 |
| New Jersey | Agent | Approved | 01/06/2023 |
| New York | Agent | Approved | 01/06/2023 |
| North Carolina | Agent | Approved | 01/06/2023 |
| Ohio | Agent | Approved | 11/05/2023 |
| Oklahoma | Agent | Approved | 01/06/2023 |
| Oregon | Agent | Approved | 01/02/2024 |

Case 3:24-cv-00440-KDB-DCK     Document 67-6     Filed 02/14/25     Page 36 of 79

❖2025 FINRA. All rights reserved. Report about William A. Schellenberg.

# Broker Qualifications



## Employment 2 of 2, continued

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| B | Pennsylvania | Agent | Approved | 11/06/2023 |
| B | Tennessee | Agent | Approved | 01/06/2023 |
| B | Texas | Agent | Approved | 09/09/2022 |
| B | Utah | Agent | Approved | 01/06/2023 |
| B | Virginia | Agent | Approved | 01/06/2023 |
| B | Washington | Agent | Approved | 01/06/2023 |
| B | Wisconsin | Agent | Approved | 02/11/2025 |

## Branch Office Locations

**SANCTUARY SECURITIES, INC.**
30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA  92656

❖2025 FINRA. All rights reserved. Report about William A. Schellenberg.

4

# Broker Qualifications



## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below. A passed exam or exam waiver does not permit a broker to do business without an active SRO or state registration.

**This individual has passed 3 principal/supervisory exams, 5 general industry/product exams, and 2 state securities law exams.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| B  General Securities Principal Examination | Series 24 | 03/19/1997 |
| B  Investment Company Products/Variable Contracts Principal Examination | Series 26 | 01/14/1994 |
| B  Direct Participation Programs Principal Examination | Series 39 | 10/08/1993 |

### General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| B  Securities Industry Essentials Examination | SIE | 10/01/2018 |
| B  Futures Managed Funds Examination | Series 31 | 09/13/2004 |
| B  General Securities Representative Examination | Series 7 | 02/09/1995 |
| B  Investment Company Products/Variable Contracts Representative Examination | Series 6 | 12/07/1993 |
| B  Direct Participation Programs Representative Examination | Series 22 | 07/23/1993 |

### State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| IA  Uniform Investment Adviser Law Examination | Series 65 | 08/26/1997 |
| B  Uniform Securities Agent State Law Examination | Series 63 | 08/06/1993 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

Case 3:24-cv-00440-KDB-DCK    Document 67-6    Filed 02/14/25    Page 38 of 79

◆2025 FINRA. All rights reserved. Report about William A. Schellenberg.

# Broker Qualifications



## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

�2025 FINRA. All rights reserved. Report about William A. Schellenberg.

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| | Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|---|
| B | 07/1997 - 09/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | IRVINE, CA |
| IA | 07/1997 - 09/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | IRVINE, CA |
| B | 07/1993 - 05/1997 | COASTLINE FINANCIAL, INC. | 16711 | |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 09/2022 - Present | SANCTUARY ADVISORS, LLC | INVESTMENT ADVISER REPRESENTATIVE | Y | ALISO VIEJO, CA, United States |
| 09/2022 - Present | SANCTUARY SECURITIES, INC. | REGISTERED REPRESENTATIVE | Y | ALISO VIEJO, CA, United States |
| 06/2011 - 09/2022 | Bank of America, N.A. | Senior Financial Advisor | Y | IRVINE, CA, United States |
| 05/1997 - 09/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | FIRST VICE PRESIDENT-WEALTH MA; SENIOR FINANCIAL ADVISOR | Y | LAGUNA HILLS, CA, United States |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

1) Name: Mission Viejo Country Club
Position: BOD/ Golf Chair Nature: Club provides golf, swimming, tennis and dining. Investment Related: No Hours: 10 Securities Trading Hours:

◆2025 FINRA. All rights reserved. Report about William A. Schellenberg.                                                    7

# Registration and Employment History



## Other Business Activities, continued

0Start Date: 09/01/2021
Address: 26200 Country Club Dr., Mission Viejo CA 92691, United States
Description: Golf Committee Chairman Scheduling golf events, tournaments.

2) AURIC CAPITAL PARTNERS
POSITION: Officer/Director NATURE: Team outside business activity OBA INVESTMENT RELATED: No NUMBER OF HOURS: 20 SECURITIES
TRADING HOURS: 5 START DATE: 9/9/2022
ADDRESS: 30 Enterprise, Suite 100, Aliso Viejo CA 92656, United States
DESCRIPTION: Owners of Auric

◆2025 FINRA. All rights reserved. Report about William A. Schellenberg.

8

## Disclosure Events



**What you should know about reported disclosure events:**

1. All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

2. **Certain thresholds must be met before an event is reported to CRD, for example:**
   - A law enforcement agency must file formal charges before a broker is required to disclose a particular criminal event.
   - A customer dispute must involve allegations that a broker engaged in activity that violates certain rules or conduct governing the industry and that the activity resulted in damages of at least $5,000.
   - 

3. **Disclosure events in BrokerCheck reports come from different sources:**
   - As mentioned at the beginning of this report, information contained in BrokerCheck comes from brokers, brokerage firms and regulators. When more than one of these sources reports information for the same disclosure event, all versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.
   - 

4. **There are different statuses and dispositions for disclosure events:**
   - A disclosure event may have a status of *pending, on appeal,* or *final.*
     - A "pending" event involves allegations that have not been proven or formally adjudicated.
     - An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
     - A "final" event has been concluded and its resolution is not subject to change.
   - A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
     - An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
     - A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that brokers and brokerage firms may choose to settle customer disputes or regulatory matters for business or other reasons.
     - A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.

**For your convenience, below is a matrix of the number and status of disclosure events involving this broker. Further information regarding these events can be found in the subsequent pages of this report. You also may wish to contact the broker to obtain further information regarding these events.**

|                  | Pending | Final | On Appeal |
|------------------|---------|-------|-----------|
| Customer Dispute | 0       | 3     | N/A       |

©2025 FINRA. All rights reserved. Report about William A. Schellenberg.                                                                9



# Disclosure Event Details

When evaluating this information, please keep in mind that a disclosure event may be pending or involve allegations that are contested and have not been resolved or proven. The matter may, in the end, be withdrawn, dismissed, resolved in favor of the broker, or concluded through a negotiated settlement for certain business reasons (e.g., to maintain customer relationships or to limit the litigation costs associated with disputing the allegations) with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD and therefore some of the specific data fields contained in the report may be blank if the information was not provided to CRD.

## Customer Dispute - Closed-No Action / Withdrawn / Dismissed / Denied

This type of disclosure event involves (1) a consumer-initiated, investment-related arbitration or civil suit containing allegations of sales practice violations against the individual broker that was dismissed, withdrawn, or denied; or (2) a consumer-initiated, investment-related written complaint containing allegations that the broker engaged in sales practice violations resulting in compensatory damages of at least $5,000, forgery, theft, or misappropriation, or conversion of funds or securities, which was closed without action, withdrawn, or denied.

### Disclosure 1 of 3

| | |
|---|---|
| Reporting Source: | Firm |
| Employing firm when activities occurred which led to the complaint: | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED |
| Allegations: | Customer alleges unsuitable investment recommendations from December 2018 through September 2022. |
| Product Type: | Other: Private Placements (e.g., PIPES, etc.) |
| Alleged Damages: | $0.00 |
| Alleged Damages Amount Explanation (if amount not exact): | Damages not specified |
| Is this an oral complaint? | No |
| Is this a written complaint? | Yes |
| Is this an arbitration/CFTC reparation or civil litigation? | No |

## Customer Complaint Information

| | |
|---|---|
| Date Complaint Received: | 08/18/2023 |
| Complaint Pending? | No |
| Status: | Denied |

⬥2025 FINRA. All rights reserved. Report about William A. Schellenberg.



**Status Date:** 09/15/2023

**Settlement Amount:**

**Individual Contribution Amount:**

---

**Reporting Source:** Broker

**Employing firm when activities occurred which led to the complaint:** Merrill Lynch

**Allegations:** Customer alleges unsuitable investment recommendations from December 2018 through September 2022.

**Product Type:** Other: Private Placements

**Alleged Damages:** $0.00

**Alleged Damages Amount Explanation (if amount not exact):** Damages not specified.

**Is this an oral complaint?** No

**Is this a written complaint?** Yes

**Is this an arbitration/CFTC reparation or civil litigation?** No

## Customer Complaint Information

**Date Complaint Received:** 08/18/2023

**Complaint Pending?** No

**Status:** Denied

**Status Date:** 09/15/2023

**Settlement Amount:**

**Individual Contribution Amount:**

---

**Disclosure 2 of 3**

**Reporting Source:** Broker



| | |
|---|---|
| **Employing firm when activities occurred which led to the complaint:** | MERRILL LYNCH |
| **Allegations:** | THE CLIENT ALLEGES SHE WAS NOT AWARE THAT SHE HAD TO PAY TRANSFER FEES OR MUTUAL FUND UPFRONT SALES CHARGES.  ACTIVITY TOOK PLACE IN MARCH 2001.  DAMAGES NOT SPECIFIED. |
| **Product Type:** | Mutual Fund |
| **Alleged Damages:** | $0.00 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 06/12/2002 |
| **Complaint Pending?** | No |
| **Status:** | Denied |
| **Status Date:** | 08/23/2002 |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |

---

| **Disclosure 3 of 3** | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | MERRILL LYNCH |
| **Allegations:** | CLIENT ALLEGES THAT SHE HAS SUSTAINED LOSSES IN HER ACCOUNTS AS A RESULT OF INAPPROPRIATE RECOMMEDATIONS. NO SPECIFIC DAMAGES ALLEGED. |
| **Product Type:** | Equity-OTC Mutual Fund |
| **Alleged Damages:** | $0.00 |
| **Is this an oral complaint?** | No |

©2025 FINRA. All rights reserved. Report about William A. Schellenberg.

12



**Is this a written complaint?**                    Yes

**Is this an arbitration/CFTC**                      No
**reparation or civil litigation?**

## Customer Complaint Information

**Date Complaint Received:**        02/27/2002

**Complaint Pending?**              No

**Status:**                        Denied

**Status Date:**                   02/28/2002

**Settlement Amount:**

**Individual Contribution**
**Amount:**

♦2025 FINRA. All rights reserved. Report about William A. Schellenberg.
13

**End of Report**



**This page is intentionally left blank.**

©2025 FINRA. All rights reserved. Report about William A. Schellenberg.

14



**BrokerCheck Report**

# MATTHEW D MENDOZA

CRD# 5460925

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 5 |
| Registration and Employment History | 7 - 8 |

 When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.

Please contact FINRA with any concerns.

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- 

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.



## MATTHEW D. MENDOZA
CRD# 5460925

**Currently employed by and registered with the following Firm(s):**

**IA** **ROCKEFELLER CAPITAL MANAGEMENT**
750 University Ave , Suite 240
Los Gatos, CA 95032
CRD# 294197
Registered with this firm since: 09/15/2023

**IA** **ROCKEFELLER CAPITAL MANAGEMENT**
750 University Ave , Suite 240
Los Gatos, CA 95032
CRD# 291361
Registered with this firm since: 05/27/2022

**B** **ROCKEFELLER FINANCIAL LLC**
750 University Ave , Suite 240
Los Gatos, CA 95032
CRD# 291361
Registered with this firm since: 05/27/2022

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is registered with:**

- 1 Self-Regulatory Organization
- 32 U.S. states and territories

**This broker has passed:**

- 0 Principal/Supervisory Exams
- 2 General Industry/Product Exams
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**IA** **MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
NEW YORK, NY
04/2008 - 06/2022

**B** **MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
SAN JOSE, CA
02/2008 - 06/2022

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker? **No**

◆2024 FINRA. All rights reserved. Report about MATTHEW D. MENDOZA.

1

# Broker Qualifications



## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 1 SRO and is licensed in 32 U.S. states and territories through his or her employer.**

## Employment 1 of 2

| | |
|---|---|
| Firm Name: | **ROCKEFELLER CAPITAL MANAGEMENT** |
| Main Office Address: | **45 ROCKEFELLER PLAZA** |
| | **FLOOR 5** |
| | **NEW YORK, NY 10111** |
| Firm CRD#: | **294197** |

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| IA | California | Investment Adviser Representative | Approved | 09/15/2023 |
| IA | Texas | Investment Adviser Representative | Approved | 09/15/2023 |

## Branch Office Locations

750 University Ave , Suite 240
Los Gatos, CA 95032

## Employment 2 of 2

| | |
|---|---|
| Firm Name: | **ROCKEFELLER FINANCIAL LLC** |
| Main Office Address: | **45 ROCKEFELLER PLAZA** |
| | **FLOOR 5** |
| | **NEW YORK, NY 10111** |
| Firm CRD#: | **291361** |

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | FINRA | General Securities Representative | Approved | 05/27/2022 |

◆2024 FINRA. All rights reserved. Report about MATTHEW D. MENDOZA.

2



### Employment 2 of 2, continued

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| B | Arizona | Agent | Approved | 05/27/2022 |
| B | California | Agent | Approved | 05/27/2022 |
| IA | California | Investment Adviser Representative | Approved | 05/31/2022 |
| B | Colorado | Agent | Approved | 05/27/2022 |
| B | Delaware | Agent | Approved | 05/27/2022 |
| B | District of Columbia | Agent | Approved | 02/21/2023 |
| B | Florida | Agent | Approved | 05/27/2022 |
| B | Hawaii | Agent | Approved | 05/27/2022 |
| B | Idaho | Agent | Approved | 05/27/2022 |
| B | Illinois | Agent | Approved | 05/27/2022 |
| B | Indiana | Agent | Approved | 05/27/2022 |
| B | Louisiana | Agent | Approved | 05/27/2022 |
| B | Massachusetts | Agent | Approved | 05/27/2022 |
| B | Minnesota | Agent | Approved | 11/21/2022 |
| B | Missouri | Agent | Approved | 05/27/2022 |
| B | Montana | Agent | Approved | 05/27/2022 |
| B | Nebraska | Agent | Approved | 04/21/2023 |
| B | Nevada | Agent | Approved | 05/27/2022 |
| B | New Jersey | Agent | Approved | 05/27/2022 |
| B | New Mexico | Agent | Approved | 05/27/2022 |
| B | New York | Agent | Approved | 05/27/2022 |

◆2024 FINRA. All rights reserved. Report about MATTHEW D. MENDOZA.

3

# Broker Qualifications



## Employment 2 of 2, continued

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| B | North Carolina | Agent | Approved | 05/27/2022 |
| B | Ohio | Agent | Approved | 05/27/2022 |
| B | Oregon | Agent | Approved | 05/27/2022 |
| B | Rhode Island | Agent | Approved | 05/27/2022 |
| B | Tennessee | Agent | Approved | 05/27/2022 |
| B | Texas | Agent | Approved | 05/27/2022 |
| IA | Texas | Investment Adviser Representative | Approved | 05/27/2022 |
| B | Utah | Agent | Approved | 05/27/2022 |
| B | Virginia | Agent | Approved | 05/27/2022 |
| B | Washington | Agent | Approved | 05/27/2022 |
| B | West Virginia | Agent | Approved | 05/27/2022 |
| B | Wisconsin | Agent | Approved | 05/27/2022 |
| B | Wyoming | Agent | Approved | 05/27/2022 |

## Branch Office Locations

**ROCKEFELLER FINANCIAL LLC**
750 University Ave , Suite 240
Los Gatos, CA  95032

◆2024 FINRA. All rights reserved. Report about MATTHEW D. MENDOZA.

4



# Broker Qualifications

## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below. A passed exam or exam waiver does not permit a broker to do business without an active SRO or state registration.

**This individual has passed 0 principal/supervisory exams, 2 general industry/product exams, and 1 state securities law exam.**

## Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| No information reported. | | |

## General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| Securities Industry Essentials Examination | SIE | 10/01/2018 |
| General Securities Representative Examination | Series 7 | 02/14/2008 |

## State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| Uniform Combined State Law Examination | Series 66 | 04/24/2008 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

◆2024 FINRA. All rights reserved. Report about MATTHEW D. MENDOZA.

5

# Broker Qualifications



## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

◆2024 FINRA. All rights reserved. Report about MATTHEW D. MENDOZA.                                                    6

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| | Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|---|
| **IA** | 04/2008 - 06/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | SAN JOSE, CA |
| **B** | 02/2008 - 06/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | SAN JOSE, CA |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 05/2022 - Present | ROCKEFELLER FINANCIAL LLC | MANAGING DIRECTOR | Y | CAMPBELL, CA, United States |
| 05/2011 - 05/2022 | BANK OF AMERICA, N.A. | Senior Financial Advisor | Y | SAN JOSE, CA, United States |
| 12/2007 - 05/2022 | MERRILL LYNCH | Senior Financial Advisor | Y | CUPERTINO, CA, United States |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

I*73141
FOR PROFIT OR NOT FOR PROFIT: FOR-PROFIT ORGANIZATION
NAME OF OUTSIDE BUSINESS ORGANIZATION: R2M II INVESTMENTS LLC
INVESTMENT RELATED: Y
ADDRESS OF BUSINESS:
 PHILADELPHIA, PENNSYLVANIA 19130
NATURE OF BUSINESS: LLC,
POSITION, TITLE, ASSOCIATION: FAMILY HELD,
START DATE OF RELATIONSHIP: 6/25/2014

Case 3:24-cv-00440-KDB-DCK    Document 67-6    Filed 02/14/25    Page 56 of 79

# Registration and Employment History



## Other Business Activities, continued

NUMBER OF HOURS DEVOTED: 1 HOUR(S) ANNUALLY
NUMBER OF HOURS DEVOTED DURING TRADING HOURS: 0
DUTIES: THIS IS A SINGLE USE LLC. IT WAS CREATED BY MY BROTHER AS AN INVESTMENT VEHICLE FOR MY FATHER TO INVEST IN AN EARLY STAGE COMPANY CALLED TRAVELNUTZ. MY BROTHER AND I ARE THE MANAGERS OF THE LLC.

I*10263
For profit or not for profit:
Name of outside business organization: Investment Property
Investment related:
Address of business:
Campbell, California 95008
Nature of business: ,
Position, title, association: ,
Start date of relationship: 11/9/2020
Number of hours devoted: 1 hour(s)
Number of hours devoted during trading hours: 0
Duties:

The Bindlestick Fund LLC, 139 Spartina Way South, Kensington, RI 02879.  Investment related.  The LLC was set up to invest in a private company called pHLIP Inc.  I'm a passive member/investor of the LLC.  Start date 10/01/2018.  Zero hours spent during trading hours and zero hours per month spent on the LLC.  I have no duties with the LLC, just a passive member/investor.

Skunkworks, a division of Heller House Expeditions LLC, PO Box 171305, Salt Lake City, UT 84117.  Investment related.  The LLC was set up to invest in a private company called Boom Technology Inc.  I'm a passive investor.  Start date 01/29/2021.  Zero hours spent during trading hours and zero hours per month spent on the LLC.  I have no duties with this entity,  just a passive investor.

◆2024 FINRA. All rights reserved. Report about MATTHEW D. MENDOZA.

8

User Guidance

**End of Report**



**This page is intentionally left blank.**

�2024 FINRA. All rights reserved. Report about MATTHEW D. MENDOZA. 9



**BrokerCheck Report**

# LUKE ROY MCKELVY

CRD# 3123057

| Section Title | Page(s) |
|---------------|---------|
| Report Summary | 1 |
| Broker Qualifications | 2 - 5 |
| Registration and Employment History | 7 - 8 |



When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.

Please contact FINRA with any concerns.



**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
    - information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
    - information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.



# LUKE R. MCKELVY
CRD# 3123057

**Currently employed by and registered with the following Firm(s):**

**IA SANCTUARY ADVISORS, LLC**
30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA 92656
CRD# 226606
Registered with this firm since: 09/09/2022

**B SANCTUARY SECURITIES, INC.**
30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA 92656
CRD# 205
Registered with this firm since: 09/09/2022

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is registered with:**

- 1 Self-Regulatory Organization
- 24 U.S. states and territories

**This broker has passed:**

- 0 Principal/Supervisory Exams
- 3 General Industry/Product Exams
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**IA MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
NEW YORK, NY
08/2000 - 09/2022

**B MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
IRVINE, CA
09/1998 - 09/2022

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?   **No**

❖2025 FINRA. All rights reserved. Report about LUKE R. MCKELVY.

1

# Broker Qualifications



## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 1 SRO and is licensed in 24 U.S. states and territories through his or her employer.**

## Employment 1 of 2

| | |
|---|---|
| Firm Name: | **SANCTUARY ADVISORS, LLC** |
| Main Office Address: | **3815 RIVER CROSSING PKWY** |
| | **SUITE 200** |
| | **INDIANAPOLIS, IN  46240** |
| Firm CRD#: | **226606** |

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| IA | California | Investment Adviser Representative | Approved | 09/09/2022 |
| IA | Texas | Investment Adviser Representative | Approved | 09/09/2022 |

## Branch Office Locations

30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA  92656

## Employment 2 of 2

| | |
|---|---|
| Firm Name: | **SANCTUARY SECURITIES, INC.** |
| Main Office Address: | **3815 RIVER CROSSING PKWY, SUITE 200** |
| | **INDIANAPOLIS, IN  46240** |
| Firm CRD#: | **205** |

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | FINRA | General Securities Representative | Approved | 09/09/2022 |

◆2025 FINRA. All rights reserved. Report about LUKE R. MCKELVY.

2

# Broker Qualifications



## Employment 2 of 2, continued

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| B | Arizona | Agent | Approved | 09/09/2022 |
| B | California | Agent | Approved | 09/09/2022 |
| B | Colorado | Agent | Approved | 09/09/2022 |
| B | District of Columbia | Agent | Approved | 11/03/2023 |
| B | Florida | Agent | Approved | 09/09/2022 |
| B | Georgia | Agent | Approved | 01/06/2023 |
| B | Indiana | Agent | Approved | 09/09/2022 |
| B | Maryland | Agent | Approved | 01/06/2023 |
| B | Michigan | Agent | Approved | 01/06/2023 |
| B | Montana | Agent | Approved | 06/20/2024 |
| B | Nevada | Agent | Approved | 01/06/2023 |
| B | New Jersey | Agent | Approved | 01/06/2023 |
| B | New York | Agent | Approved | 01/06/2023 |
| B | North Carolina | Agent | Approved | 01/06/2023 |
| B | Ohio | Agent | Approved | 11/05/2023 |
| B | Oklahoma | Agent | Approved | 01/06/2023 |
| B | Oregon | Agent | Approved | 01/02/2024 |
| B | Pennsylvania | Agent | Approved | 11/03/2023 |
| B | Tennessee | Agent | Approved | 09/09/2022 |
| B | Texas | Agent | Approved | 09/09/2022 |
| B | Utah | Agent | Approved | 01/06/2023 |

Case 3:24-cv-00440-KDB-DCK    Document 67-6    Filed 02/14/25    Page 63 of 79

◆2025 FINRA. All rights reserved. Report about LUKE R. MCKELVY.

# Broker Qualifications



## Employment 2 of 2, continued

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| B | Virginia | Agent | Approved | 01/06/2023 |
| B | Washington | Agent | Approved | 09/09/2022 |
| B | Wisconsin | Agent | Approved | 02/06/2025 |

## Branch Office Locations

**SANCTUARY SECURITIES, INC.**
30 ENTERPRISE DR
STE 100
ALISO VIEJO, CA  92656

◆2025 FINRA. All rights reserved. Report about LUKE R. MCKELVY.

4

# Broker Qualifications



## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below. A passed exam or exam waiver does not permit a broker to do business without an active SRO or state registration.

**This individual has passed 0 principal/supervisory exams, 3 general industry/product exams, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| No information reported. | | |

### General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| B  Securities Industry Essentials Examination | SIE | 10/01/2018 |
| B  Futures Managed Funds Examination | Series 31 | 09/14/2004 |
| B  General Securities Representative Examination | Series 7 | 09/25/1998 |

### State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| B  IA  Uniform Combined State Law Examination | Series 66 | 07/24/2000 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

◆2025 FINRA. All rights reserved. Report about LUKE R. MCKELVY.

5

# Broker Qualifications



## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

©2025 FINRA. All rights reserved. Report about LUKE R. MCKELVY.

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| | Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|---|
| **IA** | 08/2000 - 09/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | IRVINE, CA |
| **B** | 09/1998 - 09/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | IRVINE, CA |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 09/2022 - Present | SANCTUARY ADVISORS, LLC | INVESTMENT ADVISER REPRESENTATIVE | Y | ALISO VIEJO, CA, United States |
| 09/2022 - Present | SANCTUARY SECURITIES, INC. | REGISTERED REPRESENTATIVE | Y | ALISO VIEJO, CA, United States |
| 09/2009 - 09/2022 | BANK OF AMERICA,N.A. | WEALTH MANAGEMENT ADVISOR | Y | LAGUNA HILLS, CA, United States |
| 10/1997 - 09/2022 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | WEALTH MANAGEMENT ADVISOR | Y | LAGUNA HILLS, CA, United States |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

1) Name: El Toro High School Football
Position: VP–Facilities Nature: the football booster board Investment Related: No Hours: 2 Securities Trading Hours: 0 Start Date: 7/1/2022
Address: 25255 Toledo Way, Lake Forest CA 92630, United States
Description: maintain facilities and equipment

Case 3:24-cv-00440-KDB-DCK    Document 67-6    Filed 02/14/25    Page 67 of 79

# Registration and Employment History



## Other Business Activities, continued

2) Name: El Toro High School Baseball
Position: President Nature: boosters for the Baseball program at El Toro High School Investment Related: No Hours: 2 Securities Trading Hours: 0
Start Date: 7/15/2023
Address: 25255 Toledo Way, Lake Forest CA 92630, United States
Description: agenda for meetings, help on committees

3) AURIC CAPITAL PARTNERS
POSITION: Officer/Director NATURE: Team outside business activity OBA INVESTMENT RELATED: No NUMBER OF HOURS: 20 SECURITIES
TRADING HOURS: 5 START DATE: 9/9/2022
ADDRESS: 30 Enterprise, Aliso Viejo CA 92656, United States
DESCRIPTION: Owner of Auric

◆2025 FINRA. All rights reserved. Report about LUKE R. MCKELVY.

8

**End of Report**



**This page is intentionally left blank.**

◆2025 FINRA. All rights reserved. Report about LUKE R. MCKELVY.

9



**BrokerCheck Report**

# Alon  Haim

CRD# 6675480

## Section Title                     Page(s)

Report Summary                       1

Broker Qualifications                2 - 4

Registration and Employment History  6 - 7



When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.

Please contact FINRA with any concerns.



**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.



## Alon Haim
CRD# 6675480

**Currently employed by and registered with the following Firm(s):**

**(IA) WELLS FARGO ADVISORS**
15760 VENTURA BLVD STE 1250
[RBO]
ENCINO, CA 91436
CRD# 19616
Registered with this firm since: 07/12/2024

**(B) WELLS FARGO CLEARING SERVICES, LLC**
15760 VENTURA BLVD STE 1250
[RBO]
ENCINO, CA 91436
CRD# 19616
Registered with this firm since: 07/12/2024

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is registered with:**

- 11 Self-Regulatory Organizations
- 15 U.S. states and territories

**This broker has passed:**

- 0 Principal/Supervisory Exams
- 2 General Industry/Product Exams
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**(IA) RBC CAPITAL MARKETS, LLC**
CRD# 31194
NEW YORK, NY
08/2019 - 07/2024

**(B) RBC CAPITAL MARKETS, LLC**
CRD# 31194
BEVERLY HILLS, CA
08/2019 - 07/2024

**(IA) MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
NEW YORK, NY
11/2016 - 08/2019

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker? **No**

◆2025 FINRA. All rights reserved. Report about Alon Haim.

1



# Broker Qualifications

## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 11 SROs and is licensed in 15 U.S. states and territories through his or her employer.**

## Employment 1 of 1

Firm Name: **WELLS FARGO CLEARING SERVICES, LLC**

Main Office Address: **ONE NORTH JEFFERSON AVENUE**
**MAIL CODE: H0004-05E**
**ST. LOUIS, MO 63103**

Firm CRD#: **19616**

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | Cboe BZX Exchange, Inc. | General Securities Representative | Approved | 07/12/2024 |
| B | Cboe Exchange, Inc. | General Securities Representative | Approved | 07/12/2024 |
| B | FINRA | General Securities Representative | Approved | 07/12/2024 |
| B | NYSE American LLC | General Securities Representative | Approved | 07/12/2024 |
| B | NYSE Arca, Inc. | General Securities Representative | Approved | 07/12/2024 |
| B | NYSE Chicago, Inc. | General Securities Representative | Approved | 07/12/2024 |
| B | Nasdaq GEMX, LLC | General Securities Representative | Approved | 07/12/2024 |
| B | Nasdaq ISE, LLC | General Securities Representative | Approved | 07/12/2024 |
| B | Nasdaq PHLX LLC | General Securities Representative | Approved | 07/12/2024 |
| B | Nasdaq Stock Market | General Securities Representative | Approved | 07/12/2024 |
| B | New York Stock Exchange | General Securities Representative | Approved | 07/12/2024 |

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| B | Arizona | Agent | Approved | 07/12/2024 |
| B | California | Agent | Approved | 07/12/2024 |

©2025 FINRA. All rights reserved. Report about Alon Haim.

Case 3:24-cv-00440-KDB-DCK    Document 67-6    Filed 02/14/25    Page 73 of 79

# Broker Qualifications



## Employment 1 of 1, continued

| | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|
| IA | California | Investment Adviser Representative | Approved | 07/12/2024 |
| B | Connecticut | Agent | Approved | 07/12/2024 |
| B | Delaware | Agent | Approved | 07/12/2024 |
| B | Florida | Agent | Approved | 07/12/2024 |
| B | Hawaii | Agent | Approved | 07/12/2024 |
| B | Kentucky | Agent | Approved | 07/12/2024 |
| B | Maryland | Agent | Approved | 07/12/2024 |
| B | Massachusetts | Agent | Approved | 07/12/2024 |
| B | Nevada | Agent | Approved | 07/12/2024 |
| B | New York | Agent | Approved | 07/12/2024 |
| B | Tennessee | Agent | Approved | 07/12/2024 |
| B | Texas | Agent | Approved | 07/12/2024 |
| IA | Texas | Investment Adviser Representative | Approved | 07/12/2024 |
| B | Utah | Agent | Approved | 07/12/2024 |
| B | Washington | Agent | Approved | 07/12/2024 |

## Branch Office Locations

**WELLS FARGO CLEARING SERVICES, LLC**
15760 VENTURA BLVD STE 1250
[RBO]
ENCINO, CA  91436

❖2025 FINRA. All rights reserved. Report about Alon Haim.

3

# Broker Qualifications



## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below. A passed exam or exam waiver does not permit a broker to do business without an active SRO or state registration.

**This individual has passed 0 principal/supervisory exams, 2 general industry/product exams, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| No information reported. | | |

### General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| B Securities Industry Essentials Examination | SIE | 10/01/2018 |
| B General Securities Representative Examination | Series 7 | 08/19/2016 |

### State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| B IA Uniform Combined State Law Examination | Series 66 | 11/07/2016 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

◆2025 FINRA. All rights reserved. Report about Alon Haim.

4

# Broker Qualifications



## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

�2025 FINRA. All rights reserved. Report about Alon Haim.

5

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| | Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|---|
| B | 08/2019 - 07/2024 | RBC CAPITAL MARKETS, LLC | 31194 | BEVERLY HILLS, CA |
| IA | 08/2019 - 07/2024 | RBC CAPITAL MARKETS, LLC | 31194 | BEVERLY HILLS, CA |
| IA | 11/2016 - 08/2019 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | ENCINO, CA |
| B | 08/2016 - 08/2019 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | ENCINO, CA |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 07/2024 - Present | WELLS FARGO CLEARING SERVICES, LLC | REGISTERED REP | Y | ENCINO, CA, United States |
| 08/2019 - 07/2024 | City National Bank | Employee of an affiliate | Y | Beverly Hills, CA, United States |
| 08/2019 - 07/2024 | RBC Capital Markets, LLC. | Financial Advisor | Y | Beverly Hills, CA, United States |
| 09/2016 - 08/2019 | BANK OF AMERICA, N.A. | FINANCIAL ADVISOR | Y | ENCINO, CA, United States |
| 06/2016 - 08/2019 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | FINANCIAL ADVISOR | Y | ENCINO, CA, United States |
| 04/2010 - 06/2016 | Citizens Business Bank | SVP - Commerical Banking | N | Encino, CA, United States |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

Case 3:24-cv-00440-KDB-DCK    Document 67-6    Filed 02/14/25    Page 77 of 79

©2025 FINRA. All rights reserved. Report about Alon Haim.



## Other Business Activities, continued

No information reported.

�2025 FINRA. All rights reserved. Report about Alon Haim.

7

**End of Report**



**This page is intentionally left blank.**

�2025 FINRA. All rights reserved. Report about Alon Haim.

8