IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KELLY MILLIGAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>-against-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., BANK OF AMERICA CORP., and JOHN/JANE DOE 1, THE SENIOR VICE PRESIDENT–HUMAN RESOURCES GLOBAL BANKING AND GLOBAL WEALTH AND INVESTMENT MANAGEMENT ADMINISTRATION AT BANK OF AMERICA CORP.,<br><br>Defendants,<br><br>and<br><br>JEFFREY DeWEES, REINHOLD WIGAND, JAY TAMKOC, WILLIAM SCHELLEN-BERG, MATTHEW MENDOZA, LUKE McKELVY and ALON HAIM,<br><br>Proposed Intervenor-Plaintiffs. | Civil Action No. 3:24-cv-00440 KDB-DCK<br><br>Judge Kenneth D. Bell<br><br>Magistrate Judge David Keesler |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of proposed Intervenor-Plaintiffs' Motion to Stay filed on February 14, 2025, it is hereby ORDERED that the motion is GRANTED.

_____
United States District Judge