| | | |
|---|---|---|
| **KELLY MILLIGAN, et al.** | **)** | |
| | **)** | |
| **Plaintiffs,** | **)** | **MOTION FOR ADMISSION** |
| | **)** | ***PRO HAC VICE*** |
| **v.** | **)** | **and AFFIDAVIT** |
| | **)** | |
| **MERRILL LYNCH, et al.,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |
| | **)** | |

NOW COMES Jacob H. Wellman ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of Robert R. Miller ("Applicant"), who seeks permission to represent Proposed Intervenor-Plaintiffs Jeffrey DeWees, Luke McKelvy, Williams Schellenberg, Jay Tamkoc, Alon Haim, Matthew Mendoza, and Reinhold Wigand ("Clients") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1.      Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is the State of New York.

2.      Applicant practices under the name of or as a member of the following firm:

**Firm Name:**  Lax & Neville, LLP

**Mailing Address:**  350 Fifth Avenue, Suite 4640

**City / State / Zip:**  New York, New York, 10118

**Telephone Number:**  212-696-1999          **Facsimile Number:**  212-566-4531

1

**Email Address (required):** rmiller@laxneville.com

3.      Applicant certifies that he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions: State of New York, E.D.NY., S.D.N.Y.

4.      Applicant certifies he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization.

5.      Applicant certifies that the clients requested Applicant to represent them in this matter, along with Local Counsel.

6.      Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7.      Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8.      Local Counsel has conferred with counsel for the other parties. Counsel for the Plaintiffs has indicated that they do not object to this motion. Counsel for the Defendants has not stated whether they consent or object to this motion.

9.      The required fee for admission pro hac vice is being submitted with the filing of this motion.

10.      Applicant consents to electronic notification.

By signing this Motion, we so certify.

2

This, the 26th day of February, 2025.

_/s/ Jacob H. Wellman_                               _/s/ Robert R. Miller_
Local Counsel                                                Applicant

| | |
|---|---|
| Attorney Name | Jacob H. Wellman |
| Bar Number | 28853 |
| Firm Name | Teague Campbell Dennis & Gorham, LLP |
| Firm Address | Post Office Box 19207 |
| Firm City / State / Zip | Raleigh, NC   27619-9207 |
| Telephone Number | 919-719-4734 |
| Fax Number | 919-873-1814 |
| Email Address | JWellman@teaguecampbell.com |

3

**CERTIFICATE OF SERVICE**

I Jacob Wellman, an attorney, hereby certify that on February 26, 2025, a copy of the foregoing document was filed through the Court's CM/ECF Electronic Filing System, which will transmit notice of such filing to all counsel of record.

BY:    */s/ Jacob H. Wellman*_____
        Jacob H. Wellman