IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KELLY MILLIGAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., BANK OF AMERICA CORP., and JOHN/JANE DOE 1, THE SENIOR VICE PRESIDENT–HUMAN RESOURCES GLOBAL BANKING AND GLOBAL WEALTH AND INVESTMENT MANAGEMENT ADMINISTRATION AT BANK OF AMERICA CORP.,<br><br>Defendants,<br>and<br><br>JEFFREY DeWEES, REINHOLD WIGAND, JAY TAMKOC, WILLIAM SCHELLENBERG, MATTHEW MENDOZA, LUKE McKELVY, and ALON HAIM,<br><br>Proposed Intervenor-Plaintiffs. | Case No. 3:24-cv-00440-KDB-DCK<br><br>Judge Kenneth D. Bell<br><br>Magistrate Judge David Keesler |

**[PROPOSED] ORDER**

**THIS MATTER** is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit [for Kevin F. Gaffney] filed herein on March 3, 2025, by local counsel Zachary L. McCamey.

Applicant Kevin F. Gaffney seeks to appear as counsel *pro hac vice* for Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc. and Bank of America Corporation. Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee and information, it is therefore,

1

ORDERED that in accordance with Local Rule 83.1, the Motion is **GRANTED**. Kevin F. Gaffney is hereby admitted *pro hac vice* to represent said Defendants.

**SO ORDERED.**

Dated: _____

_____
The Honorable David C. Keesler
United States Magistrate Judge