IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-440-KDB-DCK

| | |
|---|---|
| KELLY MILLIGAN, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| MERRILL LYNCH, PIERCE, FENNER ) | |
| & SMITH, INC., et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 79) filed by Local Counsel Zachary L. McCamey on March 3, 2025.

Applicant Kevin F. Gaffney seeks to appear as counsel *pro hac vice* for Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc. and Bank of America Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 79) is **GRANTED**. Kevin F. Gaffney is hereby admitted *pro hac vice* to represent Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc. and Bank of America Corporation.

**SO ORDERED**.

Signed: March 3, 2025

David C. Keesler
United States Magistrate Judge