UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KELLY MILLIGAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> MERRILL LYNCH, PIERCE, FENNER & SMITH INC., BANK OF AMERICA CORP., and JOHN/JANE DOE 1, THE SENIOR VICE PRESIDENT–HUMAN RESOURCES GLOBAL BANKING AND GLOBAL WEALTH AND INVESTMENT MANAGEMENT ADMINISTRATION AT BANK OF AMERICA CORP., <br><br> Defendants. | Civil Action No. 3:24-cv-00440 <br><br><br> CLASS ACTION |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Kelly Milligan, on behalf of himself and all others similarly situated, appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment entered by the District Court on March 11, 2025 (Civil Action No. 3:24-cv-00440-KDB-DCK, ECF 83) in the above-captioned action.

Dated: April 9, 2025                                   Respectfully submitted,

                                                       /s/ John D. Hurst
Thomas R. Ajamie*                                      John D. Hurst
John S. "Jack" Edwards, Jr.*                           N.C. Bar No. 37680
Courtney D. Scobie*                                    MOTLEY RICE LLC
AJAMIE LLP                                             50 Clay Street, Suite 1
Pennzoil Place - South Tower                           Morgantown, WV  26501
711 Louisiana, Suite 2150                              Telephone: (304) 413-0456
Houston, TX  77002                                     Facsimile: (304) 413-0458
Telephone: (713) 860-1600                              jhurst@motleyrice.com
Facsimile: (713) 860-1699
tajamie@ajamie.com                                     Mathew P. Jasinski*
jedwards@ajamie.com                                    Douglas P. Needham*
cscobie@ajamie.com                                     M. Zane Johnson*
                                                       MOTLEY RICE LLC
Robert A. Izard*                                       27 Church Street, 17th Floor
Craig A. Raabe*                                        Hartford, CT  06103
Seth R. Klein*                                         Telephone: (860) 882-1681
Christopher M. Barrett*                                Facsimile: (860) 882-1682
IZARD, KINDALL & RAABE LLP                             mjasinski@motleyrice.com
29 South Main Street, Suite 305                        dneedham@motleyrice.com
West Hartford, CT  06107                               zjohnson@motleyrice.com
Tel: (860) 493-6292
Fax: (860) 493-6290                                    *Admitted *pro hac vice*.
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

## CERTIFICATE OF SERVICE

I, John D. Hurst, an attorney, certify that on April 9, 2025, I caused a copy of the foregoing document to be filed through the Court's CM/ECF Electronic Filing System, which will transmit notice of such filing to all counsel of record.

*/s/ John D. Hurst*
John D. Hurst
