FILED: April 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1385
(3:24-cv-00440-KDB-DCK)

_____

KELLY MILLIGAN, on behalf of himself and all others similarly situated

       Plaintiff - Appellant

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BANK OF AMERICA CORPORATION; JOHN/JANE DOE 1, the Senior Vice President-Human Resources Global Banking and Global Wealth and Investment Management Administration at Bank of America Corp.

       Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:24-cv-00440-KDB-DCK |
| Date notice of appeal filed in originating court: | 04/09/2025 |
| Appellant(s) | Kelly Milligan |
| Appellate Case Number | 25-1385 |
| Case Manager | Karen Stump<br>804-916-2704 |