UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KELLY MILLIGAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., BANK OF AMERICA CORP., and JOHN/JANE DOE 1, THE SENIOR VICE PRESIDENT–HUMAN RESOURCES GLOBAL BANKING AND GLOBAL WEALTH AND INVESTMENT MANAGEMENT ADMINISTRATION AT BANK OF AMERICA CORP.,<br><br>Defendants. | Case No. 3:24-cv-00440-KDB-DCK<br><br>Judge Kenneth D. Bell<br>Magistrate Judge David Keesler |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel will be moving to a new law firm next week and respectfully moves to withdraw his appearance in this matter. Plaintiff Kelly Milligan has provided his written consent to the filing of this motion. All other counsel of record will remain the same.

Respectfully submitted,

*/s/ Matthew Z. Johnson*
Matthew Z. Johnson
Motley Rice LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 203-512-2729
zjohnson@motleyrice.com
johnsonzane@outlook.com