IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-440-KDB-DCK

| KELLY MILLIGAN, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC, et al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Withdraw As Counsel" (Document No. 87) filed February 12, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the instant motion, counsel Matthew Johnson seeks to withdraw his appearance in this matter because he will be moving to a new law firm. The undersigned notes that this matter has been closed, and that Plaintiff will continue to be represented by other counsel of record, to the extent such representation is necessary.

**IT IS, THEREFORE, ORDERED** that the "Motion To Withdraw As Counsel" (Document No. 87) is **GRANTED**. Matthew Johnson's representation of Plaintiff in this matter is terminated.

**SO ORDERED**.

Signed: February 13, 2026

David C. Keesler
United States Magistrate Judge