FILED: April 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1385
(3:24-cv-00440-KDB-DCK)

_____

KELLY MILLIGAN, on behalf of himself and all others similarly situated

      Plaintiff - Appellant

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BANK OF AMERICA
CORPORATION

      Defendants - Appellees

and

JOHN/JANE DOE 1, the Senior Vice President-Human Resources Global
Banking and Global Wealth and Investment Management Administration at Bank
of America Corp.

      Defendant

------------------------------

SOCIETY FOR HUMAN RESOURCE MANAGEMENT; THE CHAMBER OF
COMMERCE OF THE UNITED STATES OF AMERICA; THE CENTER ON
EXECUTIVE COMPENSATION; THE AMERICAN BENEFITS COUNCIL;
THE ERISA INDUSTRY COMMITTEE; SECURITIES INDUSTRY AND
FINANCIAL MARKETS ASSOCIATION

      Amici Supporting Appellee

_____

# JUDGMENT

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK